**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | ARC Management Group, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 03-0607765 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1825 Barrett Lakes Blvd., N.W. | |
| Number   Street | Number   Street |
| Suite 505 | |
| | P.O. Box |
| Kennesaw    GA    30144 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb County | N/A |
| County | Number   Street |
| | |
| | Gainesville    GA    30501 |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)  www.arcollects.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  ARC Management Group, LLC  
      Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5614440

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____ (MM / DD / YYYY)  Case number _____
  
  District _____  When _____ (MM / DD / YYYY)  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
  
  District _____  When _____ (MM / DD / YYYY)
  
  Case number, if known _____

---

Debtor  **ARC Management Group, LLC**  Case number *(if known)*_____
　　　　Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number　　　　Street

_____

_____
City　　　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
　　　　　　Contact name _____
　　　　　　Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　 ☐ 5,001-10,000　　　 ☐ 50,001-100,000
☐ 100-199　　　 ☐ 10,001-25,000　　　☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million　 ☐ $100,000,001-$500 million　 ☐ More than $50 billion

| Debtor | ARC Management Group, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/28/2023
          MM  / DD / YYYY

✗ /s/ William D. Wilson                              William D. Wilson
Signature of authorized representative of debtor     Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

✗ /s/ William Rountree                               Date  11/28/2023
Signature of attorney for debtor                           MM  / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number     Street

Atlanta                                               GA            30329
City                                                  State         ZIP Code

404-584-1238                                          wrountree@rlkglaw.com
Contact phone                                         Email address

616503                                                GA
Bar number                                            State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Fill in this information to identify the case:

Debtor name: ARC Management Group, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Intelitech Group<br>4800 NW Camas Meadows Drive<br>Ste 220<br>Camas, WA, 98607 | | Suppliers or Vendors | | | | 178,748.36 |
| 2 | Wells Fargo<br>Lite Card Payment Center<br>POI Box 77066 29<br>Minneapolis, MN, 55840-7766 | | Monies Loaned / Advanced | | | | 100,000.00 |
| 3 | Insperity<br>6 Pointe Drive<br>Ste, 150<br>Brea, CA, 92821-6320 | | Services | | | | 97,666.89 |
| 4 | Adventus AOF #1 LP<br>PO Box 936596<br><br>Atlanta, GA, 31193-6596 | | Landlord | | | | 77,905.73 |
| 5 | RevSpring, Inc.<br>26988 Network Place<br>Chicago, IL, 60673-1269 | | Suppliers or Vendors | | | | 50,000.00 |
| 6 | VCC Owner LLC<br>PO Box 935812<br>Atlanta, GA, 31193-5812 | | Florida Landlord | | | | 21,724.11 |
| 7 | American Express<br>PO Box 60189<br>City of Industry, CA, 91716-0189 | | Credit Card Debt | | | | 18,076.86 |
| 8 | Ultimate Contacts<br>5345 Towne Square Drive<br>Ste 165<br>Plano, TX, 75024 | | Suppliers or Vendors | | | | 15,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **ARC Management Group, LLC**
         Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Techno Brain BPO ITES Limited Heritan House 2nd Floor Woodlans Road Nairobi Kenya 510 | | Suppliers or Vendors | | | | 7,000.00 |
| 10 | GILBRIDE, TUSA, LAST & SPELLANE, LLC 986 Bedford Street Stamford, CT, 06905 | | Services | | | | 6,500.00 |
| 11 | InfoWorks PO Box 47 Woodstock, GA, 30188 | | Suppliers or Vendors | | | | 5,000.00 |
| 12 | Ontario Systems LLC 1150 W Kilgore Avenue Muncie, IL, 47305-1588 | | Suppliers or Vendors | | | | 4,203.43 |
| 13 | Windstream PO Box 9001013 Louisville, KY, 40290-1013 | | Services | | | | 3,200.00 |
| 14 | Quadient PO Box 6813 Carol Stream, IL, 60197-6813 | | Suppliers or Vendors | | | | 2,000.00 |
| 15 | Hewlett-Packard Financial Services PO Box 402582 Atlanta, GA, 30384-2584 | | Equipment Lease | | | | 1,635.99 |
| 16 | IDI PO Box 744971 Atlanta, GA, 30384-4971 | | Suppliers or Vendors | | | | 1,350.00 |
| 17 | Keep It Safe PO Box 101672 Pasadena, CA, 91189 | | Suppliers or Vendors | | | | 895.71 |
| 18 | ComCast PO Box 71211 Charlotte, NC, 28272-1211 | | Services | | | | 733.98 |
| 19 | Solved-IT 333 N. Dobson Rd Ste 5 #138 Chandler, AZ, 85224 | | Services | | | | 616.25 |
| 20 | e-Oscar Dept 224501 PO Box 55000 Detroit, MI, 48255-4971 | | Suppliers or Vendors | | | | 600.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

ABI Holding, LLC
12655 Old Surrey Place
Roswell, GA 30075


Adventus AOF #1 LP
PO Box 936596
Atlanta, GA 31193-6596


American Express
PO Box 60189
City of Industry, CA 91716-0189


ARC Management Group of Georgia, LLC
12655 Old Surrey Place
Roswell, GA 30075


AT&T
PO Box 6416
Carol Stream, IL 60197-6416


Cheetah Capital
667 Madison Avenue
5th Floor
New York, NY 10065


ComCast
PO Box 71211
Charlotte, NC 28272-1211


Corporate Resolutions, LLC
12655 Old Surrey Place
Roswell, GA 30075


CT Corporation System, as Representative
330 N. Brand Blvd, Suite 700
Attn:  SPRS
Glendale, CA 91203


e-Oscar
Dept 224501
PO Box 55000
Detroit, MI 48255-4971


Flock Financial, LLC
400 Galleria Parkway SE
Ste. 17
Atlanta, GA 30339-5980


Funding Club
915 Middle River Drive
Fort Lauderdale, FL 33304


Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000


Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345


GILBRIDE, TUSA, LAST & SPELLANE, LLC
986 Bedford Street
Stamford, CT 06905


Green Note Capital Partners SPV LLC
1019 Avenue P
Ste. 401
Brooklyn, NY 11223-2366


Healthtech Receivables Management, Inc.
12655 Old Surrey Place
Roswell, GA 30075


Hewlett-Packard Financial Services
PO Box 402582
Atlanta, GA 30384-2584


Howste Technical Services
2440 Sandy Plains Road
Bldg 7
Marietta, GA 30066


IDI
PO Box 744971
Atlanta, GA 30384-4971


InfoWorks
PO Box 47
Woodstock, GA 30188


Insperity
6 Pointe Drive
Ste, 150
Brea, CA 92821-6320


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

| | |
|---|---|
| Irwin Bernstein, CMS Services<br>820 Davis Street<br>Suite 453<br>Evanston, IL 60201 | Patient Account Services, LLC<br>1825 Barrett Lakes Blvd., N.W.<br>Ste. 505<br>Kennesaw, GA 307530144 |
| Jeffrey Parrella, Esq.<br>AWN&R Commerical Law Group<br>14 Wall Street, 20th Floor<br>New York, NY 10005 | Pope & Land<br>1701 Barrett Lakes Blvd<br>Ste 120<br>Kennesaw, GA 30144 |
| John Bedard<br>4855 River Green Parkway<br>Suite 310<br>Duluth, GA 30096 | Quadient<br>PO Box 6813<br>Carol Stream, IL 60197-6813 |
| Keep It Safe<br>PO Box 101672<br>Pasadena, CA 91189 | Quench USA, Inc.<br>PO Box 735777<br>Dallas, TX 75373-5777 |
| KYF Global Partners, LLC<br>1019 Ave. P<br>Brooklyn, NY 11223 | RevSpring, Inc.<br>26988 Network Place<br>Chicago, IL 60673-1269 |
| Lathem Time<br>210 The Bluffs<br>Ste 107<br>Austell, GA 30168 | Samson MCA LLC<br>17 State Street<br>Ste. 630<br>New York, NY 10004 |
| Lendspark Corporation<br>2554 Gateway Road<br>Carlsbad, CA 92009 | Solved-IT<br>333 N. Dobson Rd<br>Ste 5 #138<br>Chandler, AZ 85224 |
| Libertas Funding, LLC<br>411 W. Putnam Avenue<br>Ste. 220<br>Greenwich, CT 06830 | Staples<br>PO Box 105748<br>Atlanta, GA 30348-5748 |
| Nationwide<br>PO Box 77210<br>Minneapolis, MN 55480-7200 | Stericycle<br>28883 Network Place<br>Chicago, IL 60673-1288 |
| Ontario Systems LLC<br>1150 W Kilgore Avenue<br>Muncie, IL 47305-1588 | TBF<br>460 Faraday Avenue<br>Jackson, NJ 08527-5072 |
| Patient Account Services, LLC<br>12655 Old Surrey Place<br>Roswell, GA 3075 | Techno Brain BPO ITES Limited<br>Heritan House 2nd Floor<br>Woodlans Road<br>Nairobi Kenya 510, |

The Intelitech Group
4800 NW Camas Meadows Drive
Ste 220
Camas, WA 98607


The J.D. Stuart Law Group, LLC
1825 Barrett Lakes Blvd., N.W.
Ste. 505
Kennesaw, GA 30144


Thresa Larae Wilson
12655 Old Surrey Place
Roswell, GA 30075-1067


Ultimate Contacts
5345 Towne Square Drive
Ste 165
Plano, TX 75024


VCC Owner LLC
PO Box 935812
Atlanta, GA 31193-5812


Wells Fargo
Lite Card Payment Center
POI Box 77066 29
Minneapolis, MN 55840-7766


William D. Wilson
12655 Old Surrey Place
Roswell, GA 30075-1067


William D. Wilson, Jr.
12655 Old Surrey Place
Roswell, GA 30075-1067


Wilzara Property Management Group LLC
12655 Old Surrey Place
Roswell, GA 30075


Windstream
PO Box 9001013
Louisville, KY 40290-1013

United States Bankruptcy Court

Northern District of Georgia

In re: ARC Management Group, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/28/2023

/s/ William D. Wilson
Signature of Individual signing on behalf of debtor

Chief Executive Officer
Position or relationship to debtor