**IT IS ORDERED as set forth below:**



Date: December 1, 2023

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ARC MANAGEMENT GROUP, LLC, | Case No. 23-61742-WLH |
| Debtor. | |

### ORDER (A) AUTHORIZING DEBTOR TO PAY ALL PREPETITION PAYROLL OBLIGATIONS, AND (B) DIRECTING BANKS TO HONOR RELATED TRANSFERS

Upon the motion [Doc. 8] (the "**Motion**")[1] filed by the above-captioned debtor and debtor-in-possession ("**Debtor**"), pursuant to §§ 105(a), 363, 507(a), 541(d), 1107, and 1108 of the Bankruptcy Code and Bankruptcy Rule 6003, seeking entry of an order: (a) authorizing, but not directing, Debtor to continue to honor and pay all prepetition labor obligations as described more fully in the Motion and (b) directing all banks to honor Debtor's prepetition transfers for payment of any of the foregoing and prohibiting banks from placing holds on, or attempting to reverse, any automatic transfers on account of the foregoing; and upon the statements of counsel in support of

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

the relief requested in the Motion at the hearing before the Court; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth on the record at the Hearing, the Motion is GRANTED as set forth herein.

2. Debtor is authorized, but not directed, to continue to honor and pay all pre-petition and post-petition Labor Obligations, including the Wages, the Unpaid Compensation, and the Unpaid Independent Contractor Obligations; provided, however, that payments to or on behalf of any individual Employee or Independent Contractor on account of any pre-petition wages or compensation shall not exceed the amounts afforded priority status by any applicable provisions of § 507 of the Bankruptcy Code, including § 507(a)(4) of the Bankruptcy Code.

3. Debtor shall ensure that all state and federal withholding obligations are paid as required by the applicable taxing authorities.

4. Debtor shall contract with a payroll provider to process and pay all post-pettiion Labor Obligations.

5. To the extent that any employment or related agreements may be deemed executory contracts within the meaning of § 365 of the Bankruptcy Code, the Debtor does not at this time seek authority to assume such contracts, and no relief is granted in that regard.

6. All of Debtor's banks are authorized and directed to receive, process, honor and pay any and all checks or electronic transfers drawn on the Debtor's payroll and general disbursement accounts related to Labor Obligations, including, but not limited to the Wages, the Unpaid Compensation, the Unpaid Independent Contractor Obligations, Worker's Compensation, Payroll Taxes, and the Processing Costs, authorized by this Order, whether presented before or after the Petition Date, provided that sufficient funds are on deposit in the applicable accounts to cover such payments.

7. Nothing herein shall be deemed to authorize the payment of any amounts in satisfaction of severance obligations, or which are subject to § 503(c) of the Bankruptcy Code.

8. Bankruptcy Rule 6003(b) has been satisfied because the relief requested in the Payroll Motion is necessary to avoid immediate and irreparable harm to Debtor.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

11. The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

### END OF ORDER ###

**Prepared and presented by:**

ROUNTREE LEITMAN KLEIN

& GEER, LLC

<u>/s/ Ceci Christy</u>
William A. Rountree, Ga. Bar No. 616503
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
cchristy@rlkglaw.com
*Proposed Attorneys for the Debtor*

**Reviewed by:**

<u>/s/ Alan Hinderleider</u>
ALAN HINDERLEIDER
Georgia Bar No. 938543
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4464
alan.hinderleider@usdoj.gov

**<u>Distribution List</u>**

William A. Rountree
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-61742-wlh |
| ARC Management Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 113E-9  User: bncadmin  Page 1 of 2
Date Rcvd: Dec 04, 2023  Form ID: pdf453  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: lnelson@arcmgmt.com | Dec 04 2023 20:40:00 | ARC Management Group, LLC, 1825 Barrett Lakes Blvd., N.W., Suite 505, Kennesaw, GA 30144-7570 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 04 2023 20:40:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023             Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Ceci Christy | on behalf of Debtor ARC Management Group  LLC cchristy@rlkglaw.com |
| Gregory M. Taube | on behalf of Creditor Flock Financial  LLC greg.taube@nelsonmullins.com, linnea.hann@nelsonmullins.com;sharon.reid@nelsonmullins.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Dec 04, 2023 | Form ID: pdf453 | Total Noticed: 2 |

James W. Hays
    on behalf of Other Prof Irwin Bernstein beau@hpmlawatl.com

William A. Rountree
    on behalf of Debtor ARC Management Group  LLC wrountree@rlkglaw.com,
swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com

TOTAL: 5