**Fill in this information to identify the case:**

Debtor name _ARC Management Group, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _23-61742_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY to | Filing date | ☑ Operating a business<br>☐ Other | $ 5,163,175.19 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 6,175,634.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 6,512,751.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY to | Filing date | Rental Income; FL office sublease | $ 71,000.00 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY to | 12/31/2022<br>MM / DD / YYYY | Rental Income; FL office sublease | $ 84,000.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY to | 12/31/2021<br>MM / DD / YYYY | Rental Income; FL office sublease | $ 46,290.32 |

Debtor    ARC Management Group, LLC
    Name

Case number *(if known)* 23-61742

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Express<br>Creditor's name<br>PO Box 60189<br>City of Industry, CA 91716-0189 | 09/08/2023<br>09/11/2023<br>09/12/2023<br>09/18/2023<br>09/26/2023<br>10/2/2023<br>10/5/2023<br>10/6/2023<br>10/17/2023<br>10/20/2023 | $ 60,979.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Credit Card Debt |
| 3.2. | InfoWorks<br>Creditor's name<br>PO Box 47<br>Woodstock, GA 30188 | 10/18/2023<br>10/26/2023 | $ 10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | William D. Wilson<br>Insider's name<br>12655 Old Surrey Place<br>Roswell, GA 30075-1067<br><br>**Relationship to debtor**<br>Owner | 05/04/2023<br><br>05/15/2023<br><br>6/27/2023 | $ 30,368.70 | Payments to owner's BarclayCard for business expenses [additional payment dates: 7/17/2023; 7/28/2023; 9/29/2023 and 10/10/2023] |
| 4.2. | William D. Wilson<br>Insider's name<br>12655 Old Surrey Place<br>Roswell, GA 30075<br><br>**Relationship to debtor**<br>Owner | 03/03/2023<br><br>09/08/2023 | $ 9,873.22 | Payments to Chase credit card guaranteed by B. Wilson for business expenses |

---

Debtor  ARC Management Group, LLC
_____    Case number (if known) 23-61742
Name                                                                        _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Green Note Capital Partners SPV LLC v. ARC Management Group, LLC DBA ARC Management Group et al | Commercial - Contract | Kings County Supreme Court | ☑ Pending |
| | **Case number** | | 360 Adams St #4 Brooklyn, NY 11201 | ☐ On appeal ☐ Concluded |
| | 525655/2023 | | | |
| 7.2. | **Case title** Flock Financial, LLC v. ARC Management Group, LLC | | **Court or agency's name and address** Superior Court of Cobb County | ☑ Pending |
| | **Case number** | Breach of Contract | 70 Haynes St. Marietta, GA 30090 | ☐ On appeal ☐ Concluded |
| | 23106126 | | | |

---

Debtor    ARC Management Group, LLC
_____
          Name

Case number (*if known*) 23-61742

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Irwin Bernstein c/o James W. Hayes, Esq.<br>Custodian's name<br>3945 Holcomb Bridge Rd., Ste. 300<br>Norcross, GA 30092 | Funds | $ 70,000.00 |

| Case title | Court name and address |
|---|---|
| Flock Financial, LLC v. ARC Managemen | Superior Court of Cobb County<br>Name<br>70 Haynes Street<br>Marietta, GA 30090 |

| Case number | |
|---|---|
| 23-1-6126-69 | |

| Date of order or assignment | |
|---|---|
| 10/2023 | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

| Debtor | ARC Management Group, LLC | Case number *(if known)* | 23-61742 |
|---|---|---|---|
| | Name | | |

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   Rountree Leitman Klein & Geer, LLC | Retainer | 11/2023 | $ 50,000.00 |
| **Address** | | | |
| Century Plaza I, 2987 Clairmont Rd., Ste. 350 Atlanta, GA 30329 | | | |
| **Email or website address** rlkglaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   _____ | | _____ | $_____ |
| **Address** | | | |
| | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor    ARC Management Group, LLC
_____
Name

Case number *(if known)*  23-61742
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | | From | _____ | To _____ |
| 14.2. | | From | _____ | To _____ |

Debtor    ARC Management Group, LLC
_____
Name

Case number (*if known*) 23-61742
_____

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name, address, social security number, account number

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor      ARC Management Group, LLC
_____          Case number (if known) 23-61742
            Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

Debtor    ARC Management Group, LLC
        _____
        Name                                    Case number *(if known)* 23-61742

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Medical Licensing, LLC<br>_____<br>Name<br>200 S. Park Road<br>Hollywood, FL 33021 | | Security deposit under Sublease dated June 19, 2021 by and between ARC Management Group, LLC as Sublandlord and Medical Licensing, LLC as Subtentant | $ 7,000.00 |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    ARC Management Group, LLC
_____    Case number (*if known*)  23-61742
        Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |

---

Debtor   ARC Management Group, LLC
_____
Name

Case number (*if known*) 23-61742
_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Colin Dixon<br>Name | From 01/01/2006<br>To 11/29/2006 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Scott M. Abrams\|Carr, Riggs & Ingram, LLC<br>Name<br>4004 Summit Blvd NE, Ste 800, Atlanta, GA  30319 | From 01/01/2006<br>To 11/29/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Colin Dixon<br>Name | |

Debtor    ARC Management Group, LLC
_____
Name

Case number (*if known*)  23-61742
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    William D. Wilson
_____
Name

12655 Old Surrey Place, Roswell, GA  30075-1067

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
Name

| Name and address |
|---|

26d.2.    _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

Debtor    ARC Management Group, LLC
_____    Case number (if known) 23-61742
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thresa Larae Wilson | 12655 Old Surrey Place, Roswell, GA 30075-1067 | Owner/VP Marketing and Sales | 50 |
| William D. Wilson | 12655 Old Surrey Place, Roswell, GA 30075-1067 | Owner/CEO | 50 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Aaron Wilson | 10,800.00 | 12/5/2022 | Employee bonus$10,000; Expense reimbursement $800 [Additional payment dates: 9/11/2023, 9/27/2023, 10/10/2023] |
| Name | | 1/10/2023 | |
| 12655 Old Surrey Place Roswell, GA 30075 | | 8/29/2023 | |
| **Relationship to debtor** | | _____ | |
| Relative of Owner | | | |

Debtor     ARC Management Group, LLC
_____
Name                                                                Case number (if known)  23-61742

| | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | | 11,876.70 | 1/31/2023 | | Repayment of loans from T. Wilson [Additional payment dates: 6/14/2023; 8/28/2023; 9/5/2023; 9/27/2023; and 10/13/2023] |
| | Thresa Wilson | | 3/6/2023 | | |
| | Name | | | | |
| | 12655 Old Surrey Place | | 3/14/2023 | | |
| | Roswell, GA 30075 | | | | |
| | | | _____ | | |
| | Relationship to debtor | | _____ | | |
| | Owner | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| ARC Management Group LLC 401k; Administered by Insperity | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     12/27/2023
                      MM  / DD  / YYYY

✘ /s/ William D. Wilson                                                    Printed name   William D. Wilson
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Debtor Name | ARC Management Group, LLC | | Case number *(if known)* | 23-61742 |

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| Adventus AOF #1 LP, PO Box 936596, Atlanta, GA 31193-6596 | $50,000.00 | Other |
| Windstream, PO Box 9001013, Louisville, KY 40290-1013 | $8,250.00 | Services |
| RevSpring, Inc., 26988 Network Place, Chicago, IL 60673-1269 | $159,605.40 | Suppliers or vendors |
| VCC Owner LLC, PO Box 935812, Atlanta, GA 31193-5812 | $15,000.00 | Other |
| Barclay Card, Card Services P.O. Box 8802, Wilmington, DE 19899-0000 | $10,000.00 | |
| Aaron Wilson, | $8,000.00 | |
| Intelligent Contacts, | $81,611.50 | |
| Merche-Solutions, | $31,733.81 | |

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| William D. Wilson | 12655 Old Surrey Place, Roswell, GA 30075 | $498,500.30 | Payments to Amex credit cards guaranteed by B. Wilson; various payment dates from 12/2/2022 through 11/15/2023 |

**7) Legal Actions**

Jeanine Scull v. ARC Management Group, LLC

1:22-CV-00754

Alleged FDCPA violations

United States District Court, WDNy

2 Niagara Square, Buffalo, NY 14202-3498

Pending

-------

Matthew Shawn Skinner v. Equifax Information Services LLC and ARC Management Group of Georgia, LLC d/b/a ARC Management Group, LLC

Debtor Name ___ARC Management Group, LLC_____

Case number *(if known)*___23-61742_____

### Continuation Sheet for Official Form 207

5:23-CV-00605

Action brought pursuant to the Fair Credit Reporting Act

United States District Court, MDFl

207 Northwest Second Street, Ocala, FL 34475

Pending

-------

Kendra Watts v. ARC Management Group, LLC

1:23-CV-04782-ELR-JEM

Alleged violations of Fair Debt Collection Practices Act

United States District Court, NDGa.

75 Ted Turner Drive, SW, Atlanta, GA 30303

Pending

-------

Charles H. Mousseau, Jr. v. ARC Management Group, LLC

1:22-cv-03309-KLM

United States District Court, DOC

901 19th Street, Denver, CO 80294

Pending

-------

17) Pension Contributions

ARC Management Group LLC
401k; Administered by
Insperity

26c) Records keepers

| | |
|---|---|
| Thresa Larae Wilson | 12655 Old Surrey Place, Roswell, GA  30075-1067 |
| Scott M. Abrams│Carr, Riggs & Ingram, LLC | 4004 Summit Blvd NE, Ste 800, Atlanta, GA  30319 |

30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

William D. Wilson

Debtor Name   ARC Management Group, LLC _____   Case number *(if known)* 23-61742

## Continuation Sheet for Official Form 207

**12655 Old Surrey Place**
**Roswell, GA 30075**

**Amount of money or description: $368,205.91**

**Dates:  – ,  – ,  –**

**Reason: Repayment of various loans made by B. Wilson to Debtor between**
**12/12/202 and 11/13/2023**

**---**

**Name and Address:**

**William D. Wilson**

**12655 Old Surrey Place**
**Roswell, GA 30075**

**Amount of money or description: $150,000.00**

**Dates:  – ,  – ,  –**

**Reason: Salary; paid through payroll company**

**---**

**Name and Address:**

**Thresa Larae Wilson**

**12655 Old Surrey Place**
**Roswell, GA 30075**

**Amount of money or description: $150,000.00**

**Dates:  – ,  – ,  –**

**Reason: Salary; paid through payroll company**

**---**

**Fill in this information to identify the case:**

Debtor name ___ARC Management Group, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___23-61742___

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank, N.A. (5971) | Checking | 5 9 7 1 | $ 170,246.55 |
| 3.2. | Wells Fargo Bank, N.A. (0253) | Checking | 0 2 5 3 | $ 326.77 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**  $ 170,573.32

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Security Deposit; Barrett Lakes Office; held by Adventus US Realty #8 LP    $ 22,950.67
   7.2. _____    $ _____

Debtor    ARC Management Group, LLC
Name

Case number (if known) 23-61742

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Quadient - Postage Prepayment                                    $ 2,000.00

8.2.                                                                    $

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    $ 24,950.67

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 98,141.19 _ 0.00 = .......➔ | $ 98,141.19 |
|---|---|---|
|  | face amount      doubtful or uncollectible accounts |  |
| 11b. Over 90 days old: | 217,568.30 _ 0.00 = .......➔ | $ 217,568.30 |
|  | face amount      doubtful or uncollectible accounts |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 315,709.49

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. |  | $ |
|---|---|---|
| 14.2. |  | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1. | _____ % |  | $ |
|---|---|---|---|
| 15.2. | _____ % |  | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. |  | $ |
|---|---|---|
| 16.2. |  | $ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    $

---

Debtor    ARC Management Group, LLC
_____
Name                                          Case number (if known) 23-61742

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    ARC Management Group, LLC
Name

Case number (if known)    23-61742

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>6 desks - $2,400; 80 cubicles - $0; 80 cubicle chairs $6000; 1 conference room table $750; 12 conference room chairs - $1200; 1 office table -$200.00; 4 office table chairs - $500.00; 12 desk courtesy chairs - $960; 6 lobby chairs - $600; 4 break room tables - $200; 12 break room chairs - $420; 8 filing cabinets - $200 | $ 0.00 | | $ 13,430.00 |
| 40. **Office fixtures** | $_____ | | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $ 0.00 | | $ 8,550.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 21,980.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    ARC Management Group, LLC                    Case number *(if known)*  23-61742
         Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

|  | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page 5

Debtor   ARC Management Group, LLC
        Name

Case number (if known)   23-61742

---

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1825 Barrett Lakes Blvd., N.W., Ste. 505, Kennesaw, GA  30144-7570 | Office lease | $_____ | _____ | $_____ 0.00 |
| 55.2 200 South Park Road, Suite 450, Hollywood, FL 33021 | Office lease | $_____ | _____ | $_____ 0.00 |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>https://arccollects.com/ | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>Kapersky License | $_____ | _____ | 2,667.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer list | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 2,667.00

---

Debtor    ARC Management Group, LLC
Name

Case number *(if known)*   23-61742

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

Loan to JD Stuart                277,985.00 — 0.00 = ➡   $ 277,985.00
                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet                                     $ Unknown

**Nature of claim**        _____
**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            $_____

**Nature of claim**        _____
**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____                            $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____                            $_____
_____                            $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 277,985.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    ARC Management Group, LLC                              23-61742
          Name                                        Case number (if known)

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 170,573.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 24,950.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 315,709.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 21,980.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 2,667.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 277,985.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................91a. | $ 813,865.48 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................  813,865.48    $ 813,865.48

---

| Debtor 1 | ARC Management Group, LLC | | | 23-61742 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*_____ |

### Continuation Sheet for Official Form 206 A/B

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 15 desktop computers | 0.00 | | 750.00 |
| 8 laptop computers | 0.00 | | 800.00 |
| 2 servers | 0.00 | | 6,000.00 |
| Miscellaneous office equipment | | | 1,000.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Counterclaim against Flock Financial, LLC | Civil Rico; Declaratory Judgment of Unenforceability of MCA Agreements; Breach of Contract; Fraud; Unjust Enrichment/Disgorgement; Conspiracy; Declaratory Judgment of Unenforceability and Invalidity of UCC Liens | 0.00 | Unknown |
| Counterclaim against Green Note Capital Partners SPV LLC; KYF Global Partners, LLC; Funding Club; United Secured Capital Group LLC; United Secured Capital, LLC; Isaac Kassab; Freddy Kassab; Gabriel Mann; ABC Corporations 1-10; and John Does 1-10 | Civil Rico; Declaratory Judgment of Unenforceability of MCA Agreements; Breach of Contract; Fraud; Unjust Enrichment/Disgorgement; Conspiracy; Declaratory Judgment of Unenforceability and Invalidity of UCC Liens | 2,000,000.00 | Unknown |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | ARC Management Group, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 23-61742 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
   secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| Cheetah Capital | | $ 700,000.00     $ 0.00 |

Creditor's mailing address

667 Madison Avenue
5th Floor, New York, NY 10065

Creditor's email address, if known

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account
number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| CT Corporation System, as Representative | | $Unknown     $0.00 |

Creditor's mailing address

330 N. Brand Blvd, Suite 700
Attn: SPRS, Glendale, CA 91203

Creditor's email address, if known

Describe the lien
Agreement you made, UCC-1 Financing Statement

Date debt was incurred     3/1/2023
Last 4 digits of account
number

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
priority?
    ☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**     $ 7,744,057.88

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 6

| | | |
|---|---|---|
| Debtor | ARC Management Group, LLC | Case number (if known) 23-61742 |
| | Name | |

| Part 1: | Additional Page | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Flock Financial, LLC

Creditor's mailing address
_____
400 Galleria Parkway SE
Ste. 17, Atlanta, GA 30339-5980

Creditor's email address, if known
_____

Date debt was incurred    07/2022
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts Receivable

$772,411.00      $315,709.49

Describe the lien
Agreement you made, UCC-1 Financing Statement

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.4** Creditor's name
Funding Club

Creditor's mailing address
_____
915 Middle River Drive
Fort Lauderdale, FL 33304

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ Unknown      $ 0.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 6

Debtor    ARC Management Group, LLC _____ Case number (if known) 23-61742
          Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Green Note Capital Partners SPV LLC

**Describe debtor's property that is subject to a lien**

$ Unknown    $ 0.00

Creditor's mailing address

1019 Avenue P
Ste. 401, Brooklyn, NY 11223-2366

Creditor's email address, if known

Date debt was incurred    8/18/2023
Last 4 digits of account number

**Describe the lien**
Agreement you made, UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.6** Creditor's name
KYF Global Partners, LLC

**Describe debtor's property that is subject to a lien**

$ 218,000.00    $ 0.00

Creditor's mailing address

1019 Ave. P
Brooklyn, NY 11223

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    ARC Management Group, LLC
_____    Case number _(if known)_  23-61742
        Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**
Lendspark Corporation
_____

**Creditor's mailing address**

2554 Gateway Road
Carlsbad, CA 92009
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$409,218.88        $ 0.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** **Creditor's name**
Libertas Funding, LLC
_____

**Creditor's mailing address**

411 W. Putnam Avenue
Ste. 220, Greenwich, CT 06830
_____

**Creditor's email address, if known**
00
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$5,285,500.00        $ 0.00

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _4_ of _6_

Debtor     ARC Management Group, LLC
                Name                                                                    Case number (if known)  23-61742

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
Samson MCA LLC

**Creditor's mailing address**

17 State Street
Ste. 630, New York, NY 10004

**Creditor's email address, if known**

Date debt was incurred    04/25/2023
Last 4 digits of account number    3086

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$195,000.00          $ 0.00

**Describe the lien**

Agreement you made, UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
True Business Funding

**Creditor's mailing address**

460 Faraday Avenue
Jackson, NJ 08527-5072

**Creditor's email address, if known**

Date debt was incurred    07/18/2023
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 163,928.00          $ 0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | ARC Management Group, LLC | Case number (if known) | 23-61742 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| Jeffrey Parrella, Esq.<br>AWN&R Commerical Law Group<br>14 Wall Street, 20th Floor<br>New York, NY, 10005 | Line 2. 5 | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____ ARC Management Group, LLC _____

United States Bankruptcy Court for the: ___ Northern District of Georgia ___

Case number ___ 23-61742 _____
(If known)

☐ Check if this is an
    amended filing

Official Form 206E/F
====================

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____     $ _____

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____     $ _____

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____     $ _____

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | ARC Management Group, LLC | Case number (if known) | 23-61742 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Adventus AOF #1 LP
PO Box 936596

Atlanta, GA, 31193-6596

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landlord

$ 80,231.11

Date or dates debt was incurred    2/1/2020
Last 4 digits of account number    0098

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
American Express
PO Box 60189
City of Industry, CA, 91716-0189

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 18,076.86

Date or dates debt was incurred
Last 4 digits of account number    2006

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
AT&T
PO Box 6416
Carol Stream, IL, 60197-6416

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 160.50

Date or dates debt was incurred
Last 4 digits of account number    6793

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Charles H. Mousseau, Jr.
Eric Donald Coleman|Sulaiman Law Group Ltd.
2500 South Highland Ave Ste 200
Lombard, IL, 60148

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Lawsuit

$ Undetermined

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
ComCast
PO Box 71211
Charlotte, NC, 28272-1211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 733.98

Date or dates debt was incurred
Last 4 digits of account number    8120

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
e-Oscar
Dept 224501
PO Box 55000
Detroit, MI, 48255-4971

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 600.00

Date or dates debt was incurred
Last 4 digits of account number    9202

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | ARC Management Group, LLC | Case number (if known) | 23-61742 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 7    **Nonpriority creditor's name and mailing address**

GILBRIDE, TUSA, LAST & SPELLANE, LLC
986 Bedford Street
Stamford, CT, 06905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8    **Nonpriority creditor's name and mailing address**

Hewlett-Packard Financial Services
PO Box 402582
Atlanta, GA, 30384-2584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease - Server A

$ 532.69

Date or dates debt was incurred _____

Last 4 digits of account number    9067

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9    **Nonpriority creditor's name and mailing address**

Hewlett-Packard Financial Services
PO Box 402582
Atlanta, GA, 30384-2584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease - Server B

$ 1,103.30

Date or dates debt was incurred _____

Last 4 digits of account number    9067

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10    **Nonpriority creditor's name and mailing address**

Howste Technical Services
2440 Sandy Plains Road
Bldg 7
Marietta, GA, 30066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 230.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11    **Nonpriority creditor's name and mailing address**

IDI
PO Box 744971
Atlanta, GA, 30384-4971

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,350.00

Date or dates debt was incurred _____

Last 4 digits of account number    2119

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | ARC Management Group, LLC | Case number (if known) | 23-61742 |
| --- | --- | --- | --- |
| | Name | | |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.12** Nonpriority creditor's name and mailing address

InfoWorks
PO Box 47
Woodstock, GA, 30188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,000.00

---

**3.13** Nonpriority creditor's name and mailing address

Jeanine Scull
c/o Seth J. Andrews|Law Offices of Kenneth Hiller
6000 North Bailey Ave., Ste. 1A
Amherst, NY, 14226

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.14** Nonpriority creditor's name and mailing address

Keep It Safe
PO Box 101672
Pasadena, CA, 91189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __6448__

$ 895.71

---

**3.15** Nonpriority creditor's name and mailing address

Kendra Watts
c/o Naja I Hawk|The Hawk Legal Collective
730 Peachtree Street NE #570
Atlanta, GA, 30308

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.16** Nonpriority creditor's name and mailing address

Lathem Time
210 The Bluffs
Ste 107
Austell, GA, 30168

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __0229__

$ 77.00

---

Debtor  ARC Management Group, LLC
Name

Case number *(if known)*  23-61742

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 17**  Nonpriority creditor's name and mailing address

Matthew Shawn Skinner
c/o Frank H. Kerney III, Esq.
The Consumer Lawyers | 412 E. Madison St Ste 916
Tampa, FL, 33602

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Lawsuit

$ Undetermined

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3. 18**  Nonpriority creditor's name and mailing address

Nationwide
PO Box 77210
Minneapolis, MN, 55480-7200

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 353.42

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  5483

---

**3. 19**  Nonpriority creditor's name and mailing address

Ontario Systems LLC
1150 W Kilgore Avenue
Muncie, IL, 47305-1588

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,203.43

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  5441

---

**3. 20**  Nonpriority creditor's name and mailing address

Quench USA, Inc.
PO Box 735777
Dallas, TX, 75373-5777

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 234.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  4885

---

**3. 21**  Nonpriority creditor's name and mailing address

RevSpring, Inc.
26988 Network Place
Chicago, IL, 60673-1269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  5441

---

| Debtor | ARC Management Group, LLC | Case number *(if known)* | 23-61742 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Solved-IT
333 N. Dobson Rd
Ste 5 #138
Chandler, AZ, 85224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 616.25

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.23** **Nonpriority creditor's name and mailing address**

Stericycle
28883 Network Place
Chicago, IL, 60673-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 191.53

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number     5089

---

**3.24** **Nonpriority creditor's name and mailing address**

Techno Brain BPO ITES Limited
Heritan House 2nd Floor
Woodlans Road
Nairobi Kenya 510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25** **Nonpriority creditor's name and mailing address**

The Intelitech Group
4800 NW Camas Meadows Drive
Ste 220
Camas, WA, 98607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178,748.36

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.26** **Nonpriority creditor's name and mailing address**

VCC Owner LLC
PO Box 935812
Atlanta, GA, 31193-5812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,543.90

**Basis for the claim:** Florida Landlord

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | ARC Management Group, LLC | Case number *(if known)* | 23-61742 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27  **Nonpriority creditor's name and mailing address**

Wells Fargo
Elite Card Payment Center
POI Box 77066 29
Minneapolis, MN, 55840-7766

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

$ 100,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 28  **Nonpriority creditor's name and mailing address**

Windstream
PO Box 9001013
Louisville, KY, 40290-1013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 3,200.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ____8847____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    AMC Management Group, LLC
_____
Name                                                    Case number (if known)    23-61742
_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Georgia Department of Labor<br>148 Andrew Young Inter. Blvd<br>Room 738<br>Atlanta, GA, 30303-0000 | Line ____<br>☑ Not listed. Explain:<br>FOR NOTICE PURPOSES ONLY | _____ |
| 4.2. | Georgia Department of Revenue<br>Compliance Division, ARCS - Bankruptcy<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA, 30345 | Line ____<br>☑ Not listed. Explain<br>FOR NOTICE PURPOSES ONLY | _____ |
| 4.3. | Internal Revenue Service<br>CIO<br>P.O. Box 7346<br>Philadelphia, PA, 19101-7346 | Line ____<br>☑ Not listed. Explain<br>FOR NOTICE PURPOSES ONLY | _____ |
| 4.4. | Pope & Land<br>1701 Barrett Lakes Blvd<br>Ste 120<br>Kennesaw, GA, 30144 | Line __3.1__<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor ___AMC Management Group, LLC_____    Case number _(if known)___23-61742_____

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 463,582.04 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 463,582.04 |

---

**Fill in this information to identify the case:**

Debtor name _ARC Management Group, LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _23-61742_    Chapter _11_

---

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Copier Lease<br>Lessee | SOS Copier Lease<br>PO Box 660831<br>Dallas, TX, 75266-0831 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Venture Corporate Center Lease<br>[Assignment of lease by and among DPF Venture Corporate Center, LLC, EDPO Holdings, Inc., and ARC | VCC Owner LLC<br>PO Box 935812<br>Atlanta, GA, 31193-5812 |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for 330 Cumberland Blvd., Ste. 300<br>Lessee | Adventus AOF #1 LP<br>PO Box 936596<br><br>Atlanta, GA, 31193-6596 |
| | State the term remaining | 3 years, 2 months | |
| | List the contract number of any government contract | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment lease - Server A<br>Lessee | Hewlett-Packard Financial Services<br>PO Box 402582<br>Atlanta, GA, 30384-2584 |
| | State the term remaining | 28 | |
| | List the contract number of any government contract | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease of Florida office space<br>Lessor | N/A |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |

| Debtor | ARC Management Group, LLC | Case number *(if known)* | 23-61742 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease - Server B Lessee | Hewlett-Packard Financial Services PO Box 402582 Atlanta, GA, 30384-2584 |
| | **State the term remaining** | 17 months | |
| | **List the contract number o any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___ARC Management Group, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___23-61742___

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 William D. Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | Green Note Capital Partne | ☑ D ☐ E/F ☐ G |
| 2.2 Thresa Larae Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | Green Note Capital Partne | ☐ D ☐ E/F ☐ G |
| 2.3 William D. Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | Funding Club | ☑ D ☐ E/F ☐ G |
| 2.4 Thresa Larae Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | Funding Club | ☑ D ☐ E/F ☐ G |
| 2.5 ABI Holding, LLC | 12655 Old Surrey Place Roswell, GA 30075 | True Business Funding | ☑ D ☐ E/F ☐ G |
| 2.6 Patient Account Serv | 12655 Old Surrey Place Roswell, GA 3075 | True Business Funding | ☑ D ☐ E/F ☐ G |

Debtor    ARC Management Group, LLC
Name

Case number *(if known)* 23-61742

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | Mailing address | | **Name** | Check all schedules that apply: |
| 2.7 Corporate Resolutions, LLC | 12655 Old Surrey Place Roswell, GA 30075 | | True Business Funding | ☑ D ☐ E/F ☐ G |
| 2.8 Wilzara Property Management Group LLC | 12655 Old Surrey Place Roswell, GA 30075 | | True Business Funding | ☑ D ☐ E/F ☐ G |
| 2.9 William D. Wilson, Jr. | 12655 Old Surrey Place Roswell, GA 30075-1067 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |
| 2.10 Thresa Larae Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |
| 2.11 Corporate Resolutions, LLC | 12655 Old Surrey Place Roswell, GA 30075 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |
| 2.12 ABI Holding, LLC | 12655 Old Surrey Place Roswell, GA 30075 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |
| 2.13 Wilzara Property Management Group LLC | 12655 Old Surrey Place Roswell, GA 30075 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |
| 2.14 ARC Management Group of Georgia, LLC | 12655 Old Surrey Place Roswell, GA 30075 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |

| Debtor | ARC Management Group, LLC | Case number *(if known)* 23-61742 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.15 Patient Account Services, LLC | 12655 Old Surrey Place Roswell, GA 3075 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |
| 2.16 Healthtech Receivables Management, Inc. | 12655 Old Surrey Place Roswell, GA 30075 | | Cheetah Capital | ☑ D ☐ E/F ☐ G |
| 2.17 William D. Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | | Samson MCA LLC | ☑ D ☐ E/F ☐ G |
| 2.18 Thresa Larae Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | | Samson MCA LLC | ☑ D ☐ E/F ☐ G |
| 2.19 Wilzara Property Management Group LLC | 12655 Old Surrey Place Roswell, GA 30075 | | CT Corporation System, as Representative | ☑ D ☐ E/F ☐ G |
| 2.20 The J.D. Stuart Law Group, LLC | 1825 Barrett Lakes Blvd., N.W. Ste. 505 Kennesaw, GA 30144 | | CT Corporation System, as Representative | ☑ D ☐ E/F ☐ G |
| 2.21 ABI Holding, LLC | 12655 Old Surrey Place Roswell, GA 30075 | | CT Corporation System, as Representative | ☑ D ☐ E/F ☐ G |
| 2.22 ARC Management Group of Georgia, LLC | 12655 Old Surrey Place Roswell, GA 30075 | | CT Corporation System, as Representative | ☑ D ☐ E/F ☐ G |

Debtor    ARC Management Group, LLC
_____
Name

Case number *(if known)*____23-61742____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>23</u> Patient Account Services, LLC | 1825 Barrett Lakes Blvd., N.W. Ste. 505 Kennesaw, GA 307530144 | CT Corporation System, as Representative | ☑ D  ☐ E/F  ☐ G |
| 2.<u>24</u> William D. Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | American Express | ☐ D  ☑ E/F  ☐ G |
| 2.<u>25</u> William D. Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | Wells Fargo | ☐ D  ☑ E/F  ☐ G |
| 2.<u>26</u> Thresa Larae Wilson | 12655 Old Surrey Place Roswell, GA 30075-1067 | Wells Fargo | ☐ D  ☑ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor name _____ARC Management Group, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___
(State)

Case number (If known): ___23-61742_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**  **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................
   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................
   $ ___813,865.48

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................
   $ ___813,865.48

---

**Part 2:**  **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..............................
   $ __7,744,057.88

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................
   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................................
   **+** $ ___463,582.04

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b
   $ __8,207,639.92

---

**United States Bankruptcy Court**

**IN RE:**                                                    Case No. 23-61742 _____

ARC Management Group, LLC

_____ Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Thresa Larae Wilson<br>12655 Old Surrey Place, Roswell, GA 30075-1067 | 50 | |
| William D. Wilson<br>12655 Old Surrey Place, Roswell, GA 30075-1067 | 50 | Managing member |

**Fill in this information to identify the case:**

Debtor name _____ ARC Management Group, LLC _____

United States Bankruptcy Court for the: _____ Northern District of Georgia _____

Case number (If known): _____ 23-61742 _____

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Intelitech Group 4800 NW Camas Meadows Drive Ste 220 Camas, WA, 98607 | | Suppliers or Vendors | | | | 178,748.36 |
| 2 | Wells Fargo Elite Card Payment Center POI Box 77066 29 Minneapolis, MN, 55840-7766 | | Monies Loaned / Advanced | | | | 100,000.00 |
| 3 | Adventus AOF #1 LP PO Box 936596 Atlanta, GA, 31193-6596 | | Landlord | | | | 80,231.11 |
| 4 | VCC Owner LLC PO Box 935812 Atlanta, GA, 31193-5812 | | Florida Landlord | | | | 33,543.90 |
| 5 | American Express PO Box 60189 City of Industry, CA, 91716-0189 | | Credit Card Debt | | | | 18,076.86 |
| 6 | Techno Brain BPO ITES Limited Heritan House 2nd Floor Woodlans Road Nairobi Kenya 510 | | Suppliers or Vendors | | | | 18,000.00 |
| 7 | RevSpring, Inc. 26988 Network Place Chicago, IL, 60673-1269 | | Suppliers or Vendors | | | | 9,000.00 |
| 8 | GILBRIDE, TUSA, LAST & SPELLANE, LLC 986 Bedford Street Stamford, CT, 06905 | | Services | | | | 6,500.00 |

| Debtor | ARC Management Group, LLC | | Case number *(if known)* | 23-61742 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | InfoWorks<br>PO Box 47<br>Woodstock, GA, 30188 | | Suppliers or Vendors | | | | 5,000.00 |
| 10 | Ontario Systems LLC<br>1150 W Kilgore Avenue<br>Muncie, IL, 47305-1588 | | Suppliers or Vendors | | | | 4,203.43 |
| 11 | Windstream<br>PO Box 9001013<br>Louisville, KY, 40290-1013 | | Services | | | | 3,200.00 |
| 12 | IDI<br>PO Box 744971<br>Atlanta, GA, 30384-4971 | | Suppliers or Vendors | | | | 1,350.00 |
| 13 | Hewlett-Packard Financial Services<br>PO Box 402582<br>Atlanta, GA, 30384-2584 | | Equipment Lease - Server B | | | | 1,103.30 |
| 14 | Keep It Safe<br>PO Box 101672<br>Pasadena, CA, 91189 | | Suppliers or Vendors | | | | 895.71 |
| 15 | ComCast<br>PO Box 71211<br>Charlotte, NC, 28272-1211 | | Services | | | | 733.98 |
| 16 | Solved-IT<br>333 N. Dobson Rd<br>Ste 5 #138<br>Chandler, AZ, 85224 | | Services | | | | 616.25 |
| 17 | e-Oscar<br>Dept 224501<br>PO Box 55000<br>Detroit, MI, 48255-4971 | | Suppliers or Vendors | | | | 600.00 |
| 18 | Hewlett-Packard Financial Services<br>PO Box 402582<br>Atlanta, GA, 30384-2584 | | Equipment Lease - Server A | | | | 532.69 |
| 19 | Nationwide<br>PO Box 77210<br>Minneapolis, MN, 55480-7200 | | Suppliers or Vendors | | | | 353.42 |
| 20 | Quench USA, Inc.<br>PO Box 735777<br>Dallas, TX, 75373-5777 | | Suppliers or Vendors | | | | 234.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor Name | ARC Management Group, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (*If known*): | 23-61742 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/27/2023          ✘ /s/ William D. Wilson
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                      William D. Wilson
                                      Printed name

                                      Chief Executive Officer
                                      Position or relationship to debtor

**SUPPLEMENTAL LIST OF CREDITORS**

Charles H. Mousseau, Jr.
Eric Donald Coleman|Sulaiman Law Group Ltd.
2500 South Highland Ave Ste 200
Lombard, IL 60148


Jeanine Scull
c/o Seth J. Andrews|Law Offices of Kenneth Hiller
6000 North Bailey Ave., Ste. 1A
Amherst, NY 14226


Kendra Watts
c/o Naja I Hawk|The Hawk Legal Collective
730 Peachtree Street NE #570
Atlanta, GA 30308


Matthew Shawn Skinner
c/o Frank H. Kerney, III, Esq.
The Consumer Lawyers | 412 E. Madison St Ste 916
Tampa, FL 33602


SOS Copier Lease
PO Box 660831
Dallas, TX  75266-0831

United States Bankruptcy Court

Northern District of Georgia

In re:  ARC Management Group, LLC

Case No.  23-61742

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____12/27/2023_____

/s/ William D. Wilson
_____
Signature of Individual signing on behalf of debtor

Chief Executive Officer
_____
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

<u>Northern District of Georgia</u>

**In re** ARC Management Group, LLC

Case No. <u>23-61742</u>

**Debtor**

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $<u>50,000.00</u>

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $<u>595.00</u>

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify)  William D. Wilson

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney:    Standard Hourly Rate:
William A. Rountree    $595.00
Will B. Geer    $595.00
Michael Bargar    $535.00
Hal Leitman    $425.00
David S. Klein    $495.00
Alexandra Dishun    $425.00
Elizabeth Childers    $395.00
Ceci Christy    $425.00
Caitlyn Powers    $325.00
Shawn Eisenberg    $300.00
William Matthews    $425.00

Paralegals:    Standard Hourly Rate:
Sharon  M. Wenger    $225.00
Elizabeth Miller    $250.00
Megan Winokur    $175.00
Catherine Smith    $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  None

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/27/2023

Date

/s/ William  Rountree, 616503

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*
2987 Clairmont Road
Suite 350
Atlanta, GA 30329

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing *Schedules and Statement of Financial Affairs* (the "Schedules") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

James W. Hays
beau@hpmlawatl.com

Alan Hinderleider
Alan.Hinderleider@usdoj.gov

Jeffrey W. Melcher
jmelcher@dickinsonwright.com

Gregory M. Taube
greg.taube@nelsonmullins.com
linnea.hann@nelsonmullins.com
emma.zika@nelsonmullins.com

This is to further certify that I have this day caused to be served a true and correct copy of the Schedules by first class, United States mail, postage fully prepaid to assure delivery to the following parties:

Charles H. Mousseau, Jr.
Eric D Coleman|Sulaiman Law Group Ltd.
2500 South Highland Ave Ste 200
Lombard, IL 60148

Jeanine Scull
c/o Seth J. Andrews|Law Offices of Kenneth Hiller
6000 North Bailey Ave., Ste. 1A
Amherst, NY 14226

Kendra Watts
c/o Naja I Hawk|The Hawk Legal Collective
730 Peachtree Street NE #570
Atlanta, GA 30308

Matthew Shawn Skinner
c/o Frank H. Kerney, III, Esq.
The Consumer Lawyers | 412 E. Madison St Ste 916
Tampa, FL 33602

SOS Copier Lease
PO Box 660831
Dallas, TX  75266-0831

This 27th day of December, 2023.

*/s/ Ceci Christy*
Ceci Christy