**IT IS ORDERED as set forth below:**



**Date: March 13, 2024**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| In Re: | CHAPTER 11 |
|---|---|
| **ARC MANAGEMENT GROUP, LLC.,** | **CASE NO. 23-61742-WLH** |
| Debtor. | |

**ORDER EXTENDING DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL ESTATE PROPERTY**

This matter is before the Court on Debtor's Motion to Extend Deadline to Assume or Reject Unexpired Leases of Non-Residential Real Property [Doc. No. 123] (the "**Motion**") on March 12, 2024; no objections were filed and no party appeared at the hearing to object; after a review of the Motion and the record, it is hereby

ORDERED, that for good cause shown, pursuant to 11 U.S.C. § 365(d)(4), the deadline for Debtor to assume or reject the non-residential real property lease between Debtor and DPF Venture Corporate Center for property located at 200 S. Park Road, Hollywood, Florida 33021 is extended 90-days from March 27, 2024 to June 25, 2024.

-END OF ORDER-

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

**Distribution List**

Ceci Christy
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Alan Hinderleider
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

DPF Venture Corporate Center
c/o Cushman Wakefield
515 E Las Olas Boulevard, Suite 900
Fort Lauderdale, FL 33301

2