UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**In re:**

**ARC MANAGEMENT GROUP, LLC,**

Debtor.

**ADVENTUS US REALTY #8 LP,**

Movant,

v.

**ARC MANAGEMENT GROUP, LLC,**

Respondent.

**Case No. 23-61742-WLH**
**Chapter 11**
**Judge Hagenau**

### NOTICE OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM, DEADLINE TO OBJECT AND HEARING

**Adventus US Realty #8 LP** has filed a **Motion for Allowance of Administrative Expense Claim** on April 4, 2024. Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at **the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, and serve a copy on the movant's attorney, **Stephen M. Montgomery, Dickinson Wright PLLC, 424 Church Street, Suite 800, Nashville, Tennessee 37219** and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **May 7, 2024**. The Court will hold a hearing on the **Motion for Allowance of Administrative Expense Claim** at **1:30 PM EDT** on **April 25, 2024** in **Courtroom 1403** of **the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs

otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: April 4, 2024
　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen M. Montgomery*
　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. Montgomery
　　　　　　　　　　　　　　　　　　　　　　　　DICKINSON WRIGHT PLLC
　　　　　　　　　　　　　　　　　　　　　　　　Tennessee Bar No. 026489
　　　　　　　　　　　　　　　　　　　　　　　　*Admitted pro hac vice*
　　　　　　　　　　　　　　　　　　　　　　　　424 Church Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (615) 620-1712
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (844) 670-6009
　　　　　　　　　　　　　　　　　　　　　　　　smontgomery@dickinsonwright.com
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Landlord*

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

**ARC MANAGEMENT GROUP, LLC,**

Debtor.

Case No. 23-61742-WLH
Chapter 11
Judge Hagenau

### MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Adventus US Realty #8 LP, by and through Matthew D. Mason of Riveron RTS, LLC, its Court-appointed Receiver ("Landlord") moves this Court to enter an order allowing Landlord an administrative expense claim in the amount of $109,599.10 pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1). This amount represents post-petition rents, operating expenses and other charges owed for the period from December 1, 2023 through March 31, 2024 (the "Administrative Expense Period") pursuant to that certain Lease Agreement Dated June 21, 2012 as amended by that certain First Amendment dated July 12, 2012 and that certain Second Amendment, dated October 22, 2019 by and between Landlord and the Debtor (the "Lease") for certain property known as 1825 Barrett Lakes Boulevard NW, Suite 505, Kennesaw, Georgia 30080 (the "Leased Premises"). After filing its bankruptcy petition, Debtor did not reject the Lease and continued to occupy and operate from the Leased Premises during the Administrative Expense Period. Landlord therefore is entitled to allowance of an administrative expense claim for rent due and payable during the Administrative Expense Period. *Duke Realty Ltd. P'ship v. North Metro Mill Work Dists., Inc. (In re Manis Lumber Co.)*, 430 B.R. 269, 277 (Bankr. N.D. Ga. 2009); *see also Trizechahn 1065 Avenue of the Americas, LLC v. Thomaston Mills, Inc.*, 273 B.R. 284, 287-88 (M.D. Ga. 2002).

Landlord has agreed with the Debtor to accept payment of its post-petition rent administrative expense claim in twenty-four (24) equal monthly installments of $4,566.63, beginning on June 1, 2024.

3

Wherefore, Landlord respectfully requests the Court enter an order allowing its post-petition rent claim as an administrative expense and requiring that they be paid in full by the Debtor in twenty-four (24) equal monthly installments of $4,566.63 beginning on June 1, 2024, as agreed between Landlord and Debtor.

    Respectfully submitted,

    DICKINSON WRIGHT, PLLC

    */s/ Stephen M. Montgomery*
    Stephen M. Montgomery
    Tennessee Bar No. 026489
    *Admitted pro hac vice*
    424 Church Street, Suite 800
    Nashville, TN 37219
    Tel: (615) 620-1712
    Fax: (844) 670-6009
    smontgomery@dickinsonwright.com
    *Counsel for Landlord*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served upon counsel of record and all parties registered to receive electronic notice in this case through the Court's CM/ECF system

On April 4, 2024.    */s/ Stephen M. Montgomery*
    Stephen M. Montgomery