

**IT IS ORDERED as set forth below:**

**Date: August 5, 2024**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 11** |
| ARC MANAGEMENT GROUP, LLC, ) | **CASE NO. 23-61742-BEM** |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION FOR
## ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

On June 25, 2024, Adventus US Realty #8 LP ("**Landlord**") filed a Motion for Allowance of Administrative Expense Claim (the "**Motion**") seeking entry of an order allowing Landlord's request for an administrative expense claim in the amount of $34,595.50, representing postpetition rent and other expenses for April 2024. [Doc. No. 161]. Debtor filed an objection to the Motion asserting that Landlord's maximum administrative expense claim for April 2024 is $27,400.00 [Doc. No. 167].

Upon agreement of Debtor and Landlord, it is **ORDERED** that Landlord's administrative expense claim for April 2024 is $27,400.00  Payment of this administrative expense claim will be addressed in a confirmed plan or by further order of the Court.

***END OF DOCUMENT***

**Prepared and presented by:**

**DICKINSON WRIGHT, PLLC**

/s/ Stephen M. Montgomery
Stephen M. Montgomery
Tennessee Bar No. 026489
Admitted pro hac vice
424 Church Street, Suite 800
Nashville, TN 37219
Tel: (615) 620-1712
Fax: (844) 670-6009
smontgomery@dickinsonwright.com
*Counsel for Landlord*

and

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

2

**Distribution List**

Ceci Christy
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Stephen M. Montgomery
Dickinson Wright, PLLC
424 Church Street, Suite 800
Nashville, TN 37219

Office of the United States Trustee
75 Ted Turner Boulevard SW
Suite 362, Richard B. Russell Building
Atlanta, Georgia 30303