

**IT IS ORDERED as set forth below:**

**Date: August 6, 2024**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**
Signed as Revised by the Court

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: | CASE NO. 23-61742-BEM |
| ARC MANAGEMENT GROUP, LLC, | CHAPTER 11 |
| Debtor. | |

**ORDER AND NOTICE OF DEADLINE**
**REQUIRING FILING OF PROOFS OF CLAIM**

**TO ALL PERSONS AND CLAIMANTS WITH CLAIMS AGAINST THE DEBTOR:**

**PLEASE TAKE NOTICE THAT** on July 31, 2024, the above-captioned debtor and debtor-in-possession ("**Debtor**"), filed a Motion for Order Establishing a Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Doc. No. 171], requesting that the Court enter an order establishing a deadline for filing proofs of claim in this case. It appearing that the relief requested is proper, it is hereby

**ORDERED, AND NOTICE IS GIVEN, THAT THE LAST DATE ESTABLISHED FOR FILING PROOFS OF CLAIM IN DEBTOR'S BANKRUPTCY CASE FOR ANY CLAIMANT IS <u>OCTOBER 4, 2024</u>, FOR ANY GOVERNMENTAL UNIT <u>OCTOBER 4,</u>**

**2024 AND FOR ANY REJECTION DAMAGES CLAIM THE LATER OF OCTOBER 4, 2024 OR 30 DAYS AFTER EFFECTIVE REJECTION OF THE EXECUTORY CONTRACT. \*\*\*THIS IS A BAR DATE.\*\*\* Any Claimant that has previously filed a proof of claim is not required to file an additional proof of claim;** and it is

**FURTHER ORDERED, AND NOTICE IS GIVEN, THAT** any person or entity (a "**Claimant**") with a claim against Debtor: (a) creditors whose Prepetition Claims arise out of the rejection of executory contracts or unexpired leases by Debtor prior to the entry of this Bar Date Order; (b) Claimants whose Prepetition Claims arise out of the obligations of such Claimants under a contract for the provision of liability insurance to Debtor; (c) any Claimant whose prepetition claim against Debtor is not listed in the Schedules or whose prepetition claim is listed as disputed, contingent, or unliquidated and that desires to participate in this chapter 11 case or share in any distribution in this chapter 11 case; (d) any Claimant that believes that its prepetition claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a classification or amount other than that identified in the Schedules; and (e) any Claimant that asserts a claim against Debtor under Bankruptcy Code § 503(b)(9) on account of goods delivered to Debtor during the 20 days prior to the Petition Date, MUST FILE A PROOF OF CLAIM IN DEBTOR'S BANKRUPTCY CASE AND PROPER SUPPORTING DOCUMENTATION WITH THE CLERK OF THE BANKRUPTCY COURT AND SERVE A COPY ON DEBTOR'S UNDERSIGNED COUNSEL ON OR BEFORE **OCTOBER 4, 2024**; and it is

**FURTHER ORDERED, AND NOTICE IS GIVEN, THAT** all Governmental Units, as the term is defined under § 101(27) of the Bankruptcy Code, holding claims against Debtor (whether secured, unsecured priority or unsecured non-priority) that arose prior to or on the Petition Date, including governmental units with claims against Debtor for unpaid taxes, whether such claims arise from prepetition tax years or prepetition transactions to which Debtor were a party, MUST FILE A PROOF OF CLAIM IN DEBTOR'S BANKRUPTCY CASE AND PROPER SUPPORTING DOCUMENTATION WITH THE CLERK OF THE BANKRUPTCY COURT AND SERVE A COPY ON DEBTOR'S UNDERSIGNED COUNSEL ON OR BEFORE **October 4, 2024**; and it is

**FURTHER ORDERED, AND NOTICE IS GIVEN, THAT** any Prepetition Claim relating to a Debtor's rejection of an executory contract or unexpired lease (a "**Rejection Damages Claim**") that becomes effective after entry of the Bar Date Order but before confirmation of any plan proposed by the Debtor, MUST FILE A PROOF OF CLAIM IN THE DEBTOR'S BANKRUPTCY CASE AND PROPER SUPPORTING DOCUMENTATION WITH THE CLERK OF THE BANKRUPTCY COURT AND SERVE A COPY ON DEBTOR'S UNDERSIGNED COUNSEL ON OR BEFORE THE LATER OF (A) **OCTOBER 4, 2024** OR (B) 30 DAYS AFTER THE EFFECTIVE DATE OF REJECTION OF SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE AS PROVIDED BY AN ORDER OF THIS COURT OR PURSUANT TO A NOTICE UNDER PROCEDURES APPROVED BY THIS COURT; and it is

**FURTHER ORDERED, AND NOTICE IS GIVEN, THAT** ANY PERSON OR ENTITY WITH A CLAIM AS DESCRIBED ABOVE WHO FAILS TO TIMELY FILE AND SERVE A PROOF OF CLAIM MAY BE FOREVER BARRED FROM PARTICIPATING IN THIS

DEBTOR'S CHAPTER 11 CASE WITH RESPECT TO VOTING ON ANY PLAN OF REORGANIZATION AND WITH RESPECT TO ANY DISTRIBUTION, OR IN ANY OTHER REGARD AND SUCH CLAIM MAY BE DEEMED TO HAVE BEEN WAIVED; and it is

**FURTHER ORDERED, AND NOTICE IS GIVEN, THAT** nothing herein shall prejudice Debtor's right to object to any proof of claim, whether filed or scheduled, on any grounds, or to dispute or assert offsets or defenses to any claims reflected on the Schedules thereto, as to amount, liability, classification, or otherwise or to subsequently designate any claim as disputed, contingent, unliquidated or undetermined; and

**NOTICE IS FURTHER GIVEN** that any person or entity who desires to review Debtor's bankruptcy schedules to determine how a claim or equity security interest is listed may do so at the Clerk of the Bankruptcy Court between the hours of 8:00 a.m. and 4:00 p.m.  Any claimant who desires to rely on such Debtor's bankruptcy schedules has the responsibility for determining that their claim is accurately set forth therein.  All creditors and other parties in interest are referred to the Bankruptcy Code and Bankruptcy Rules for additional information regarding the filing and treatment of proofs of claim and should consult with their own legal advisors.

**NOTICE IS FURTHER GIVEN** that the address for the Clerk of the Bankruptcy Court and Debtor's counsel are as follows:

| | |
|---|---|
| Clerk of the U.S. Bankruptcy Court | Ceci Christy |
| Richard B. Russell Federal Building and | Rountree Leitman Klein & Geer, LLC |
| United States Courthouse | Century Plaza 1 |
| 75 Ted Turner Drive, SW, Room 1340 | 2987 Clairmont Road, Suite 350 |
| Atlanta, GA 30303 | Atlanta, GA 30329 |

**IT IS FURTHER ORDERED, AND NOTICE IS GIVEN, THAT** Debtor's counsel shall serve a copy of this Order and Notice, within three business days of the date hereof, on all creditors, equity security holders, parties in interest, and those persons who have filed requests for notices in the Debtor's case.

**IT IS FURTHER ORDERED** this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement and/or interpretation of this Order and Notice.

### ### END OF ORDER ###

**Prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC

*/s/ Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

**Distribution List:**

Ceci Christy
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of United States Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303