**IT IS ORDERED as set forth below:**



**Date: September 25, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In Re: | CASE NO. 23-61742-BEM |
|---|---|
| ARC MANAGEMENT GROUP, LLC, | CHAPTER 11 |
| Debtor. | |

### ORDER GRANTING
### MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Upon consideration of the motion (the "**Motion**")[1] of Debtor for Approval of its Lease Termination Agreement between Debtor and OPIC VCC LLC and VCC OWNER LLC (collectively, the "**Landlord**") and Bill Wilson, Debtor's principal ("**Wilson**"); and this Court

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; the Court having considered the Motion and all other matters of record, including the lack of a response to the Motion; and sufficient notice being given and no further notice or hearing being required; the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly,

It is hereby **ORDERED** as follows:

1. The Motion is GRANTED.

2. Debtor is authorized to enter into the Agreement attached to the Motion as **Exhibit A**, which is hereby APPROVED.

3. This Order shall be effective and enforceable immediately upon entry hereof.

4. Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

### END OF ORDER ###

**Prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC

*/s/ Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

**Distribution List**

Ceci Christy
ROUNTREE LEITMAN KLEIN &GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303