**IT IS ORDERED as set forth below:**

**Date: September 25, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CASE NO. 23-61742-BEM |
| | : | |
| DEBTOR. | : | |

**AMENDED ORDER AND NOTICE OF RULE 2004 EXAMINATION
OF DEBTOR ARC MANAGEMENT GROUP, LLC AND
FOR THE PRODUCTION OF DOCUMENTS**

On September 19, 2024, the United States Trustee filed a Motion for Order Authorizing Bankruptcy Rule 2004 Examination of ARC Management Group, LLC and for Production of Documents (Dkt. No. 191) (the "Motion") and served it upon Debtor. For good cause shown, it is hereby

**ORDERED** that the Motion is granted and **NOTICE IS GIVEN** that the United States Trustee will conduct an examination of ARC Management Group, LLC in person at the Office of the United States Trustee or by video call on October 17, 2024, at 2:00pm, or at such date, time, and place as the parties may agree. Dial in information will be circulated in advance of the examination if the meeting is conducted over video call.

**IT IS FURTHER ORDERED** that the examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties or by announcement at the examination of the adjourned date, time, and place without further motion, order, or notice.

**IT IS FURTHER ORDERED** that if attendance and, if applicable, production of documents, cannot be obtained voluntarily, the United States Trustee may compel attendance and production of documents as provided in Federal Rule of Bankruptcy Procedure 2004(c).

[END OF DOCUMENT]

Order prepared by:

  /s/
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404)-331-4464
Alan.Hinderleider@usdoj.gov

**DISTRIBUTION LIST**

ARC Management Group, LLC
1825 Barrett Lakes Blvd., N.W.
Suite 505
Kennesaw, GA 30144

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350,2987 Clairmont Road
Atlanta, GA 30329

Ceci Christy
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Ste 350
Atlanta, GA 30329

Alan Hinderleider
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Alan.Hinderleider@usdoj.gov

# EXHIBIT A

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**I.    DEFINITIONS**

1.    "And" includes the word "or" and vice-versa, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the document request all responses that might otherwise be construed to be outside the document request's scope.

2.    "All" includes the words "any" and "each" and vice-versa.

3.    "Bankruptcy Case" shall mean *In re ARC Management Group, LLC*, Case No. 23-61742-BEM (Bankr. N.D. Ga.).

4.    "Debtor" shall mean ARC Management Group, LLC, Chapter 11 debtor in bankruptcy case No. 23-61742-BEM pending in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division.

5.    "Describe," when used in connection with any act, occurrence, or physical facts, shall include but not be limited to the following: the identity of every person known to have been involved in or to have witnessed the act or occurrence; the date or dates of any such act or occurrence; and a description of any documents, records, or thing documenting or involved in the act, occurrence, or fact.

6.    "Document" or "Documents" is used in the broadest sense possible, and includes, without limitation, any tangible thing upon which any expression, communication, information, data, or representation has been recorded by any means including, but not limited to written, printed, recorded, taped, filmed, videotaped or in computer, digital or magnetic memory or storage, however produced or reproduced, and also includes originals, drafts, and non- identical copies wherever located. "Document" or "Documents" shall include, writings and recordings of every kind that are in Your actual or constructive possession, custody or control.  The term "Document" further means any document now or at any time in your possession, custody, or control(together with any predecessors, successors, affiliates, subsidiaries or divisions thereof, and their officers, directors, employees, agents and attorneys).

7.    "Person" shall include both the singular and plural and shall mean any natural person, firm, association, organization, partnership, joint venture, business, trust, trustee, corporation, or public or private entity, or other group or combination of the foregoing.

8.    "You" or "Your" shall refer to Debtor.

9. The singular form of any word includes the plural and vice versa.

## II. INSTRUCTIONS

A. The following general instructions are an integral part of these requests and apply to each request set forth herein.

B. In producing Documents requested herein, You are instructed to search for and furnish all Documents within the direct or indirect, actual or constructive, possession, custody, or control of You, any agent, representative, employee, or attorney of or for You, or any Person who or entity which is or has been acting on Your behalf or under Your direct or indirect control.

C. You are instructed to produce Documents as they are kept or to produce Documents organized and labeled to correspond with the categories in this request.

D. If objection is made to any of the following requests, or if not all Documents responsive to a request are produced, state the specific grounds therefor and produce all Documents responsive to the request as to which there is no objection.

E. If a portion of an otherwise responsive Document contains information You contend is subject to a claim of privilege, those portions of the Document subject to the claim of privilege shall be redacted from the Document and the rest of the Document shall be produced.

F. These requests shall be deemed continuing so as to require further and supplemental production whenever You acquire, discover, or create additional responsive documents between the time of the initial production hereunder and the time that Debtors' bankruptcy case is dismissed, closed, or converted to chapter 13 under the Bankruptcy Code.

## III. DOCUMENTS REQUESTED

1. Copies of unredacted statements for all Debtor's accounts (personal, business, checking, savings, money market, etc.) for the period November 1, 2023, through August 31, 2024, including a check register detailing the check number, date, payee, amount, and purpose of payment and an explanation for all deposits which are not self-explanatory (i.e., payroll direct deposit);

2. All non-privileged documents and communications submitted, received, collected, or reviewed to prepare the Debtor's monthly operating reports filed in this Bankruptcy Case.