UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | CASE NO. 23-61742-BEM |
| ARC MANAGEMENT GROUP, LLC, | CHAPTER 11 |
| Debtor. | |

## MOTION TO WITHDRAW AS COUNSEL

The law firm of Rountree Leitman Klein & Geer, LLC ("**RLKG**"), pursuant to BLR 9010-5, moves the Court to permit it to withdraw as counsel of record for Debtor ARC Management Group, LLC. The undersigned respectfully sets forth as follows pursuant to BLR 9010-5(b)(2):

1. The law firm of Rountree Leitman Klein & Geer, LLC and its attorneys wish to withdraw from representation of Debtor ARC Management Group, LLC.

2. RLKG certifies that notice as required by BLR 9010-5(b)(1) has been given to the Debtor via U.S. Mail and e-mail. A copy of the notice is attached hereto as **Exhibit A**.

3. The notice was mailed on September 21, 2024, to Debtor's last known address.

4. The last known address, telephone number, and email-address for Debtor are as follows:

>     ARC Management Group, LLC
>     Bill Wilson, Chief Executive Officer
>     1825 Barrett Lakes Blvd. NW
>     Suite 505
>     Kennesaw, Georgia 30144
>     Phone: (404) 406-4563
>     bwilson@arcmgmt.com

5. Debtor is hereby notified that it has fourteen (14) days from the date this Motion is served to object to the motion by filing an objection with the Court. The mailing address of the Bankruptcy Court Clerk's office where the objection may be filed is: Richard B. Russell Federal

1

Building and United States Courthouse, United States Bankruptcy Court, 75 Ted Turner Boulevard, SW, Room 1340, Atlanta, GA 30303. The Clerk's office phone number is (404) 215-1000.

6. The Court retains jurisdiction of this matter.

7. Any deadlines or hearings in the case will not be affected by the withdrawal of counsel.

8. The undersigned counsel's certification of written notice is attached hereto as **Exhibit B**.

WHEREFORE, the undersigned respectfully requests that the Court:

(i) Enter an Order allowing the withdrawal the law firm of Rountree Leitman Klein & Geer, LLC from representation of the Debtor in this matter; and

(ii) Enter any other necessary or appropriate relief.

Respectfully submitted, this 6th day of October 2024.

> **ROUNTREE LEITMAN KLEIN & GEER, LLC**
>
> */s/Ceci Christy*
> William A. Rountree, Ga. Bar No. 616503
> Ceci Christy, Ga. Bar No. 370092
> Century Plaza I
> 2987 Clairmont Road, Suite 350
> Atlanta, Georgia 30329
> (404) 584-1238 Telephone
> wrountree@rlkglaw.com
> cchristy@rlkglaw.com
> *Attorneys for Debtor*

**Exhibit A**

**Notice to Debtor**

CECI CHRISTY, ESQ.
404-856-0540
404-219-6915
cchristy@rlkglaw.com



Attorneys at Law
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

September 21, 2024

<u>**VIA ELECTRONIC MAIL**</u>
<u>**UNITED STATES FIRST CLASS MAIL**</u>

Mr. Bill Wilson
Chief Executive Officer
ARC Management Group, LLC
1825 Barrett Lakes Blvd. NW
Suite 505
Kennesaw, Georgia 30144
bwilson@arcmgmt.com

      **RE: Intent to Withdraw as Attorney for ARC Management Group, LLC in chapter 11 Case No. 23-61742-BEM, United States Bankruptcy Court, Northern District of Georgia, Atlanta Division and Adversary Proceeding Case No, 24-05018-BEM, United States Bankruptcy Court, Northern District of Georgia, Atlanta Division**

Dear Bill,

      The purpose of this letter is to give you notice, pursuant to Local Bankruptcy Rule 9010-5, that we intend to withdraw from representation of ARC Management Group, LLC in Chapter 11 Case No. 23- . Given the facts that have come to our attention the week of September 16, 2024, we are seeking to withdraw from our representation of ARC. You are aware of the reasons for our withdrawal, but if you would like additional details, we can schedule a call to discuss those details.

      We are also seeking to withdraw from your Chapter 11 Bankruptcy Case No. 23-52324-bem and Adversary Proceeding No.

      I am required to provide you the name, address, and telephone number of the following opposing counsel and trustee in the case, as well as the address and telephone number of the Bankruptcy Court:

Alan Hinderleider
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
Telephone: (404) 331-4464
alan.hinderleider@usdoj.gov

Clerk of Bankruptcy Court
Richard B. Russell Federal Building
U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Telephone: (404) 215-1000

Jeffrey S. Cianciulli
Weir Greenblatt Pierce LLP
1339 Chestnut Street
Suite 500
Philadelphia, Pennsylvania 19107
Telephone: (215) 241-7740
jcianciulli@wgpllp.com

Michael D. Robl
The Robl Law Firm
3754 Lavista Road, Suite 250
Tucker, Georgia 30084
Telephone: (404) 373-5153
michael@roblgroup.com

Gregory M. Taube
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
Greg.taube@nelsonmullins.com

Stephen M. Montgomery
Dickinson Wright, PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Tel: (615) 620-1712
smontgomery@dickinsonwright.com

Evan Moscov
P.O. Box 8305
Waukegan, IL 60079
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com

Please note that the Bankruptcy Court continues to have jurisdiction of these matters and these cases.

If our withdrawal is permitted:

1. The client will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which the client is a party and (B) the client's current name, telephone number, mailing address, and e-mail address, and that the statement must be amended promptly if the client's name, telephone number, mailing address, or e-mail address changes;

2. The client will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so;

3. The failure or refusal of the client to meet these obligations may result in adverse consequences;

4. Service of notices, pleadings, and other papers may be made upon the client at the client's last known address: 1825 Barrett Lakes Blvd. NW, Suite 505, Kennesaw, Georgia 30144; and

5. If the client is a corporation, a corporation may only be represented in the Bankruptcy Court by an attorney, an attorney must sign all pleadings submitted to the court, a corporate officer may not represent the corporation in the Bankruptcy Court unless that officer is also an attorney, and failure to comply with this Rule could result in adverse consequences to the entity;

6. There are upcoming hearings scheduled and/or pending deadlines in the case.

a. Rule 2004 Examination with United States Trustee at 10:00 am on October 17, 2024 at the United States Trustee's Office
b. Rule 2004 Document Production due to United States Trustee on October 8, 2024.
c. Hearing on Motion for Approval of Settlement Agreement with OPIC VCC LLC and VCC Owner LLC set for September 24, 2024 at 11 am

  d. Hearing on Motion for Approval of Settlement Agreement with Flock Financial and Libertas set for September 24, 2024 at 11 am

  e. Hearing on Debtor's motion to extend the exclusive periods for filing a plan and disclosure statement set for September 23, 2024 at 3:30 pm

  f. The deadline for filing a plan and disclosure statement will be November 1, 2024 and the date to solicit acceptances for the plan will be December 30, 2024

  g. The August 2024 monthly operating report is due now, September 21, 2024.

You have fourteen (14) days from the date of service of the notice to contact me and state any objections to our withdrawal.

         Sincerely,

         */s/ Ceci Christy*
         Ceci Christy

<u>**Exhibit B**</u>

**Certification**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| In Re: | CASE NO. 23-61742-BEM |
|---|---|
| **ARC MANAGEMENT GROUP, LLC,** | **CHAPTER 11** |
| Debtor. | |

**CERTIFICATION OF WRITTEN NOTICE**

The undersigned, Ceci Christy, of the law firm Rountree Leitman Klein & Geer, LLC, presently representing Debtor ARC Management Group, LLC in the above-captioned matter, certifies to the Court as follows:

1. My name is Ceci Christy. I am senior counsel at the law firm of Rountree Leitman Klein & Geer, LLC. We represent the Debtor in the above-captioned matter.

2. This certification is made pursuant to Bankruptcy Local Rule 9010-5(b)(2)

3. On September 21, 2024, I provided notice to Debtor ARC Management Group, LLC of my law firm's desire to withdraw from representation of it in the above-captioned matter.

4. The letter was provided via U.S. Mail to Debtor at the following address: ARC Management Group, LLC, Mr. Bill Wilson, Chief Executive Officer, 1825 Barrett Lakes Blvd. NW, Suite 505, Kennesaw, Georgia 30144 and by email at bwilson@arcmgmt.com.

5. I certify that the notification requirements of Bankruptcy Local Rule 9010-5(b)(1) have been met in this matter.

This 6th day of October 2024.

/s/ Ceci Christy
Ceci Christy
Georgia Bar No. 370092

5

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this day she served a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** to all interested parties by filing same with the Court's CM/ECF filing system, which will provide email notification, and by U.S. Mail and Electronic Mail, on ARC Management Group, LLC, addressed as follows:

>ARC Management Group, LLC
>Bill Wilson, Chief Executive Officer
>1825 Barrett Lakes Blvd. NW
>Suite 505
>Kennesaw, Georgia 30144
>bwilson@arcmgmt.com

**Alan.Hinderleider@usdoj.gov**

_**Maxwell William Bowen** max@roblgroup.com

_**James W. Hays** beau@hayspotter.com

- _**Adam Herring** adam.herring@nelsonmullins.com

- _**Jeffrey W. Melcher** jmelcher@dickinsonwright.com

- _**Stephen M. Montgomery** smontgomery@dickinson-wright.com

- _**Evan L. Moscov** evan.moscov@moscovlaw.com

- _**Michael D. Robl** michael@roblgroup.com

_**Gregory M. Taube** greg.taube@nelsonmullins.com

This 6th day of October 2024

>ROUNTREE LEITMAN KLEIN & GEER, LLC
>
>/s/ Ceci Christy
>Ceci Christy
>Georgia Bar No. 370092

6