

**IT IS ORDERED as set forth below:**

**Date: October 23, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

ARC MANAGEMENT GROUP, LLC,

Debtor.

CASE NO. 23-61742-BEM

CHAPTER 11

## ORDER GIVING DEBTOR A DEADLINE TO RETAIN SUBSTITUTE COUNSEL AND NOTICE OF STATUS CONFERENCE

Rountree Leitman Klein & Geer, LLC's *Motion to Withdraw as Counsel* [Doc. 207] came before the Court for hearing on October 22, 2024. Ceci Christy appeared for Movant, Alan Hinderleider appeared for the United States Trustee, Evan L. Moscov appeared for Green Note Capital Partners SPV, LLC, and Maxwell W. Bowen appeared for Libertas Funding, LLC, SuperB Capital, LLC, and WebBank. For the reasons announced on the record, it is

ORDERED that Debtor shall retain substitute counsel not later than **October 29, 2024**. It is further

ORDERED and NOTICE IS HEREBY GIVEN that a status conference shall be held on **October 30, 2024, at 10:00 AM**, COURTROOM 1402, UNITED STATES

COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE

(f/k/a SPRING STREET), SW, ATLANTA, GEORGIA.

The calendar call will be telephonic and matters to be heard will be heard in Judge

Ellis-Monro's virtual hearing room. However, in person appearances will be permitted. Please

check Judge Ellis-Monro's website https://www.ganb.uscourts.gov/content/honorable-barbara-

ellis-monro-chief-judge) prior to the hearing for information about procedures.

**END OF ORDER**

**Distribution List**

ARC Management Group, LLC
1825 Barrett Lakes Blvd., N.W.
Suite 505
Kennesaw, GA 30144

Ceci Christy
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Ste 350
Atlanta, GA 30329

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

ALL CREDITORS AND PARTIES