

**IT IS ORDERED as set forth below:**

**Date: October 30, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| ARC MANAGEMENT GROUP, LLC, | CASE NO. 23-61742-BEM |
| Debtor. | CHAPTER 11 |
| MARY IDA TOWNSON, UNITED STATES TRUSTEE, | |
| Movant, | |
| v. | Contested Matter |
| ARC MANAGEMENT GROUP, LLC, | |
| Respondent. | |

### ORDER AND NOTICE OF IN-PERSON EVIDENTIARY HEARING WITH DIRECTION FOR DEBTOR'S PRINCIPAL TO PERSONALLY APPEAR

1. An evidentiary hearing in the above-styled matter on the United States Trustee's *Motion to Dismiss or Convert Case or for an Order Directing the Appointment of a Chapter 11 Trustee* [Doc. 215] will be held on **November 6, 2024, at 1:30 PM**, in **ROOM 342**, UNITED

STATES COURTHOUSE, 600 EAST FIRST STREET, ROME, GEORGIA. The hearing will not be rescheduled except by express permission of the Court.

    2. Counsel and parties appearing *pro se* are hereby directed to file on the docket witness lists and marked exhibits, with a cover page listing the exhibits, on or before **November 4, 2024**. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the hearing date. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties, and such documents will be admitted at the hearing without further proof of authenticity. Each party must arrive at the hearing with a set of exhibits for witness use, a set of exhibits for the Courtroom Deputy, and a set of exhibits for the party's own use.

    3. Debtor's principal, **William D. Wilson, is directed to personally appear** at the hearing.

    4. If the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

**END OF ORDER**

**Distribution List**

Ceci Christy
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Ste 350
Atlanta, GA 30329

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Maxwell William Bowen
Robl Law Group
Suite 250
3754 Lavista Road
Tucker, GA 30084

Jeffrey Cianciulli
1339 Chestnut Street
Suite 500
Philadelphia, PA 19107

Evan L. Moscov
Law Office of Evan Moscov
P.O. Box 8305
Waukegan, IL 60079

Gregory M. Taube
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street, NW
Atlanta, GA 30363