

**IT IS ORDERED as set forth below:**

**Date: October 30, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-61742-BEM |
| ARC MANAGEMENT GROUP, LLC, | |
| Debtor. | CHAPTER 11 |

**ORDER DIRECTING WELLS FARGO TO FREEZE TRANSFERS OUT OF DEBTOR'S DIP ACCOUNT WITH ACCOUNT NUMBER ENDING IN 9737**

This case came before the Court for a status conference on October 30, 2024. Cici Christy appeared for Debtor and for Rountree Leitman Klein & Geer, LLC; Alan Hinderleider appeared for the United States Trustee; Maxwell W. Bowen and Jeffrey Cianciulli appeared for Libertas Funding, LLC, SuperB Capital, LLC, WebBank, and Lendspark Corporation; Gregory M. Taube appeared for Flock Financial, LLC; and Evan L. Moscov appeared for Green Note Capital Partners SPV, LLC.

During the status conference the parties and the Court had preliminary discussions about the United States Trustee's *Motion to Dismiss or Convert Case or for an Order Directing the Appointment of a Chapter 11 Trustee* (the "UST's Motion"). [Doc. 215]. The UST's Motion

alleges discrepancies regarding reported balances in the ARC Management Group, LLC Debtor in Possession Portfolio Trust Account at Wells Fargo, with account number ending in 9737 (the "DIP Account"). To maintain the status quo pending resolution of the UST's Motion, it is

ORDERED that effective immediately Wells Fargo Bank, N.A. is directed to freeze the DIP Account to prevent any outgoing transfers or other removal of funds from the DIP Account. The freeze shall not prevent funds from being deposited to or otherwise added to the DIP Account. The freeze shall remain in effect until further order of the Court.

**END OF ORDER**

**Distribution List**

Ceci Christy
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Ste 350
Atlanta, GA 30329

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Maxwell William Bowen
Robl Law Group
Suite 250
3754 Lavista Road
Tucker, GA 30084

Jeffrey Cianciulli
1339 Chestnut Street
Suite 500
Philadelphia, PA 19107

Evan L. Moscov
Law Office of Evan Moscov
P.O. Box 8305
Waukegan, IL 60079

Gregory M. Taube
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street, NW
Atlanta, GA 30363

Wells Fargo Bank, N.A.
Charles W. Scharf, CEO
101 N. Phillips Ave.
Sioux Falls, SD 57104