UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO: 23-61742-BEM |
|---|---|
| ARC MANAGEMENT GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 216 |

On 11/6/2024, I did cause a copy of the following documents, described below,

Motion for Approval of Settlement Agreement ECF Docket Reference No. 216

Notice of Motion for Approval of Settlement Agreement, Deadline to Object, and Notice of Hearing 222

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2024

/s/ Ceci Christy
Ceci Christy  370092
Attorney for Debtor
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329
404 584 1238
emiller@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ARC MANAGEMENT GROUP, LLC | CASE NO: 23-61742-BEM<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 216 |

On 11/6/2024, a copy of the following documents, described below,

Motion for Approval of Settlement Agreement ECF Docket Reference No. 216

Notice of Motion for Approval of Settlement Agreement, Deadline to Object, and Notice of Hearing 222

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ceci Christy
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329

```
USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING     ABI HOLDING LLC                      ARC MANAGEMENT GROUP OF GEORGIA LLC
113E1                                12655 OLD SURREY PLACE               12655 OLD SURREY PLACE
CASE 23-61742-BEM                    ROSWELL GA 30075-1067                ROSWELL GA 30075-1067
NORTHERN DISTRICT OF GEORGIA
ATLANTA
WED NOV 6 12-21-52 EST 2024


DEBTOR
ARC MANAGEMENT GROUP LLC             ATT                                  ADVENTUS AOF 1 LP
1825 BARRETT LAKES BLVD NW           PO BOX 6416                          PO BOX 936596
SUITE 505                            CAROL STREAM IL 60197-6416           ATLANTA GA 31193-6596
KENNESAW GA 30144-7570




AMERICAN EXPRESS                     AMERICAN EXPRESS NATIONAL BANK       MAXWELL WILLIAM BOWEN
PO BOX 60189                         CO BECKET AND LEE LLP                ROBL LAW GROUP
CITY OF INDUSTRY CA 91716-0189       PO BOX 3001                          SUITE 250
                                     MALVERN PA 19355-0701                3754 LAVISTA ROAD
                                                                          TUCKER GA 30084-5623


CT CORPORATION SYSTEM AS REPRESENTATIVE   CHARLES H MOUSSEAU JR           CHARLES H MOUSSEAU JR
330 N BRAND BLVD SUITE 700                CO NATHAN C VOLHEIM             ERIC DONALD COLEMAN
ATTN- SPRS                                ATLAS CONSUMER LAW              SULAIMAN LAW GROUP LTD
GLENDALE CA 91203-2336                    2500 S HIGHLAND AVENUE SITE 200 2500 SOUTH HIGHLAND AVE STE 200
                                          LOMBARD IL 60148-7103           LOMBARD IL 60148-7103


                                                                          EXCLUDE
CHEETAH CAPITAL                      CHEETAH CAPITAL INC                  CECI CHRISTY
667 MADISON AVENUE                   1688 MERIDIAN AVE SUITE 200          ROUNTREE LEITMAN KLEIN  GEER LLC
5TH FLOOR                            MIAMI BEACH FL 33139-2717            2987 CLAIRMONT RD STE 350
NEW YORK NY 10065-8029                                                    ATLANTA GA 30329-4435


JEFFREY CIANCIULLI                   COMCAST                              CORPORATE RESOLUTIONS LLC
1339 CHESTNUT STREET                 PO BOX 71211                         12655 OLD SURREY PLACE
SUITE 500                            CHARLOTTE NC 28272-1211              ROSWELL GA 30075-1067
PHILADELPHIA PA 19107-3503




ERIN MCCAIN                          FLOCK FINANCIAL LLC                  FLOCK FINANCIAL LLC
9002 NEWBURGH DRIVE                  400 GALLERIA PARKWAY SE              CO GREG TAUBE NELSON MULLINS LLP
HOUSTON TX 77095-3733                STE 17                               SUITE 1700
                                     ATLANTA GA 30339-5980                201 17TH STREET NW
                                                                          ATLANTA GA 30363-1099


FUNDING CLUB                         GILBRIDE TUSA LAST  SPELLANE LLC     GEORGIA DEPARTMENT OF LABOR
915 MIDDLE RIVER DRIVE               986 BEDFORD STREET                   148 ANDREW YOUNG INTER BLVD
FORT LAUDERDALE FL 33304-3544        STAMFORD CT 06905-5610               ROOM 738
                                                                          ATLANTA GA 30303-1733


(P)GEORGIA DEPARTMENT OF REVENUE     GEORGIA DEPT OF LABOR                GEORGIA DEPT OF LABOR
COMPLIANCE DIVISION                  SUITE 826                            SUITE 910
ARCS BANKRUPTCY                      148 ANDREW YOUNG INTER BLVD NE       148 ANDREW YOUNG INTER BLVD NE
1800 CENTURY BLVD NE SUITE 9100      ATLANTA GA 30303-1751                ATLANTA GA 30303-1751
ATLANTA GA 30345-3202
```

```
USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

GREEN NOTE CAPITAL PARTNERS SPV LLC    JAMES W HAYS                         HEALTHTECH RECEIVABLES MANAGEMENT INC
1019 AVENUE P                          HAYS   POTTER LLP                    12655 OLD SURREY PLACE
STE 401                                SUITE 300                            ROSWELL GA 30075-1067
BROOKLYN NY 11223-2366                 3945 HOLCOMB BRIDGE RD
                                       PEACHTREE CORNERS GA 30092-5200


ADAM HERRING                           HEWLETTPACKARD FINANCIAL SERVICES    HEWLETTPACKARD FINANCIAL SERVICES
NELSON MULLINS RILEY   SCARBOROUGH     PO BOX 402582                        COMPANY
201 17TH STREET NW STE 1700            ATLANTA GA 30384-2584                DIANE MORGAN
ATLANTA GA 30363-1099                                                       200 CONNELL DRIVE
                                                                            BERKELEY HEIGHTS NJ 07922-2816


ALAN HINDERLEIDER                      HOWSTE TECHNICAL SERVICES            ICP GROUP LLC
OFFICE OF THE UNITED STATES TRUSTEE    2440 SANDY PLAINS ROAD               ATTN PETER PINTO
362 RICHARD B RUSSELL FEDERAL BUILDING BLDG 7                               10160 ANDOVER COACH CIRCLE
75 TED TURNER DRIVE SW                 MARIETTA GA 30066-7218               STE H-1
ATLANTA GA 30303-3315                                                       WELLINGTON FL 33449-8139


IDI                                    INFOWORKS                            INSPERITY
PO BOX 744971                          PO BOX 47                            6 POINTE DRIVE
ATLANTA GA 30374-4971                  WOODSTOCK GA 30188-0047              STE 150
                                                                            BREA CA 92821-6324


INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE             IRWIN BERNSTEIN CMS SERVICES
P O BOX 7346                           CIO                                  820 DAVIS STREET
PHILADELPHIA PA 19101-7346             PO BOX 7346                          SUITE 453
                                       PHILADELPHIA PA 19101-7346           EVANSTON IL 60201-4810


JEANINE SCULL                          JEFFREY PARRELLA ESQ                 JOHN BEDARD
CO SETH J ANDREWS                      AWNR COMMERICAL LAW GROUP            4855 RIVER GREEN PARKWAY
LAW OFFICES OF KENNETH HILLER          14 WALL STREET 20TH FLOOR            SUITE 310
6000 NORTH BAILEY AVE STE 1A           NEW YORK NY 10005-2123               DULUTH GA 30096-8337
AMHERST NY 14226-5102


KYF GLOBAL PARTNERS LLC                KEEP IT SAFE                         KENDRA WATTS
1019 AVE P                             PO BOX 101672                        CO NAJA I HAWK
BROOKLYN NY 11223-2364                 PASADENA CA 91189-0044               THE HAWK LEGAL COLLECTIVE
                                                                            730 PEACHTREE STREET NE 570
                                                                            ATLANTA GA 30308-1244


LATHEM TIME                            LENDSPARK CORPORATION                (P)LIBERTAS FUNDING LLC
210 THE BLUFFS                         2554 GATEWAY ROAD                    411 WEST PUTNAM ST
STE 107                                CARLSBAD CA 92009-1742               SUITE 220
AUSTELL GA 30168-7883                                                       GREENWICH CT 06830-6295


MATTHEW SHAWN SKINNER                  JEFFREY W MELCHER                    STEPHEN M MONTGOMERY
CO FRANK H KERNEY III ESQ              DICKINSON WRIGHT PLLC                DICKINSON WRIGHT PLLC
THE CONSUMER LAWYERS                   424 CHURCH STREET SUITE 800          SUITE 800
412 E MADISON ST STE 916               NASHVILLE TN 37219-2395              424 CHURCH STREET
TAMPA FL 33602-4617                                                         NASHVILLE TN 37219-2395
```

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EVAN L MOSCOV<br>LAW OFFICE OF EVAN MOSCOV<br>PO BOX 8305<br>WAUKEGAN IL 60079-8305 | NATIONWIDE<br>PO BOX 77210<br>MINNEAPOLIS MN 55480-7200 | ONTARIO SYSTEMS LLC<br>1150 W KILGORE AVENUE<br>MUNCIE IL 47305-1599 |
| PATIENT ACCOUNT SERVICES LLC<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | PATIENT ACCOUNT SERVICES LLC<br>1825 BARRETT LAKES BLVD NW<br>STE 505<br>KENNESAW GA 30144-7570 | POPE  LAND<br>1701 BARRETT LAKES BLVD<br>STE 120<br>KENNESAW GA 30144-4583 |
| QUADIENT<br>PO BOX 6813<br>CAROL STREAM IL 60197-6813 | QUENCH USA INC<br>PO BOX 735777<br>DALLAS TX 75373-5777 | REVSPRING INC<br>26988 NETWORK PLACE<br>CHICAGO IL 60673-1269 |
| ROBERT M HIRSH<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | MICHAEL D ROBL<br>ROBL LAW GROUP LLC<br>SUITE 250<br>3754 LAVISTA ROAD<br>TUCKER GA 30084-5623 | EXCLUDE<br>WILLIAM A ROUNTREE<br>ROUNTREE LEITMAN KLEIN  GEER LLC<br>CENTURY PLAZA I SUITE 350<br>2987 CLAIRMONT ROAD<br>ATLANTA GA 30329-4448 |
| SOS COPIER LEASE<br>PO BOX 660831<br>DALLAS TX 75266-0831 | SAMSON MCA LLC<br>17 STATE STREET<br>STE 630<br>NEW YORK NY 10004-1749 | STEPHEN WAYNE SATHER<br>BARRON  NEWBURGER PC<br>7320 N MOPAC EXPWY SUITE 400<br>AUSTIN TX 78731-2347 |
| SECRETARY OF THE TREASURY<br>15TH  PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20200 | SHANNA M KAMINSKI<br>PO BOX 247<br>GRASS LAKE MI 49240-0247 | SOLVEDIT<br>333 N DOBSON RD<br>STE 5 138<br>CHANDLER AZ 85224-4412 |
| (P)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203-9591 | STERICYCLE<br>28883 NETWORK PLACE<br>CHICAGO IL 60673-1288 | TBF<br>460 FARADAY AVENUE<br>JACKSON NJ 08527-5072 |
| GREGORY M TAUBE<br>NELSON MULLINS RILEY  SCARBOROUGH LLP<br>SUITE 1700<br>201 17TH STREET NW<br>ATLANTA GA 30363-1099 | INTERNATIONAL<br>TECHNO BRAIN BPO ITES LIMITED<br>HERITAN HOUSE 2ND FLOOR<br>WOODLANS ROAD<br>NAIROBI KENYA 510 | (P)THE INTELITECH GROUP<br>4800 NW CAMAS MEADOWS DRIVE 220<br>CAMAS WA 98607-7698 |
| THE JD STUART LAW GROUP LLC<br>1825 BARRETT LAKES BLVD NW<br>STE 505<br>KENNESAW GA 30144-7570 | THRESA LARAE WILSON<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | U S SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>SUITE 900<br>950 EAST PACES FERRY ROAD NE<br>ATLANTA GA 30326-1382 |

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ULTIMATE CONTACTS<br>5345 TOWNE SQUARE DRIVE<br>STE 165<br>PLANO TX 75024-2463 | UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DRIVE SW SUITE 600<br>ATLANTA GA 30303-3309 | UNITED STATES TRUSTEE<br>362 RICHARD RUSSELL FEDERAL BUILDING<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303-3315 |
| VCC OWNER LLC<br>PO BOX 935812<br>ATLANTA GA 31193-5812 | SUSAN VERBONITZ<br>1339 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA PA 19107-3503 | WEBBANK<br>CO ROBL LAW GROUP LLC<br>3754 LAVISTA ROAD<br>SUITE 250<br>TUCKER GA 30084-5623 |
| WEBBANK<br>215 S STATE STREET<br>SUITE 1000<br>SALT LAKE CITY UT 84111-2336 | WELLS FARGO<br>LITE CARD PAYMENT CENTER<br>POI BOX 77066 29<br>MINNEAPOLIS MN 55480-7766 | WELLS FARGO BANK<br>SMALL BUSINESS LENDING DIVISION<br>PO BOX 29482 MAC S4101-08C<br>PHOENIX AZ 85038-9482 |
| WILLIAM D WILSON<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | WILLIAM D WILSON JR<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | WILZARA PROPERTY MANAGEMENT GROUP LLC<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 |
| WINDSTREAM<br>PO BOX 9001013<br>LOUISVILLE KY 40290-1013 | EOSCAR<br>DEPT 224501<br>PO BOX 55000<br>DETROIT MI 48255-4971 | |