

**IT IS ORDERED as set forth below:**

**Date: November 6, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CASE NO. 23-61742 - BEM |
| | : | |
| DEBTOR. | : | |

**CONSENT ORDER DIRECTING THE APPOINTMENT OF A TRUSTEE**

On October 29, 2024, the United States Trustee filed a Motion to Dismiss or Convert Case or for an Order Directing the Appointment of a Chapter 11 Trustee. (Dkt. No. 215) It appearing to the Court that all parties were properly served with the motion, that good cause exists for appointment of a chapter 11 trustee, and Debtor's consent to appointment of a chapter 11 trustee, it is hereby

**ORDERED** that the United States Trustee is hereby **DIRECTED** to appoint a trustee in the above-referenced case. It is further

**ORDERED** that the Clerk of the Bankruptcy Court shall serve this Order upon Debtor, Debtor's counsel, the United States Trustee, and all creditors and parties in interest.

[END OF DOCUMENT]

Prepared and presented by:

/s/
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
Alan.Hinderleider@usdoj.gov

Consented to by:

/s/                                *
Ceci Christy
Georgia Bar No. 370092
Counsel to the Debtor
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA 30329
404 584 1238
cchristy@rlkglaw.com
*signed with express permission on 11/5/2024*

**DISTRIBUTION LIST**

MAILING MATRIX