**IT IS ORDERED as set forth below:**



**Date: November 8, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 23-61742-BEM** |
| **ARC MANAGEMENT GROUP, LLC,** | **CHAPTER 11** |
| **Debtor.** | |

### ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR DEBTOR

This matter is before the Court on the Motion to Withdraw as Counsel [Doc. No. 207] (the "**Motion**") filed by the law firm of Rountree Leitman Klein & Geer, LLC ("**RLKG**") as counsel of record for Debtor ARC Management Group, LLC ("**Debtor**") in the above-captioned bankruptcy case. Attached to the Motion is RLKG's Certification of Written Notice certifying that Debtor received notice of the Motion and RLKG's intent to withdraw as counsel for Debtor. No objections to the Motion were filed with the Court.

1

After considering the Certification of Written Notice, and it appearing that RLKG has complied with BLR 9010-5, it is hereby **ORDERED** that the Firm and its counsel are hereby removed as counsel of record for Debtor.

### END OF ORDER ###

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/Ceci Christy*
William A. Rountree, Ga. Bar No. 616503
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
cchristy@rlkglaw.com
*Attorneys for Debtor*


**Distribution List**

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

ARC Management Group, LLC
Mr. Bill Wilson
Chief Executive Officer
1825 Barrett Lakes Blvd. NW
Suite 505
Kennesaw, Georgia 30144