UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CASE NO. 23-61742 - BEM |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE
AND SETTING OF BOND**

Pursuant to the Order of this Court entered on November 7, 2024 (Dkt. No. 224) directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee for Region 21 hereby appoints the following person as Chapter 11 Trustee:

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
(404) 926- 0051
ghays@haysconsulting.net

The bond of the Chapter 11 Trustee will initially be set at $450,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made the 12th day of November.

**MARY IDA TOWNSON
UNITED STATES TRUSTEE**

**BY:** _____/s/_____
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
Alan.Hinderleider@usdoj.gov