UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| ARC MANAGEMENT GROUP, LLC, | : CASE NO. 23-61742 - BEM |
| | : |
| DEBTOR. | : |

## ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE

I, S. Gregory Hays, the undersigned, pursuant to Federal Rule of Bankruptcy Procedure 2008, do hereby accept the appointment as Chapter 11 Trustee in the above-captioned case.

DATED: *November 12, 2024*.

*/s/ S. Gregory Hays*

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
(404) 926-0051
ghays@haysconsulting.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| ARC MANAGEMENT GROUP, LLC | ) | |
| | ) | CASE NO. 23-61742-BEM |
| | ) | |
| DEBTOR. | ) | |

## **VERIFIED STATEMENT OF S. GREGORY HAYS**

I, S. Gregory Hays, do hereby certify under penalty of perjury that the following information is true and correct to the best of my knowledge, information, and belief:

1. I am a resident of the State of Georgia. My business address is:

2964 Peachtree Road, Suite 555, Atlanta, GA 30305

2. I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

I have been appointed by the United State Trustee to serve as a Chapter 7 trustee and have served in that capacity for 22 years. As a Chapter 7 trustee, I routinely employ the Debtor's former counsel, Rountree Leitman Klein & Geer, LLC, to represent the Chapter 7 estates I manage.

3. To the best of my knowledge, information, and belief, I do not hold or represent any interest adverse (i) to the estate of the debtor; or (ii) to any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

4. I am not an "insider" of the debtor. 11 U.S.C. 101(31).

5. I qualify as a "disinterested person." 11 U.S.C. 101(14).

6. I will promptly advise the Bankruptcy Court and the Office of the United States Trustee of any circumstances that cause the foregoing to change.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date: Nov 6, 2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| ARC MANAGEMENT GROUP, LLC | ) | |
| | ) | CASE NO. 23-61742-BEM |
| | ) | |
| DEBTOR. | ) | |

## AFFIDAVIT OF S. GREGORY HAYS

I, S. Gregory Hays, hereby state the following under penalty of perjury and 18 U.S.C. §1001, as a condition of my appointment in this case by the United States Trustee:

1. I have filed income tax returns for the three tax years preceding my appointment in this case.

2. I owe no delinquent tax obligations to any taxing authority.

3. I have never been convicted of a felony.

4. I am not addicted to any drug, narcotic, or alcohol.

5. There are no outstanding money judgments entered against me.

6. I am not individually named as a defendant in any lawsuit pending at this time except: (If none, so state)

    a.   NONE

    b.

7. I am not delinquent in repaying any outstanding student loan obligations.

8. I have received the following forms from the United States Trustee: Application Form, Form SF 85P, Fingerprint Cards, Form I9, and Tax Check Waiver Form. I will complete and return these forms to the Office of the United States Trustee as expeditiously as possible but in no event later than ten (10) days from the date hereof.*

9. I agree to submit to a background investigation based on the forms submitted and to furnish such other information or materials the United States Trustee requests to resolve any questions arising therefrom.*

10. I will promptly advise the United States Trustee of any circumstances that cause the foregoing certifications to change.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this __6th__ day of __November__, __2024__.

_____
AFFIANT

STATE OF GEORGIA                )
                                )

Executed and acknowledged before me, the undersigned notary,

on this __6th__ day of __November__, __2024__.

__Dwaine A. Butler__
NOTARY PUBLIC

My commission expires: __3-14-2026__

