UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ARC MANAGEMENT GROUP, LLC | CASE NO: 23-61742-BEM<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 226 |

On 11/12/2024, I did cause a copy of the following documents, described below,

Order Permitting Withdrawal of Counsel for Debtor ECF Docket Reference No. 226

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/12/2024

/s/ Ceci Christy
Ceci Christy  370092
Attorney for Debtor
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329
404 584 1238
emiller@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ARC MANAGEMENT GROUP, LLC | CASE NO: 23-61742-BEM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 226 |

On 11/12/2024, a copy of the following documents, described below,

Order Permitting Withdrawal of Counsel for Debtor ECF Docket Reference No. 226

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/12/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ceci Christy
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329

```
USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING       ABI HOLDING LLC                         ARC MANAGEMENT GROUP OF GEORGIA LLC
113E1                                  12655 OLD SURREY PLACE                  12655 OLD SURREY PLACE
CASE 23-61742-BEM                      ROSWELL GA 30075-1067                   ROSWELL GA 30075-1067
NORTHERN DISTRICT OF GEORGIA
ATLANTA
TUE NOV 12 14-45-46 EST 2024



DEBTOR
ARC MANAGEMENT GROUP LLC               ATT                                     ADVENTUS AOF 1 LP
1825 BARRETT LAKES BLVD NW             PO BOX 6416                             PO BOX 936596
SUITE 505                              CAROL STREAM IL 60197-6416              ATLANTA GA 31193-6596
KENNESAW GA 30144-7570





AMERICAN EXPRESS                       AMERICAN EXPRESS NATIONAL BANK          MAXWELL WILLIAM BOWEN
PO BOX 60189                           CO BECKET AND LEE LLP                   ROBL LAW GROUP
CITY OF INDUSTRY CA 91716-0189         PO BOX 3001                             SUITE 250
                                       MALVERN PA 19355-0701                   3754 LAVISTA ROAD
                                                                               TUCKER GA 30084-5623




CT CORPORATION SYSTEM AS REPRESENTATIVE CHARLES H MOUSSEAU JR                  CHARLES H MOUSSEAU JR
330 N BRAND BLVD SUITE 700             CO NATHAN C VOLHEIM                     ERIC DONALD COLEMAN
ATTN- SPRS                             ATLAS CONSUMER LAW                      SULAIMAN LAW GROUP LTD
GLENDALE CA 91203-2336                 2500 S HIGHLAND AVENUE SITE 200         2500 SOUTH HIGHLAND AVE STE 200
                                       LOMBARD IL 60148-7103                   LOMBARD IL 60148-7103




CHEETAH CAPITAL                        CHEETAH CAPITAL INC                     JEFFREY CIANCIULLI
667 MADISON AVENUE                     1688 MERIDIAN AVE SUITE 200             1339 CHESTNUT STREET
5TH FLOOR                              MIAMI BEACH FL 33139-2717               SUITE 500
NEW YORK NY 10065-8029                                                         PHILADELPHIA PA 19107-3503




COMCAST                                CORPORATE RESOLUTIONS LLC               ERIN MCCAIN
PO BOX 71211                           12655 OLD SURREY PLACE                  9002 NEWBURGH DRIVE
CHARLOTTE NC 28272-1211                ROSWELL GA 30075-1067                   HOUSTON TX 77095-3733




FLOCK FINANCIAL LLC                    FLOCK FINANCIAL LLC                     FUNDING CLUB
400 GALLERIA PARKWAY SE                CO GREG TAUBE NELSON MULLINS LLP        915 MIDDLE RIVER DRIVE
STE 17                                 SUITE 1700                              FORT LAUDERDALE FL 33304-3544
ATLANTA GA 30339-5980                  201 17TH STREET NW
                                       ATLANTA GA 30363-1099




GILBRIDE TUSA LAST  SPELLANE LLC       GEORGIA DEPARTMENT OF LABOR             GEORGIA DEPARTMENT OF REVENUE
986 BEDFORD STREET                     148 ANDREW YOUNG INTER BLVD             COMPLIANCE DIVISION
STAMFORD CT 06905-5610                 ROOM 738                                ARCS BANKRUPTCY
                                       ATLANTA GA 30303-1733                   1800 CENTURY BLVD NE SUITE 9100
                                                                               ATLANTA GA 30345-3202




GEORGIA DEPT OF LABOR                  GEORGIA DEPT OF LABOR                   GREEN NOTE CAPITAL PARTNERS SPV LLC
SUITE 826                              SUITE 910                               1019 AVENUE P
148 ANDREW YOUNG INTER BLVD NE         148 ANDREW YOUNG INTER BLVD NE          STE 401
ATLANTA GA 30303-1751                  ATLANTA GA 30303-1751                   BROOKLYN NY 11223-2366
```

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
JAMES W HAYS                          S GREGORY HAYS                         HEALTHTECH RECEIVABLES MANAGEMENT INC
HAYS   POTTER LLP                     HAYS FINANCIAL CONSULTING LLC          12655 OLD SURREY PLACE
SUITE 300                             SUITE 555                              ROSWELL GA 30075-1067
3945 HOLCOMB BRIDGE RD                2964 PEACHTREE ROAD
PEACHTREE CORNERS GA 30092-5200       ATLANTA GA 30305-4909


ADAM HERRING                          HEWLETTPACKARD FINANCIAL SERVICES      HEWLETTPACKARD FINANCIAL SERVICES
NELSON MULLINS RILEY   SCARBOROUGH    PO BOX 402582                          COMPANY
201 17TH STREET NW STE 1700           ATLANTA GA 30384-2584                  DIANE MORGAN
ATLANTA GA 30363-1099                                                        200 CONNELL DRIVE
                                                                             BERKELEY HEIGHTS NJ 07922-2816


ALAN HINDERLEIDER                     HOWSTE TECHNICAL SERVICES              ICP GROUP LLC
OFFICE OF THE UNITED STATES TRUSTEE   2440 SANDY PLAINS ROAD                 ATTN PETER PINTO
362 RICHARD B RUSSELL FEDERAL BUILDING BLDG 7                                10160 ANDOVER COACH CIRCLE
75 TED TURNER DRIVE SW                MARIETTA GA 30066-7218                 STE H-1
ATLANTA GA 30303-3315                                                        WELLINGTON FL 33449-8139


IDI                                   INFOWORKS                              INSPERITY
PO BOX 744971                         PO BOX 47                              6 POINTE DRIVE
ATLANTA GA 30374-4971                 WOODSTOCK GA 30188-0047                STE 150
                                                                             BREA CA 92821-6324


INTERNAL REVENUE SERVICE              INTERNAL REVENUE SERVICE               IRWIN BERNSTEIN CMS SERVICES
P O BOX 7346                          CIO                                    820 DAVIS STREET
PHILADELPHIA PA 19101-7346            PO BOX 7346                            SUITE 453
                                      PHILADELPHIA PA 19101-7346             EVANSTON IL 60201-4810


JEANINE SCULL                         JEFFREY PARRELLA ESQ                   JOHN BEDARD
CO SETH J ANDREWS                     AWNR COMMERICAL LAW GROUP              4855 RIVER GREEN PARKWAY
LAW OFFICES OF KENNETH HILLER         14 WALL STREET 20TH FLOOR              SUITE 310
6000 NORTH BAILEY AVE STE 1A          NEW YORK NY 10005-2123                 DULUTH GA 30096-8337
AMHERST NY 14226-5102


KYF GLOBAL PARTNERS LLC               KEEP IT SAFE                           KENDRA WATTS
1019 AVE P                            PO BOX 101672                          CO NAJA I HAWK
BROOKLYN NY 11223-2364                PASADENA CA 91189-0044                 THE HAWK LEGAL COLLECTIVE
                                                                             730 PEACHTREE STREET NE 570
                                                                             ATLANTA GA 30308-1244


LATHEM TIME                           LENDSPARK CORPORATION                  LIBERTAS FUNDING LLC
210 THE BLUFFS                        2554 GATEWAY ROAD                      411 WEST PUTNAM ST
STE 107                               CARLSBAD CA 92009-1742                 SUITE 220
AUSTELL GA 30168-7883                                                        GREENWICH CT 06830-6295


MATTHEW SHAWN SKINNER                 JEFFREY W MELCHER                      STEPHEN M MONTGOMERY
CO FRANK H KERNEY III ESQ             DICKINSON WRIGHT PLLC                  DICKINSON WRIGHT PLLC
THE CONSUMER LAWYERS                  424 CHURCH STREET SUITE 800            SUITE 800
412 E MADISON ST STE 916              NASHVILLE TN 37219-2395                424 CHURCH STREET
TAMPA FL 33602-4617                                                          NASHVILLE TN 37219-2395
```

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| EVAN L MOSCOV<br>LAW OFFICE OF EVAN MOSCOV<br>PO BOX 8305<br>WAUKEGAN IL 60079-8305 | NATIONWIDE<br>PO BOX 77210<br>MINNEAPOLIS MN 55480-7200 | ONTARIO SYSTEMS LLC<br>1150 W KILGORE AVENUE<br>MUNCIE IL 47305-1599 |
| PATIENT ACCOUNT SERVICES LLC<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | PATIENT ACCOUNT SERVICES LLC<br>1825 BARRETT LAKES BLVD NW<br>STE 505<br>KENNESAW GA 30144-7570 | POPE  LAND<br>1701 BARRETT LAKES BLVD<br>STE 120<br>KENNESAW GA 30144-4583 |
| QUADIENT<br>PO BOX 6813<br>CAROL STREAM IL 60197-6813 | QUENCH USA INC<br>PO BOX 735777<br>DALLAS TX 75373-5777 | REVSPRING INC<br>26988 NETWORK PLACE<br>CHICAGO IL 60673-1269 |
| ROBERT M HIRSH<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 | MICHAEL D ROBL<br>ROBL LAW GROUP LLC<br>SUITE 250<br>3754 LAVISTA ROAD<br>TUCKER GA 30084-5623 | SOS COPIER LEASE<br>PO BOX 660831<br>DALLAS TX 75266-0831 |
| SAMSON MCA LLC<br>17 STATE STREET<br>STE 630<br>NEW YORK NY 10004-1749 | STEPHEN WAYNE SATHER<br>BARRON  NEWBURGER PC<br>7320 N MOPAC EXPWY SUITE 400<br>AUSTIN TX 78731-2347 | SECRETARY OF THE TREASURY<br>15TH  PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20200 |
| HENRY F SEWELL JR<br>LAW OFFICES OF HENRY F SEWELL JR LLC<br>SUITE 555<br>2964 PEACHTREE ROAD NW<br>ATLANTA GA 30305-4909 | SHANNA M KAMINSKI<br>PO BOX 247<br>GRASS LAKE MI 49240-0247 | SOLVEDIT<br>333 N DOBSON RD<br>STE 5 138<br>CHANDLER AZ 85224-4412 |
| STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203-9591 | STERICYCLE<br>28883 NETWORK PLACE<br>CHICAGO IL 60673-1288 | TBF<br>460 FARADAY AVENUE<br>JACKSON NJ 08527-5072 |
| GREGORY M TAUBE<br>NELSON MULLINS RILEY  SCARBOROUGH LLP<br>SUITE 1700<br>201 17TH STREET NW<br>ATLANTA GA 30363-1099 | INTERNATIONAL<br>TECHNO BRAIN BPO ITES LIMITED<br>HERITAN HOUSE 2ND FLOOR<br>WOODLANS ROAD<br>NAIROBI KENYA 510 | THE INTELITECH GROUP<br>4800 NW CAMAS MEADOWS DRIVE<br>220<br>CAMAS WA 98607-7698 |
| THE JD STUART LAW GROUP LLC<br>1825 BARRETT LAKES BLVD NW<br>STE 505<br>KENNESAW GA 30144-7570 | THRESA LARAE WILSON<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | U S SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>SUITE 900<br>950 EAST PACES FERRY ROAD NE<br>ATLANTA GA 30326-1382 |

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ULTIMATE CONTACTS<br>5345 TOWNE SQUARE DRIVE<br>STE 165<br>PLANO TX 75024-2463 | UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DRIVE SW SUITE 600<br>ATLANTA GA 30303-3309 | UNITED STATES TRUSTEE<br>362 RICHARD RUSSELL FEDERAL BUILDING<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303-3315 |
| VCC OWNER LLC<br>PO BOX 935812<br>ATLANTA GA 31193-5812 | SUSAN VERBONITZ<br>1339 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA PA 19107-3503 | WEBBANK<br>CO ROBL LAW GROUP LLC<br>3754 LAVISTA ROAD<br>SUITE 250<br>TUCKER GA 30084-5623 |
| WEBBANK<br>215 S STATE STREET<br>SUITE 1000<br>SALT LAKE CITY UT 84111-2336 | WELLS FARGO<br>LITE CARD PAYMENT CENTER<br>POI BOX 77066 29<br>MINNEAPOLIS MN 55480-7766 | WELLS FARGO BANK<br>SMALL BUSINESS LENDING DIVISION<br>PO BOX 29482 MAC S4101-08C<br>PHOENIX AZ 85038-9482 |
| WILLIAM D WILSON<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | WILLIAM D WILSON JR<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | WILZARA PROPERTY MANAGEMENT GROUP LLC<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 |
| WINDSTREAM<br>PO BOX 9001013<br>LOUISVILLE KY 40290-1013 | EOSCAR<br>DEPT 224501<br>PO BOX 55000<br>DETROIT MI 48255-4971 | |