**IT IS ORDERED as set forth below:**

**Date: November 13, 2024**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CASE NO. 23-61742 - BEM |
| | : | |
| DEBTOR. | : | |

### ORDER APPROVING APOINTMENT OF S. GREGORY HAYS AS CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of S. Gregory Hays as Chapter 11 Trustee in the above-captioned case filed November 12, 2024 (Dkt. No. 229), it is hereby

ORDERED that the appointment is approved. It is further

ORDERED that the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, the United States Trustee, and all creditors and other parties in interest.

[END OF DOCUMENT]

Order prepared and presented by:

_____/s/_____
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
Alan.Hinderleider@usdoj.gov

DISTRIBUTION LIST

MAILING MATRIX