**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 11** |
| **ARC MANAGEMENT GROUP, LLC** | : | |
| | : | **Case No. 23-61742 - BEM** |
| **Debtor.** | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES,
PLEADINGS AND OTHER DOCUMENTS**

      **PLEASE TAKE NOTICE** that the undersigned, proposed counsel for S. Gregory Hays, Chapter 11 Trustee herein, under, <u>inter alia</u>, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), herewith files its Notice of Appearance and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

      Henry F. Sewell, Jr., Esq.
      Law Offices of Henry F. Sewell, Jr. LLC
      2964 Peachtree Road, NW
      Suite 555
      Atlanta, Georgia 30305
      Telephone:    (404) 926-0053
      Email:       hsewell@sewellfirm.com

This 14th day of November, 2024.

      Respectfully submitted,

      <u>*/s/ Henry F. Sewell, Jr.*</u>
      Henry F. Sewell, Jr.
      Georgia Bar No. 636265
      Law Offices of Henry F. Sewell, Jr. LLC
      2964 Peachtree Road, NW
      Suite 555
      Atlanta, Georgia 30305
      Telephone:    (404) 926-0053
      Email:       hsewell@sewellfirm.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing using the CM/ECF system which automatically will send email notification of such filing to all attorneys of record in this case.

This 14th day of November, 2024.

Respectfully submitted,

*/s/ Henry F. Sewell, Jr.*

Henry F. Sewell, Jr.
Georgia Bar No. 636265
Law Offices of Henry F. Sewell, Jr. LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, Georgia 30305
Telephone:     (404) 926-0053
Email:          hsewell@sewellfirm.com