**IT IS ORDERED as set forth below:**

**Date: November 13, 2024**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CASE NO. 23-61742 - BEM |
| | : | |
| DEBTOR. | : | |

**ORDER APPROVING APOINTMENT OF S. GREGORY HAYS**
**AS CHAPTER 11 TRUSTEE**

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of S. Gregory Hays as Chapter 11 Trustee in the above-captioned case filed November 12, 2024 (Dkt. No. 229), it is hereby

ORDERED that the appointment is approved. It is further

ORDERED that the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, the United States Trustee, and all creditors and other parties in interest.

[END OF DOCUMENT]

Order prepared and presented by:

/s/
_____
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
Alan.Hinderleider@usdoj.gov

DISTRIBUTION LIST

MAILING MATRIX

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-61742-bem |
| ARC Management Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 4 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf553 | Total Noticed: 81 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jeffrey Cianciulli, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3503 |
| aty | + | Susan Verbonitz, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3503 |
| cr | + | WebBank, c/o Robl Law Group LLC, 3754 LaVista Road, Suite 250, Tucker, GA 30084 UNITED STATES 30084-5623 |
| 24539985 | + | ABI Holding, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24539988 | + | ARC Management Group of Georgia, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24539986 | | Adventus AOF #1 LP, PO Box 936596, Atlanta, GA 31193-6596 |
| 24889941 | + | Charles H. Mousseau Jr., c/o Nathan C. Volheim, Atlas Consumer Law, 2500 S. Highland Avenue, Site 200, Lombard, IL 60148-7103 |
| 24577083 | + | Charles H. Mousseau, Jr., Eric Donald Coleman, Sulaiman Law Group Ltd., 2500 South Highland Ave Ste 200, Lombard, IL 60148-7103 |
| 24539990 | + | Cheetah Capital, 667 Madison Avenue, 5th Floor, New York, NY 10065-8029 |
| 24963846 | + | Cheetah Capital, Inc., 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 24539992 | + | Corporate Resolutions, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24933328 | + | ERIN MCCAIN, 9002 NEWBURGH DRIVE, HOUSTON, TX 77095-3733 |
| 24539995 | | Flock Financial, LLC, 400 Galleria Parkway SE, Ste. 17, Atlanta, GA 30339-5980 |
| 24957218 | + | Flock Financial, LLC, c/o Greg Taube, Nelson Mullins LLP, Suite 1700, 201 17th Street NW, Atlanta, GA 30363-1099 |
| 24539996 | + | Funding Club, 915 Middle River Drive, Fort Lauderdale, FL 33304-3544 |
| 24539999 | + | GILBRIDE, TUSA, LAST & SPELLANE, LLC, 986 Bedford Street, Stamford, CT 06905-5610 |
| 24540000 | | Green Note Capital Partners SPV LLC, 1019 Avenue P, Ste. 401, Brooklyn, NY 11223-2366 |
| 24540001 | + | Healthtech Receivables Management, Inc., 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540002 | | Hewlett-Packard Financial Services, PO Box 402582, Atlanta, GA 30384-2584 |
| 24540003 | + | Howste Technical Services, 2440 Sandy Plains Road, Bldg 7, Marietta, GA 30066-7218 |
| 24998265 | + | ICP Group, LLC, Attn: Peter Pinto, 10160 Andover Coach Circle, Ste. H-1, Wellington, FL 33449-8139 |
| 24540004 | + | IDI, PO Box 744971, Atlanta, GA 30374-4971 |
| 24540005 | + | InfoWorks, PO Box 47, Woodstock, GA 30188-0047 |
| 24540006 | + | Insperity, 6 Pointe Drive, Ste, 150, Brea, CA 92821-6324 |
| 24540008 | + | Irwin Bernstein, CMS Services, 820 Davis Street, Suite 453, Evanston, IL 60201-4810 |
| 24577084 | + | Jeanine Scull, c/o Seth J. Andrews, Law Offices of Kenneth Hiller, 6000 North Bailey Ave., Ste. 1A, Amherst, NY 14226-5102 |
| 24540009 | + | Jeffrey Parrella, Esq., AWN&R Commerical Law Group, 14 Wall Street, 20th Floor, New York, NY 10005-2123 |
| 24540010 | + | John Bedard, 4855 River Green Parkway, Suite 310, Duluth, GA 30096-8337 |
| 24540012 | + | KYF Global Partners, LLC, 1019 Ave. P, Brooklyn, NY 11223-2364 |
| 24540011 | + | Keep It Safe, PO Box 101672, Pasadena, CA 91189-0044 |
| 24577085 | + | Kendra Watts, c/o Naja I Hawk, The Hawk Legal Collective, 730 Peachtree Street NE #570, Atlanta, GA 30308-1244 |
| 24540013 | + | Lathem Time, 210 The Bluffs, Ste 107, Austell, GA 30168-7883 |
| 24540014 | + | Lendspark Corporation, 2554 Gateway Road, Carlsbad, CA 92009-1742 |
| 24577086 | #+ | Matthew Shawn Skinner, c/o Frank H. Kerney, III, Esq., The Consumer Lawyers, 412 E. Madison St Ste 916, Tampa, FL 33602-4617 |
| 24540016 | | Nationwide, PO Box 77210, Minneapolis, MN 55480-7200 |
| 24540019 | + | Patient Account Services, LLC, 1825 Barrett Lakes Blvd., N.W., Ste. 505, Kennesaw, GA 30144-7570 |
| 24540018 | + | Patient Account Services, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540020 | + | Pope & Land, 1701 Barrett Lakes Blvd, Ste 120, Kennesaw, GA 30144-4583 |
| 24540021 | | Quadient, PO Box 6813, Carol Stream, IL 60197-6813 |
| 24540022 | | Quench USA, Inc., PO Box 735777, Dallas, TX 75373-5777 |
| 24540023 | | RevSpring, Inc., 26988 Network Place, Chicago, IL 60673-1269 |
| 24998264 | + | Robert M. Hirsh, Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 24577087 | | SOS Copier Lease, PO Box 660831, Dallas, TX 75266-0831 |
| 24540024 | + | Samson MCA LLC, 17 State Street, Ste. 630, New York, NY 10004-1749 |

| District/off: 113E-9 | User: bncadmin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: pdf553 | Total Noticed: 81 |

| | | |
|---|---|---|
| 24540025 | #+ | Solved-IT, 333 N. Dobson Rd, Ste 5 #138, Chandler, AZ 85224-4412 |
| 24540027 | | Stericycle, 28883 Network Place, Chicago, IL 60673-1288 |
| 24540028 | | TBF, 460 Faraday Avenue, Jackson, NJ 08527-5072 |
| 24540029 | | Techno Brain BPO ITES Limited, Heritan House 2nd Floor, Woodlans Road, Nairobi Kenya 510, |
| 24540031 | + | The J.D. Stuart Law Group, LLC, 1825 Barrett Lakes Blvd., N.W., Ste. 505, Kennesaw, GA 30144-7570 |
| 24540032 | | Thresa Larae Wilson, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540033 | + | Ultimate Contacts, 5345 Towne Square Drive, Ste 165, Plano, TX 75024-2463 |
| 24540034 | | VCC Owner LLC, PO Box 935812, Atlanta, GA 31193-5812 |
| 24540035 | + | Wells Fargo, Lite Card Payment Center, POI Box 77066 29, Minneapolis, MN 55480-7766 |
| 24540036 | | William D. Wilson, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540037 | | William D. Wilson, Jr., 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540038 | + | Wilzara Property Management Group LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24539994 | | e-Oscar, Dept 224501, PO Box 55000, Detroit, MI 48255-4971 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| db | + | Email/Text: lnelson@arcmgmt.com | Nov 14 2024 20:11:00 | ARC Management Group, LLC, 1825 Barrett Lakes Blvd., N.W., Suite 505, Kennesaw, GA 30144-7570 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 14 2024 20:10:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24539989 | | Email/Text: g17768@att.com | Nov 14 2024 20:10:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 24539987 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2024 20:14:24 | American Express, PO Box 60189, City of Industry, CA 91716-0189 |
| 24599189 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2024 20:14:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 24539993 | ^ | MEBN | Nov 14 2024 20:09:00 | CT Corporation System, as Representative, 330 N. Brand Blvd, Suite 700, Attn: SPRS, Glendale, CA 91203-2336 |
| 24539991 | | Email/Text: documentfiling@lciinc.com | Nov 14 2024 20:10:00 | ComCast, PO Box 71211, Charlotte, NC 28272-1211 |
| 24539998 | + | Email/Text: brnotices@dor.ga.gov | Nov 14 2024 20:10:00 | Georgia Department of Revenue, Compliance Division, ARCS - Bankruptcy, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345 |
| 24539997 | ^ | MEBN | Nov 14 2024 20:07:13 | Georgia Department of Labor, 148 Andrew Young Inter. Blvd, Room 738, Atlanta, GA 30303-1733 |
| 24540106 | ^ | MEBN | Nov 14 2024 20:07:14 | Georgia Dept. of Labor, Suite 910, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 24540107 | ^ | MEBN | Nov 14 2024 20:07:13 | Georgia Dept. of Labor, Suite 826, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 24591320 | ^ | MEBN | Nov 14 2024 20:08:30 | Hewlett-Packard Financial Services Company, Diane Morgan, 200 Connell Drive, Berkeley Heights, NJ 07922-2816 |
| 24540007 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 20:10:00 | Internal Revenue Service, CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24959392 | | Email/Text: customer.service@libertasfunding.com | Nov 14 2024 20:10:00 | Libertas Funding LLC, 411 W. Putnam Avenue, Suite 220, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830 |
| 24540015 | | Email/Text: customer.service@libertasfunding.com | Nov 14 2024 20:10:00 | Libertas Funding, LLC, 411 W. Putnam Avenue, Ste. 220, Greenwich, CT 06830 |
| 24540017 | + | Email/Text: accountsreceivable@ontariosystems.com | Nov 14 2024 20:11:00 | Ontario Systems LLC, 1150 W Kilgore Avenue, |

| District/off: 113E-9 | User: bncadmin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: pdf553 | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | | Muncie, IL 47305-1599 |
| 24540026 | | Email/Text: thomas.riggleman@staples.com | Nov 14 2024 20:10:00 | Staples, PO Box 105748, Atlanta, GA 30348-5748 |
| 24555173 | | Email/Text: thomas.riggleman@staples.com | Nov 14 2024 20:10:00 | Staples, Inc., 7 Technology Circle, Columbia, SC 29203 |
| 24963845 | ^ | MEBN | Nov 14 2024 20:08:33 | Shanna M. Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 24540030 | | Email/Text: josh.schreiner@intelitechgroup.com | Nov 14 2024 20:10:00 | The Intelitech Group, 4800 NW Camas Meadows Drive, Ste 220, Camas, WA 98607 |
| 24540108 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 14 2024 20:10:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24623893 | + | Email/Text: bankruptcy@webbank.com | Nov 14 2024 20:10:00 | WebBank, 215 S. State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 24557714 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 20:14:22 | Wells Fargo Bank, Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 24540039 | | Email/Text: wci.bankruptcy@windstream.com | Nov 14 2024 20:10:00 | Windstream, PO Box 9001013, Louisville, KY 40290-1013 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Adam Herring | on behalf of Creditor Flock Financial  LLC adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com |
| Adam Herring | on behalf of Defendant Flock Financial  LLC adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com |
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Ceci Christy | on behalf of Plaintiff ARC Management Group  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;rstuder@rlkglaw.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 4 of 4 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf553 | Total Noticed: 81 |

Evan L. Moscov
    on behalf of Defendant Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Evan L. Moscov
    on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Gregory M. Taube
    on behalf of Defendant Flock Financial LLC Greg.taube@nelsonmullins.com, linnea.hann@nelsonmullins.com;ilene.maccioli@nelsonmullins.com

Gregory M. Taube
    on behalf of Creditor Flock Financial LLC Greg.taube@nelsonmullins.com, linnea.hann@nelsonmullins.com;ilene.maccioli@nelsonmullins.com

Henry F. Sewell, Jr.
    on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com hsewell123@yahoo.com

James W. Hays
    on behalf of Other Prof Irwin Bernstein beau@hayspotter.com

Jeffrey W. Melcher
    on behalf of Interested Party Riveron Consulting LLC jmelcher@dickinsonwright.com

Maxwell William Bowen
    on behalf of Creditor SuperB Capital LLC max@roblgroup.com

Maxwell William Bowen
    on behalf of Creditor Libertas Funding LLC max@roblgroup.com

Maxwell William Bowen
    on behalf of Defendant Libertas Funding LLC max@roblgroup.com

Maxwell William Bowen
    on behalf of Creditor WebBank max@roblgroup.com

Maxwell William Bowen
    on behalf of Defendant WebBank max@roblgroup.com

Maxwell William Bowen
    on behalf of Defendant Lendspark Corporation max@roblgroup.com

Maxwell William Bowen
    on behalf of Defendant SuperB Capital LLC max@roblgroup.com

Michael D. Robl
    on behalf of Defendant Libertas Funding LLC michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com

Michael D. Robl
    on behalf of Defendant WebBank michael@roblgroup.com max@roblgroup.com,lelena@roblgroup.com

Michael D. Robl
    on behalf of Creditor SuperB Capital LLC michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com

Michael D. Robl
    on behalf of Creditor WebBank michael@roblgroup.com max@roblgroup.com,lelena@roblgroup.com

Michael D. Robl
    on behalf of Creditor Lendspark Corporation michael@roblgroup.com max@roblgroup.com,lelena@roblgroup.com

Michael D. Robl
    on behalf of Defendant SuperB Capital LLC michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com

Michael D. Robl
    on behalf of Defendant Lendspark Corporation michael@roblgroup.com max@roblgroup.com,lelena@roblgroup.com

Michael D. Robl
    on behalf of Creditor Libertas Funding LLC michael@roblgroup.com, max@roblgroup.com,lelena@roblgroup.com

S. Gregory Hays
    ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com

Stephen M. Montgomery
    on behalf of Creditor Adventus US Realty #8 LP smontgomery@dickinson-wright.com

Stephen M. Montgomery
    on behalf of Interested Party Riveron Consulting LLC smontgomery@dickinson-wright.com

Stephen Wayne Sather
    on behalf of Creditor Irwin Bernstein Receiver ssather@bn-lawyers.com

TOTAL: 30