

**IT IS ORDERED as set forth below:**

**Date: January 24, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-61742-BEM |
| ARC MANAGEMENT GROUP, LLC, | |
| Debtor. | CHAPTER 11 |

**ORDER AND NOTICE OF STATUS CONFERENCE**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a status conference on Debtor's *Motion for Approval of Settlement Agreement* [Doc. 216] shall be held on **February 11, 2025, at 11:00 AM**, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA.

The status conference may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for

further information. You should be prepared to appear at the status conference via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**END OF ORDER**

**Distribution List**

ARC Management Group, LLC
1825 Barrett Lakes Blvd., N.W.
Suite 505
Kennesaw, GA 30144

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Evan L. Moscov
Law Office of Evan Moscov
P.O. Box 8305
Waukegan, IL 60079