**IT IS ORDERED as set forth below:**

**Date: March 7, 2025**

_____

Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| ARC MANAGEMENT GROUP, LLC, | : |
| | : Case No. 23-61742 - BEM |
| Debtor. | : |

**ORDER SHORTENING NOTICE AND SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER APPROVING MODIFICATION OF SETTLEMENT AND REQUEST FOR EXPEDITED HEARING AND EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE UNDER <u>CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING</u>**

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 11 Trustee ("**Trustee**") for the bankruptcy estate of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"), has filed an *Emergency Motion by Chapter 11 Trustee for an Order Approving Modification of Settlement and Request for Expedited Hearing* [Doc. No. 245] (the "**Amendment Motion**") in which the Trustee requests that the Court hear and consider on an expedited basis the request in the Amendment Motion to modify the *Settlement and Release Agreement* dated August 16, 2024 by and among the Debtor, Flock Financial, LLC, WebBank, Libertas Funding, LLC, SuperB Capital, LLC, and Lendspark Corporation. The Trustee has also

filed an *Emergency Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* [Doc. No. 246] (the "**Conversion Motion**" and collectively with the Amendment Motion, the "**Motions**") in which the Trustee requests that the Court hear and consider the request in the Conversion Motion to convert the Case on an expedited basis.[1] Upon consideration of the Motions, and the other matters reflected in the record and after due deliberation thereon and good and sufficient cause appearing therefor, the Court hereby Grants the Motions as set forth below.

IT IS ORDERED AND NOTICE IS FURTHER GIVEN that a hearing (the "**Hearing**") on the Motions will be held before the Court at **1:30 p.m.** on **March 13, 2025**, **in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

IT IS ORDERED AND NOTICE IS FURTHER GIVEN that your rights may be affected by the Court's ruling on the Motions. You should read these pleadings carefully and discuss them with your attorney, if you have one in this Case. (If you do not have an attorney, you may wish to

---

[1] All capitalized, but undefined terms used herein shall be given the meaning ascribed to them in the Motions.

2

consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the Hearing and file on or before **5 p.m. on March 12, 2025** (the **"Objection Deadline"**), a written response to the Motions with the Clerk at the address below. If you file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the Objection Deadline. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at Law Offices of Henry F. Sewell, Jr., LLC, Attn: Henry F. Sewell, Jr., 2964 Peachtree Road, NW, Suite 555, Atlanta, Georgia 30305.

IT IS FURTHER ORDERED that copies of this Order and Notice of Hearing and the Motions shall be available as follows: 1) upon request of counsel for the Trustee; and 2) in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) and that no further notice shall be required.

IT IS FURTHER ORDERED that counsel for the Trustee shall serve a copy of this Order and Notice of Hearing and the Motions by hand delivery, facsimile, electronic mail (if available), overnight courier (when a street address is available), or by next-day United States mail upon: 1) the Office of the United States Trustee; 2) counsel for the Debtor; and 3) parties requesting notice pursuant to Bankruptcy Rule 2002. A copy of this Order and Notice shall also be mailed to all creditors and parties in interest. No further notice is necessary and counsel for the Trustee shall promptly file a Certificate of Service with this Court evidencing such service.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order and Notice of Hearing.

***END OF DOCUMENT***

Prepared and Presented By:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Trustee*

**DISTRIBUTION LIST**

Henry F. Sewell, Jr.
2964 Peachtree Road, NW, Suite 555
Atlanta, Georgia 30305

Office of the United States Trustee
362 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, SW # 362
Atlanta, Georgia 30303

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305