

**IT IS ORDERED as set forth below:**

**Date: March 7, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 11** |
| ARC MANAGEMENT GROUP, LLC, | : | |
| | : | **Case No. 23-61742 - BEM** |
| Debtor. | : | |

**ORDER SHORTENING NOTICE AND SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER APPROVING MODIFICATION OF SETTLEMENT AND REQUEST FOR EXPEDITED HEARING AND EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE UNDER CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING**

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 11 Trustee ("**Trustee**") for the bankruptcy estate of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"), has filed an _Emergency Motion by Chapter 11 Trustee for an Order Approving Modification of Settlement and Request for Expedited Hearing_ [Doc. No. 245] (the "**Amendment Motion**") in which the Trustee requests that the Court hear and consider on an expedited basis the request in the Amendment Motion to modify the _Settlement and Release Agreement_ dated August 16, 2024 by and among the Debtor, Flock Financial, LLC, WebBank, Libertas Funding, LLC, SuperB Capital, LLC, and Lendspark Corporation. The Trustee has also

filed an *Emergency Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* [Doc. No. 246] (the "**Conversion Motion**" and collectively with the Amendment Motion, the "**Motions**") in which the Trustee requests that the Court hear and consider the request in the Conversion Motion to convert the Case on an expedited basis.[1] Upon consideration of the Motions, and the other matters reflected in the record and after due deliberation thereon and good and sufficient cause appearing therefor, the Court hereby Grants the Motions as set forth below.

IT IS ORDERED AND NOTICE IS FURTHER GIVEN that a hearing (the "**Hearing**") on the Motions will be held before the Court at **1:30 p.m.** on **March 13, 2025**, **in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

IT IS ORDERED AND NOTICE IS FURTHER GIVEN that your rights may be affected by the Court's ruling on the Motions. You should read these pleadings carefully and discuss them with your attorney, if you have one in this Case. (If you do not have an attorney, you may wish to

---

[1] All capitalized, but undefined terms used herein shall be given the meaning ascribed to them in the Motions.

consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the Hearing and file on or before **5 p.m. on March 12, 2025** (the **"Objection Deadline"**), a written response to the Motions with the Clerk at the address below. If you file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the Objection Deadline. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at Law Offices of Henry F. Sewell, Jr., LLC, Attn: Henry F. Sewell, Jr., 2964 Peachtree Road, NW, Suite 555, Atlanta, Georgia 30305.

IT IS FURTHER ORDERED that copies of this Order and Notice of Hearing and the Motions shall be available as follows: 1) upon request of counsel for the Trustee; and 2) in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) and that no further notice shall be required.

IT IS FURTHER ORDERED that counsel for the Trustee shall serve a copy of this Order and Notice of Hearing and the Motions by hand delivery, facsimile, electronic mail (if available), overnight courier (when a street address is available), or by next-day United States mail upon: 1) the Office of the United States Trustee; 2) counsel for the Debtor; and 3) parties requesting notice pursuant to Bankruptcy Rule 2002. A copy of this Order and Notice shall also be mailed to all creditors and parties in interest. No further notice is necessary and counsel for the Trustee shall promptly file a Certificate of Service with this Court evidencing such service.

3

**IT IS FURTHER ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order and Notice of Hearing.**

**\*\*\*END OF DOCUMENT\*\*\***

Prepared and Presented By:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for the Trustee*

**DISTRIBUTION LIST**

Henry F. Sewell, Jr.
2964 Peachtree Road, NW, Suite 555
Atlanta, Georgia 30305

Office of the United States Trustee
362 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, SW # 362
Atlanta, Georgia 30303

S. Gregory Hays, Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 23-61742-bem

ARC Management Group, LLC                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: pdf534 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: lnelson@arcmgmt.com | Mar 07 2025 20:21:00 | ARC Management Group, LLC, 1825 Barrett Lakes Blvd., N.W., Suite 505, Kennesaw, GA 30144-7570 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Herring | on behalf of Creditor Flock Financial  LLC adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com |
| Adam Herring | on behalf of Defendant Flock Financial  LLC adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com |
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Ceci Christy | on behalf of Plaintiff ARC Management Group  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;rstuder@rlkglaw.com |

District/off: 113E-9                               User: bncadmin                                    Page 2 of 3
Date Rcvd: Mar 07, 2025                            Form ID: pdf534                                 Total Noticed: 1

Evan L. Moscov
          on behalf of Creditor Green Note Capital Partners SPV  LLC evan.moscov@moscovlaw.com

Evan L. Moscov
          on behalf of Defendant Green Note Capital Partners SPV  LLC evan.moscov@moscovlaw.com

Gregory M. Taube
          on behalf of Defendant Flock Financial  LLC Greg.taube@nelsonmullins.com,
linnea.hann@nelsonmullins.com;ilene.maccioli@nelsonmullins.com

Gregory M. Taube
          on behalf of Creditor Flock Financial  LLC Greg.taube@nelsonmullins.com,
linnea.hann@nelsonmullins.com;ilene.maccioli@nelsonmullins.com

Henry F. Sewell, Jr.
          on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com  hsewell123@yahoo.com

James W. Hays
          on behalf of Other Prof Irwin Bernstein beau@hayspotter.com

Jeffrey W. Melcher
          on behalf of Interested Party Riveron Consulting  LLC jmelcher@dickinsonwright.com

Maxwell William Bowen
          on behalf of Defendant SuperB Capital  LLC max@roblgroup.com

Maxwell William Bowen
          on behalf of Creditor SuperB Capital  LLC max@roblgroup.com

Maxwell William Bowen
          on behalf of Creditor Libertas Funding  LLC max@roblgroup.com

Maxwell William Bowen
          on behalf of Defendant Libertas Funding  LLC max@roblgroup.com

Maxwell William Bowen
          on behalf of Creditor WebBank max@roblgroup.com

Maxwell William Bowen
          on behalf of Defendant WebBank max@roblgroup.com

Maxwell William Bowen
          on behalf of Defendant Lendspark Corporation max@roblgroup.com

Michael D. Robl
          on behalf of Creditor Lendspark Corporation michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
          on behalf of Defendant SuperB Capital  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
          on behalf of Defendant Lendspark Corporation michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
          on behalf of Creditor Libertas Funding  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
          on behalf of Defendant Libertas Funding  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
          on behalf of Defendant WebBank michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
          on behalf of Creditor SuperB Capital  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
          on behalf of Creditor WebBank michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

S. Gregory Hays
          ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Stephen M. Montgomery
          on behalf of Creditor Adventus US Realty #8 LP smontgomery@dickinson-wright.com

Stephen M. Montgomery
          on behalf of Interested Party Riveron Consulting  LLC smontgomery@dickinson-wright.com

Stephen Wayne Sather
          on behalf of Creditor Irwin Bernstein  Receiver ssather@bn-lawyers.com

Will B. Geer
          on behalf of Attorney Rountree Leitman Klein & Geer  LLC wgeer@rlkglaw.com,
dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emil

District/off: 113E-9                                    User: bncadmin                                              Page 3 of 3
Date Rcvd: Mar 07, 2025                           Form ID: pdf534                                         Total Noticed: 1

ler@rlkglaw.com;rstuder@rlkglaw.com

TOTAL: 31