**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE: :
: **CHAPTER 11**
ARC MANAGEMENT GROUP, LLC, :
: **Case No. 23-61742 - BEM**
Debtor. :

## CERTIFICATE OF SERVICE

This is to certify that on March 10, 2025, the *ORDER SHORTENING NOTICE AND SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER APPROVING MODIFICATION OF SETTLEMENT AND REQUEST FOR EXPEDITED HEARING AND EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE UNDER CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING* [Doc. No. 247] was served via first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses set for on **Exhibit A** attached hereto. This is to further certify that such pleading, the EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER APPROVING MODIFICATION OF SETTLEMENT AND REQUEST FOR EXPEDITED HEARING [Doc. No. 245], and the EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE UNDER CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING [Doc. No. 246] were also served electronically to the email addresses stated below:

max@roblgroup.com
cchristy@rlkglaw.com
wgeer@rlkglaw.com
rstuder@rlkglaw.com
beau@hayspotter.com
ghays@haysconsulting.net
saskue@haysconsulting.net
adam.herring@nelsonmullins.com
ilene.maccioli@nelsonmullins.com
Alan.Hinderleider@usdoj.gov
jmelcher@dickinsonwright.com
smontgomery@dickinson-wright.com
evan.moscov@moscovlaw.com
michael@roblgroup.com
max@roblgroup.com
dbridges@roblgroup.com
ssather@bn-lawyers.com
hsewell@sewellfirm.com
Greg.taube@nelsonmullins.com
linnea.hann@nelsonmullins.com

ilene.maccioli@nelsonmullins.com
mwalter@popeandland.com
jkoontz@popeandland.com
lcohan@popeandland.com
steve.squeri@aexp.com
joe@cheetahcap.com
David_watson@comcast.com
Jason_armstrong@comcast.com
mark.begor@equifax.com
revenue.commissioner@dor.ga.gov
bankruptcy.notices@dor.ga.gov
tss@gtlslaw.com
tsharinn@thsh.com
jmw@gtlslaw.com
gabe@greennotecapitalpartners.com
brett.alten@hpe.com
jkalman@ididata.com
steve@infoworkstech.biz
Zachary.brozick@insperity.com
Diane.miller@insperity.com

Vivieon.jones@usdoj.gov
jbedard@bedardlawgroup.com
beau@hayspotter.com
ssather@bn-lawyers.com
jeffparrella@hotmail.com
bret.piatt@cyberfortress.com
Nicholas.bendettoesq@gmail.com
mike.meyer@ontariosystsems.com
g.grossano@quadient.com
charwood@revspringinc.com
michael@samsonfunding.com
k.reinert@solveditnow.com
vkostik@trufunding.net
scott@tbfgrp.com
anand.mohan@technobraingrup.com

fred.houston@intelitechgroup.com
joel.castile@intelligentcontacts.com
alan.hinderleider@usdoj.gov
denise.holstein@cushwake.com
milly.pinero@cushwake.com
tony.thomas@windstream.com
Vivieon.jones@usdoj.gov
Charles.scharf@wellsfargo.com
Lynalise.k.tannery@wellsfargo.com
peter@beeseensolutions.com
yue.zhou@bytedance.com
steven.spriggs@bytedance.com
angelo.miranda@bytedance.com
guoshuaixing@bytedance.com

This 11th day of March, 2025.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

***/s/ Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE TRUSTEE

Exhibit A

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ARC MANAGEMENT GROUP LLC | CASE NO: 23-61742<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 247 |

On 3/10/2025, I did cause a copy of the following documents, described below,

Order and Notice of Hearing ECF Docket Reference No. 247

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/10/2025

/s/ Henry F. Sewell, Jr.
Henry F. Sewell, Jr.  636265
MANUAL_ENTRY
Law Offices of Henry F. Sewell Jr., LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305
404 926 0053
hsewell@sewellfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ARC MANAGEMENT GROUP LLC | CASE NO: 23-61742<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 247 |

On 3/10/2025, a copy of the following documents, described below,

Order and Notice of Hearing ECF Docket Reference No. 247

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell Jr., LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305

```
USPS FIRST CLASS MAILING REQUIREMENTS (M/RCP SERVICE)
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        ABI HOLDING LLC                         ARC MANAGEMENT GROUP OF GEORGIA LLC
113E1                                   12655 OLD SURREY PLACE                  12655 OLD SURREY PLACE
CASE 23-61742-BEM                       ROSWELL GA 30075-1067                   ROSWELL GA 30075-1067
NORTHERN DISTRICT OF GEORGIA
ATLANTA
MON MAR 10 13-55-49 EDT 2025


DEBTOR
ARC MANAGEMENT GROUP LLC                ATT                                     ADVENTUS AOF 1 LP
1825 BARRETT LAKES BLVD NW              PO BOX 6416                             PO BOX 936596
SUITE 505                               CAROL STREAM IL 60197-6416              ATLANTA GA 31193-6596
KENNESAW GA 30144-7570




AMERICAN EXPRESS                        AMERICAN EXPRESS NATIONAL BANK          MAXWELL WILLIAM BOWEN
PO BOX 60189                            CO BECKET AND LEE LLP                   ROBL LAW GROUP
CITY OF INDUSTRY CA 91716-0189          PO BOX 3001                             SUITE 250
                                        MALVERN PA 19355-0701                   3754 LAVISTA ROAD
                                                                                TUCKER GA 30084-5623




CT CORPORATION SYSTEM AS REPRESENTATIVE CHARLES H MOUSSEAU JR                   CHARLES H MOUSSEAU JR
330 N BRAND BLVD SUITE 700              CO NATHAN C VOLHEIM                     ERIC DONALD COLEMAN
ATTN- SPRS                              ATLAS CONSUMER LAW                      SULAIMAN LAW GROUP LTD
GLENDALE CA 91203-2336                  2500 S HIGHLAND AVENUE SITE 200         2500 SOUTH HIGHLAND AVE STE 200
                                        LOMBARD IL 60148-7103                   LOMBARD IL 60148-7103




CHEETAH CAPITAL                         CHEETAH CAPITAL INC                     JEFFREY CIANCIULLI
667 MADISON AVENUE                      1688 MERIDIAN AVE SUITE 200             1339 CHESTNUT STREET
5TH FLOOR                               MIAMI BEACH FL 33139-2717               SUITE 500
NEW YORK NY 10065-8029                                                          PHILADELPHIA PA 19107-3503




COMCAST                                 CORPORATE RESOLUTIONS LLC               ERIN MCCAIN
PO BOX 71211                            12655 OLD SURREY PLACE                  9002 NEWBURGH DRIVE
CHARLOTTE NC 28272-1211                 ROSWELL GA 30075-1067                   HOUSTON TX 77095-3733




FLOCK FINANCIAL LLC                     FLOCK FINANCIAL LLC                     FUNDING CLUB
400 GALLERIA PARKWAY SE                 CO GREG TAUBE NELSON MULLINS LLP        915 MIDDLE RIVER DRIVE
STE 17                                  SUITE 1700                              FORT LAUDERDALE FL 33304-3544
ATLANTA GA 30339-5980                   201 17TH STREET NW
                                        ATLANTA GA 30363-1099




GILBRIDE TUSA LAST  SPELLANE LLC        WILL B GEER                             GEORGIA DEPARTMENT OF LABOR
986 BEDFORD STREET                      ROUNTREE LEITMAN KLEIN  GEER LLC        148 ANDREW YOUNG INTER BLVD
STAMFORD CT 06905-5610                  CENTURY PLAZA I                         ROOM 738
                                        2987 CLAIRMONT ROAD SUITE 350           ATLANTA GA 30303-1733
                                        ATLANTA GA 30329-4435




 (P)GEORGIA DEPARTMENT OF REVENUE       GEORGIA DEPT OF LABOR                   GEORGIA DEPT OF LABOR
COMPLIANCE DIVISION                     SUITE 826                               SUITE 910
ARCS BANKRUPTCY                         148 ANDREW YOUNG INTER BLVD NE          148 ANDREW YOUNG INTER BLVD NE
1800 CENTURY BLVD NE SUITE 9100         ATLANTA GA 30303-1751                   ATLANTA GA 30303-1751
ATLANTA GA 30345-3206
```

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GREEN NOTE CAPITAL PARTNERS SPV LLC<br>1019 AVENUE P<br>STE 401<br>BROOKLYN NY 11223-2366 | JAMES W HAYS<br>HAYS  POTTER LLP<br>SUITE 300<br>3945 HOLCOMB BRIDGE RD<br>PEACHTREE CORNERS GA 30092-5200 | S GREGORY HAYS<br>HAYS FINANCIAL CONSULTING LLC<br>SUITE 555<br>2964 PEACHTREE ROAD<br>ATLANTA<br>GA 30305-4909 |
| HAYS FINANCIAL CONSULTING LLC<br>2964 PEACHTREE ROAD NW STE 555<br>ATLANTA GA 30305-4909 | HEALTHTECH RECEIVABLES MANAGEMENT INC<br>12655 OLD SURREY PLACE<br>ROSWELL GA 30075-1067 | ADAM HERRING<br>NELSON MULLINS RILEY  SCARBOROUGH<br>201 17TH STREET NW STE 1700<br>ATLANTA GA 30363-1099 |
| HEWLETTPACKARD FINANCIAL SERVICES<br>PO BOX 402582<br>ATLANTA GA 30384-2584 | HEWLETTPACKARD FINANCIAL SERVICES COMPANY<br>DIANE MORGAN<br>200 CONNELL DRIVE<br>BERKELEY HEIGHTS NJ 07922-2816 | ALAN HINDERLEIDER<br>OFFICE OF THE UNITED STATES TRUSTEE<br>362 RICHARD B RUSSELL FEDERAL BUILDING<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303-3315 |
| HOWSTE TECHNICAL SERVICES<br>2440 SANDY PLAINS ROAD<br>BLDG 7<br>MARIETTA GA 30066-7218 | ICP GROUP LLC<br>ATTN PETER PINTO<br>10160 ANDOVER COACH CIRCLE<br>STE H-1<br>WELLINGTON FL 33449-8139 | IDI<br>PO BOX 744971<br>ATLANTA GA 30374-4971 |
| INFOWORKS<br>PO BOX 47<br>WOODSTOCK GA 30188-0047 | INSPERITY<br>6 POINTE DRIVE<br>STE 150<br>BREA CA 92821-6324 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>CIO<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRWIN BERNSTEIN CMS SERVICES<br>820 DAVIS STREET<br>SUITE 453<br>EVANSTON IL 60201-4810 | JEANINE SCULL<br>CO SETH J ANDREWS<br>LAW OFFICES OF KENNETH HILLER<br>6000 NORTH BAILEY AVE STE 1A<br>AMHERST NY 14226-5102 |
| JEFFREY PARRELLA ESQ<br>AWNR COMMERICAL LAW GROUP<br>14 WALL STREET 20TH FLOOR<br>NEW YORK NY 10005-2123 | JOHN BEDARD<br>4855 RIVER GREEN PARKWAY<br>SUITE 310<br>DULUTH GA 30096-8337 | KYF GLOBAL PARTNERS LLC<br>1019 AVE P<br>BROOKLYN NY 11223-2364 |
| KEEP IT SAFE<br>PO BOX 101672<br>PASADENA CA 91189-0044 | KENDRA WATTS<br>CO NAJA I HAWK<br>THE HAWK LEGAL COLLECTIVE<br>730 PEACHTREE STREET NE 570<br>ATLANTA GA 30308-1244 | LATHEM TIME<br>210 THE BLUFFS<br>STE 107<br>AUSTELL GA 30168-7883 |
| LENDSPARK CORPORATION<br>2554 GATEWAY ROAD<br>CARLSBAD CA 92009-1742 | (P)LIBERTAS FUNDING LLC<br>411 WEST PUTNAM ST<br>SUITE 220<br>GREENWICH CT 06830-6295 | MATTHEW SHAWN SKINNER<br>CO FRANK H KERNEY III ESQ<br>THE CONSUMER LAWYERS<br>412 E MADISON ST STE 916<br>TAMPA FL 33602-4617 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JEFFREY W MELCHER<br>DICKINSON WRIGHT PLLC<br>424 CHURCH STREET SUITE 800<br>NASHVILLE TN 37219-2395 | STEPHEN M MONTGOMERY<br>DICKINSON WRIGHT PLLC<br>SUITE 800<br>424 CHURCH STREET<br>NASHVILLE TN 37219-2395 | EVAN L MOSCOV<br>LAW OFFICE OF EVAN MOSCOV<br>PO BOX 8305<br>WAUKEGAN IL 60079-8305 |
| NATIONWIDE<br>PO BOX 77210<br>MINNEAPOLIS MN 55480-7200 | ONTARIO SYSTEMS LLC<br>1150 W KILGORE AVENUE<br>MUNCIE IL 47305-1599 | PATIENT ACCOUNT SERVICES LLC<br>12655 OLD SURREY PLACE<br>ROSWELL<br>GA 30075-1067 |
| PATIENT ACCOUNT SERVICES LLC<br>1825 BARRETT LAKES BLVD NW<br>STE 505<br>KENNESAW GA 30144-7570 | POPE  LAND<br>1701 BARRETT LAKES BLVD<br>STE 120<br>KENNESAW GA 30144-4583 | QUADIENT<br>PO BOX 6813<br>CAROL STREAM IL 60197-6813 |
| QUENCH USA INC<br>PO BOX 735777<br>DALLAS TX 75373-5777 | REVSPRING INC<br>26988 NETWORK PLACE<br>CHICAGO IL 60673-1269 | ROBERT M HIRSH<br>NORTON ROSE FULBRIGHT US LLP<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6022 |
| MICHAEL D ROBL<br>ROBL LAW GROUP LLC<br>SUITE 250<br>3754 LAVISTA ROAD<br>TUCKER GA 30084-5623 | ROUNTREE LEITMAN KLEIN  GEER LLC<br>2987 CLAIRMONT RD<br>SUITE 350<br>ATLANTA GA 30329-4435 | SOS COPIER LEASE<br>PO BOX 660831<br>DALLAS TX 75266-0831 |
| SAMSON MCA LLC<br>17 STATE STREET<br>STE 630<br>NEW YORK NY 10004-1749 | STEPHEN WAYNE SATHER<br>BARRON  NEWBURGER PC<br>7320 N MOPAC EXPWY SUITE 400<br>AUSTIN TX 78731-2347 | SECRETARY OF THE TREASURY<br>15TH  PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20200 |
| HENRY F SEWELL JR<br>LAW OFFICES OF HENRY F SEWELL JR LLC<br>SUITE 555<br>2964 PEACHTREE ROAD NW<br>ATLANTA GA 30305-4909 | SHANNA M KAMINSKI<br>PO BOX 247<br>GRASS LAKE MI 49240-0247 | SOLVEDIT<br>333 N DOBSON RD<br>STE 5 138<br>CHANDLER AZ 85224-4412 |
| (P)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203-9591 | STERICYCLE<br>28883 NETWORK PLACE<br>CHICAGO IL 60673-1288 | TBF<br>460 FARADAY AVENUE<br>JACKSON NJ 08527-5072 |
| GREGORY M TAUBE<br>NELSON MULLINS RILEY  SCARBOROUGH LLP<br>SUITE 1700<br>201 17TH STREET NW<br>ATLANTA GA 30363-1099 | INTERNATIONAL<br>TECHNO BRAIN BPO ITES LIMITED<br>HERITAN HOUSE 2ND FLOOR<br>WOODLANS ROAD<br>NAIROBI KENYA 510 | (P)THE INTELITECH GROUP<br>4800 NW CAMAS MEADOWS DRIVE<br>220<br>CAMAS WA 98607-7698 |

USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
THE JD STUART LAW GROUP LLC           THRESA LARAE WILSON                U S SECURITIES AND EXCHANGE COMMISSION
1825 BARRETT LAKES BLVD NW            12655 OLD SURREY PLACE             OFFICE OF REORGANIZATION
STE 505                               ROSWELL GA 30075-1067              SUITE 900
KENNESAW GA 30144-7570                                                   950 EAST PACES FERRY ROAD NE
                                                                         ATLANTA GA 30326-1382


ULTIMATE CONTACTS                     UNITED STATES ATTORNEY             UNITED STATES TRUSTEE
5345 TOWNE SQUARE DRIVE               NORTHERN DISTRICT OF GEORGIA       362 RICHARD RUSSELL FEDERAL BUILDING
STE 165                               75 TED TURNER DRIVE SW SUITE 600   75 TED TURNER DRIVE SW
PLANO TX 75024-2463                   ATLANTA GA 30303-3309              ATLANTA GA 30303-3315


VCC OWNER LLC                         SUSAN VERBONITZ                    WEBBANK
PO BOX 935812                         1339 CHESTNUT STREET               CO ROBL LAW GROUP LLC
ATLANTA GA 31193-5812                 SUITE 500                          3754 LAVISTA ROAD
                                      PHILADELPHIA PA 19107-3503         SUITE 250
                                                                         TUCKER
                                                                         GA 30084-5623


WEBBANK                               WELLS FARGO                        WELLS FARGO BANK
215 S STATE STREET                    LITE CARD PAYMENT CENTER           SMALL BUSINESS LENDING DIVISION
SUITE 1000                            POI BOX 77066 29                   PO BOX 29482 MAC S4101-08C
SALT LAKE CITY UT 84111-2336          MINNEAPOLIS MN 55480-7766          PHOENIX AZ 85038-9482


WILLIAM D WILSON                      WILLIAM D WILSON JR                WILZARA PROPERTY MANAGEMENT GROUP LLC
12655 OLD SURREY PLACE                12655 OLD SURREY PLACE             12655 OLD SURREY PLACE
ROSWELL GA 30075-1067                 ROSWELL GA 30075-1067              ROSWELL GA 30075-1067


WINDSTREAM                            EOSCAR
PO BOX 9001013                        DEPT 224501
LOUISVILLE KY 40290-1013              PO BOX 55000
                                      DETROIT MI 48255-4971
```