**IT IS ORDERED as set forth below:**



**Date: March 17, 2025**

_____

Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| ARC MANAGEMENT GROUP, LLC, | : | |
| | : | Case No. 23-61742 - BEM |
| Debtor. | : | |

**ORDER APPROVING MODIFICATION OF SETTLEMENT**

This matter is before the Court on the *Emergency Motion by Chapter 11 Trustee for an Order Approving Modification of Settlement and Request for Expedited Hearing* [Doc. No. 245] (the "**Motion**")[1] that was filed by S. Gregory Hays, as Chapter 11 Trustee ("**Trustee**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"). On March 7, 2025, the Court entered its ORDER

---

[1] Capitalized, but undefined, terms used herein shall have the meaning ascribed to such terms in the Motion.

1

SHORTENING NOTICE AND SCHEDULING EXPEDITED HEARING ON EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER APPROVING MODIFICATION OF SETTLEMENT AND REQUEST FOR EXPEDITED HEARING AND EMERGENCY MOTION BY CHAPTER 11 TRUSTEE FOR AN ORDER CONVERTING THE CHAPTER 11 CASE OF THE DEBTOR TO A CASE UNDER CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING wherein the Court scheduled a hearing on the Motion for March 13, 2025 (the "**Hearing**").

This Court having reviewed and considered the Motion and argument of counsel at the Hearing and having found that: 1) due and adequate notice of the Motion and the Hearing was provided under the circumstances of this Case; 2) no objections were asserted to the relief sought in the Motion at or prior to the Hearing; 3) no other or further notice or opportunity is need be given; and 4) that good cause exists for the relief sought in the Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The Motion is GRANTED as set forth herein.

2. The Modification Agreement ("**Modification Agreement**") attached to the Motion is APPROVED and AUTHORIZED.

3. The *Settlement and Release Agreement* dated August 16, 2024 (the "**Settlement**") referenced in the Motion, a copy of which is attached as **Exhibit A** to the *Motion for Approval of Settlement Agreement* [Doc. No. 181], by and among the Debtor, Flock Financial, LLC ("**Flock**"), WebBank ("**WebBank**"), Libertas Funding, LLC ("**Libertas**"), SuperB Capital, LLC ("**SuperB**" or "**Libertas**"), and Lendspark Corporation ("**Lendspark**" and collectively with WebBank, Libertas, and SuperB, the "**Libertas Parties**") is modified by the Modification Agreement.

4. The Trustee is authorized to enter the Modification Agreement on behalf of the Debtor and further authorized and empowered to take all actions necessary to implement the

Modification Agreement and the relief granted herein.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

### *** END OF ORDER ***

Prepared and Presented By:
LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
COUNSEL FOR THE TRUSTEE

## DISTRIBUTION LIST

ARC Management Group, LLC
1825 Barrett Lakes Blvd., N.W.
Suite 505
Kennesaw, GA 30144

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350, 2987 Clairmont Road
Atlanta, GA 30329

Alan Hinderleider
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays, Trustee
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305

Henry F. Sewell, Jr.
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305