**IT IS ORDERED as set forth below:**



**Date: March 20, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| ARC MANAGEMENT GROUP, LLC, : | |
| : | Case No. 23-61742 - BEM |
| Debtor. : | |

**ORDER CONVERTING CHAPTER 11 CASE OF THE DEBTOR TO CHAPTER 7**

This matter is before the Court on the *Emergency Motion by Chapter 11 Trustee for an Order Converting the Chapter 11 Case of the Debtor to a Case under Chapter 7 and Request for Expedited Hearing* [Doc. No. 246] (the "**Motion**")[1] that was filed by S. Gregory Hays, as Chapter 11 Trustee ("**Trustee**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case.  Upon the Court having reviewed and

---

[1] Capitalized, but undefined, terms used herein shall have the meaning ascribed to such terms in the Motion.

1

considered the Motion, the matters reflected in the record in this Case, and the hearing on the Motion on March 13, 2025, the Court determined that: 1) the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties in interest; 2) the Court has jurisdiction over this proceeding; 3) this is a core proceeding; 4) due and proper notice of the Motion was given and such notice is good and sufficient under the particular circumstances; 5) no other or further notice or opportunity for a hearing need be given; and 6) good and sufficient cause exist for the relief requested in the Motion and granted herein.

Accordingly, upon the record herein and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Motion is GRANTED and the Chapter 11 Case of the Debtor is converted to a proceeding under Chapter 7 pursuant to 11 U.S.C. §1112(b) effective as of the entry of this Order.

2. The United States Trustee is directed to appoint a Chapter 7 trustee for the Bankruptcy Estate as soon as possible.

3. The Debtor shall, forthwith, turn over to the chapter 7 trustee all records and property of the estate in its possession or control and shall immediately turn over any other property of the estate which hereinafter comes into its possession or control during the pendency of this case;

4. The Debtor shall cooperate and assist the chapter 7 trustee in identifying, assembling, and collecting property of the estate and shall provide the chapter 7 trustee with all documents pertaining to assets of the estate as the trustee requests;

5. Not later than 14 days after entry of this Order, Debtor shall file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including

the name and address of each holder of a claim and serve a copy of the schedule on the chapter 7 trustee, the United States Trustee, and the person or entity to whom such debts are owed;

6. Not later than 28 days after entry of this Order, Debtor shall file and transmit to the chapter 7 trustee and the United States Trustee a final report and account regarding the status and disposition of all assets of the estate;

7. Not later than 28 days after entry of this Order, Debtor shall file and transmit to the United States Trustee monthly operating reports for each month or period through the date of conversion for which reports have not already been filed;

8. Not later than 28 days after entry of this Order, all professionals employed by Debtor shall file an application for final approval of fees and expenses incurred in or in connection with administration of the case under chapter 11 or, alternatively, turn over to the appointed chapter 7 trustee any and all retainers, monies, or other remuneration received from Debtor prior to or after the filing of the petition for services rendered in or in connection with the chapter 11 case; and

9. The Clerk will serve this Order on the Debtor, the Debtor's attorney, the United States Trustee, and all creditors and other parties in interest listed on the mailing matrixes.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

### *** END OF ORDER ***

Prepared and Presented By:
LAW OFFICES OF HENRY F. SEWELL JR., LLC
**/s/ *Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 11 TRUSTEE

## DISTRIBUTION LIST

ARC Management Group, LLC
1825 Barrett Lakes Blvd., N.W.
Suite 505
Kennesaw, GA 30144

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350, 2987 Clairmont Road
Atlanta, GA 30329

Alan Hinderleider
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays, Trustee
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305

Henry F. Sewell, Jr.
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305