UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ARC MANAGEMENT GROUP, LLC, | ) | CASE NO. 23-61742-BEM |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND SECTION 341(a) MEETING OF CREDITORS**

Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **S. Gregory Hays** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows. The trustee will conduct the meeting via Zoom video. The debtor must appear via Zoom video. Creditors and other parties may appear by telephone.

| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br>Phone: (404) 926-0051 | **April 14, 2025, at 8:50 a.m.**<br><br>The meeting will be held by Zoom video meeting.<br>Go to **Zoom.us/join.**<br>Enter Meeting ID: **627 912 5502** and<br>Passcode: **6497361809** or call **(470) 924-8876** |
|---|---|

Notice given by:

            MARY IDA TOWNSON
            UNITED STATES TRUSTEE, REGION 21

            *s/ Jeneane Treace*
            R. Jeneane Treace
            GA Bar No. 716620
            United States Department of Justice
            Office of the United States Trustee
            362 Richard B. Russell Building
            75 Ted Turner Drive, S.W.
            Atlanta, Georgia 30303
            (404) 331-4437
            jeneane.treace@usdoj.gov