UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CASE NO. 23-61742-BEM |
| | : | |
| Debtor. | : | |

## NOTICE OF ABANDONMENT OF CERTAIN
## PROPERTY OF THE ESTATE

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the below described property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate.

The Trustee has removed certain items from the Debtor's office at 125 Townpark Drive NW, Suite 100, Kennesaw, GA 30144 ("**Debtor's Office**") necessary for the administration of the bankruptcy case and/or for safekeeping. The removed items includes records, computers and media containing data, which are currently being stored at the Trustee's office. The Trustee is abandoning the remaining items at the Debtor's Office.

- 15 cubicles with computer chairs and drawers
- Wire shelving racks in computer closet
- Conference room table and chairs
- Server rack and computer tables
- Breakroom chairs, table, microwave, and refrigerator
- 8 metal lateral file cabinets
- Office supplies, storage bin, and file folders
- Vacuum and cleaning supplies
- Flat screen Television
- Conference room desk and whiteboard
- Computer wires, power cords, and Ethernet cables

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection

is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

      Respectfully submitted this 4th day of April, 2025.

                                                        */s/ S. Gregory Hays*
                                                      S. Gregory Hays

Hays Financial Consulting, LLC         Chapter 7 Trustee
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060