> **THE OMNIBUS MOTION SEEKS TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS. IF YOU ARE A COUNTERPARTY TO AN AGREEMENT WITH THE DEBTOR, PLEASE REVIEW THE ATTACHED <u>AMENDED EXHIBIT A</u> TO LOCATE YOUR NAME AND CONTRACTS OR LEASES.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, : | |
| : | Case No. 23-61742 - BEM |
| Debtor. : | |

**NOTICE OF AMENDED EXHIBIT A TO THE EXISTING OMNIBUS MOTION FOR AN ORDER AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS EFFECTIVE MARCH 31, 2025**

S. Gregory Hays, as Trustee ("**Trustee**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"), by and through counsel, hereby files this *Notice of Amended Exhibit A to the Existing Omnibus Motion for an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Effective March 31, 2025,* to update, amend, replace, and supersede the Exhibit A attached to the existing *Omnibus Motion for an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Effective March 31, 2025* [Doc. No. 258] (the "**Motion**"). The Amended Exhibit A (the "**Amended Exhibit A**") attached hereto shall update, amend, replace, and supersede the Exhibit A attached to existing Motion and reflects the addition of one additional contract, a Professional Services Agreement (the "**PSA**") with RevSpring, Inc. ("**RevSpring**"). Pursuant to the PSA, RevSpring currently holds a deposit in the amount of $14,200 (the "**Deposit**"). The Trustee requests that an order granting the Motion authorize RevSpring to apply the Deposit to the amount due to RevSpring in the amount of $5,773.11 and direct RevSpring to send the remaining amount of the Deposit to the Trustee.

Dated: April 11, 2025.

 Respectfully submitted,

 LAW OFFICES OF HENRY F. SEWELL JR., LLC

 ***/s/ Henry F. Sewell, Jr.***
 Henry F. Sewell, Jr.
 Georgia Bar No. 636265
 2964 Peachtree Road NW, Suite 555
 Atlanta, GA 30305
 (404) 926-0053
 hsewell@sewellfirm.com

 COUNSEL FOR THE CHAPTER 7 TRUSTEE

**Amended Exhibit A**
**(Rejected Contracts and Leases)**

| Counterparty | Counterparty Address | Contract or Unexpired Lease |
|---|---|---|
| Insperity | 19001 Crescent Springs Drive<br>Kingwood, Texas 77339-3802<br>Attn: General Counsel<br>legalnotices@insperity.com<br>-and-<br>c/o Greenberg Traurig, LLP<br>1000 Louisiana Street, Ste. 6700<br>Houston, TX 77002<br>Attn: Karl Burrer, Esq. | Workforce Optimization Client Service Agreement |
| RGRE | 1835 Savoy Drive, STE. 105<br>Atlanta, GA 30341<br>Attn: Ryan Wiedmayer | Lease for 125 Town Park Drive, Ste. 100, Kennesaw, GA 30144 |
| SOS Copier Lease | PO Box 660831<br>Dallas, TX, 75266-0831 | Copier lease |
| RealmConnect | 1161 Mauldin Road<br>Calhoun GA 30701<br>Attn: Anthony Kubek | Lease with Maintenance |
| RevSpring, Inc. | 29241 Beck Road<br>Wixom, Ml 48393<br>Attn: Legal/Contract Management<br>-and-<br>Evelyn J. Meltzer, Esq.<br>troutman pepper locke<br>1313 N. Market Street<br>Suite 1000<br>P.O. Box 1709<br>Wilmington, DE 19801 | Professional Services Agreement that includes a deposit in the amount of $14,200 (the "Deposit")<br>The Trustee requests that an order granting the Motion authorize RevSpring to apply the Deposit to the amount due to RevSpring in the amount of $5,773.11 and direct RevSpring to send the remaining amount of the Deposit to the Trustee. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, | : |
| | : Case No. 23-61742 - BEM |
| Debtor. | : |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the *Notice of Amended Exhibit A to the Existing Omnibus Motion for an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Effective March 31, 2025* was served (a) via the United States Bankruptcy Court for the Northern District of Georgia's Electronic Case Filing System to all registered parties who have appeared in this case, and (b) by United States Mail with adequate postage affixed thereon or as otherwise indicated below:

Office of the U. S. Trustee
75 Ted Turner Dr SW, Room 362
Atlanta, GA 30303

RevSpring, Inc.
29241 Beck Road
Wixom, Ml 48393
Attn: Legal/Contract Management

Evelyn J. Meltzer, Esq.
troutman pepper locke
1313 N. Market Street
Suite 1000
P.O. Box 1709
Wilmington, DE 19801
evelyn.meltzer@troutman.com

This 11th day of April, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC
**/s/ Henry F. Sewell, Jr.**
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 7 TRUSTEE