**IT IS ORDERED as set forth below:**

Date: May 9, 2025

_____

**Barbara Ellis-Monro**
U.S. Bankruptcy Court Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, | : |
| | : Case No. 23-61742 - BEM |
| Debtor. | : |

**ORDER GRANTING MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING EXAMINATION OF WILLIAM D. WILSON AND DIRECTING THE PRODUCTION OF DOCUMENTS AND LAPTOP COMPUTER FOR INSPECTION AND COPYING BY TRUSTEE**

The *Motion for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of William D. Wilson and Directing the Production of Documents and Laptop Computer for Inspection and Copying by Trustee* [Doc. No. 280] (the "**Motion**") filed by S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**" or "**Movant**") for the bankruptcy estate (the "**Bankruptcy Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Bankruptcy Case**"), having been read and considered, it is

**ORDERED** that the Motion be, and the same hereby is, **granted** as follows: pursuant to Fed. R. Bankr. P. 2004(a), the Movant is authorized to proceed with discovery and conduct an

examination (the "**Examination**") of William D. Wilson (the "**Witness**") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure concerning any and all matters within the scope permitted by Rule 2004(b), including, but not limited to, with regard to the topics set forth in the *Trustee's Notice of Bankruptcy Rule 2004 Examination of William D. Wilson and the Production of Documents* (the "**Examination Notice**"). It is further

**ORDERED** that the Examination may be rescheduled or adjourned from time to time and place to place by agreement of the parties, by announcement at the examination, or as set forth in a notice filed with the Court and served on the Witness and the Movant. It is further

**ORDERED** that if attendance and, if applicable, production of designated documents in connection with said Examination, cannot be obtained voluntarily, the Movant may compel such attendance and production of documents as stated in Fed. R. Bankr. P. 2004(c) in the manner provided in Fed. R. Bankr. P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45. It is further

**ORDERED** that the Witness shall timely respond to any document requests made by the Movant in accordance with Fed. R. Bankr. P. 2004(c). The Witness may assert written objections in good faith to the requests as if such requests had been served pursuant to Fed. R. Bankr. P. 7034 and shall produce to the Movant all responsive documents that are not subject to a valid timely asserted objection.

**ORDERED** that, in accordance with Fed. R. Bankr. P. 2004(c), the Witness shall produce and turnover the Laptop[1] to the Trustee for inspection and copying within seven (7) days of the date of this Order.

---

[1] Capitalized, but undefined terms used herein shall have the meaning ascribed to such terms in the *Motion for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination of William D. Wilson and Directing the Production of Documents and Laptop Computer for Inspection and*

The Clerk is directed to serve a copy of this Order upon counsel for the Movant, the Witness, and the United States Trustee.

***END OF DOCUMENT***

Prepared and Presented by:
LAW OFFICES OF HENRY F. SEWELL JR., LLC
**/s/ *Henry F. Sewell, Jr.***
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
*Counsel for S. Gregory Hays, Chapter 7 Trustee for the bankruptcy estate of ARC Management Group, LLC*

**Parties to Be Served**

Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
Suite 555, 2964 Peachtree Road NW
Atlanta, Georgia 30305

Office of the U. S. Trustee
75 Ted Turner Dr SW, Room 362
Atlanta, GA 30303

William D. Wilson
12655 Old Surrey Place
Roswell, GA 30075-1067

S. Gregory Hays, Chapter 7 Trustee
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305

ARC Management Group, LLC
12655 Old Surrey Place
Roswell, GA 30075-1067

---

*Copying by Trustee* that was filed by the Movant.

3