**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**ARC Management Group, LLC**<br>1825 Barrett Lakes Blvd., N.W.<br>Suite 505<br>Kennesaw, GA 30144<br><br>**03–0607765** | Case No.: **23–61742–bem**<br>Chapter: **7** |

**NOTICE SETTING DEADLINE FOR
FILING PROOFS OF CLAIM**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The Trustee now reports that funds may be available for distribution.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Deadline: **August 13, 2025**

A claim form (Official Form B 410) may be obtained online at: www.ganb.uscourts.gov under the Forms tab or at any bankruptcy clerk's office and may be filed in person or by regular mail.

To file a claim electronically, visit www.ganb.uscourts.gov and access the ePOC tab.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  May 15, 2025

Form ntcpoc
Revised February 2023