UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re:  Debtor(s)
**ARC Management Group, LLC**
1825 Barrett Lakes Blvd., N.W.
Suite 505
Kennesaw, GA 30144

Case No.: **23−61742−bem**
Chapter: **7**

03−0607765

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The Trustee now reports that funds may be available for distribution.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

### Deadline: **August 13, 2025**

A claim form (Official Form B 410) may be obtained online at: www.ganb.uscourts.gov under the Forms tab or at any bankruptcy clerk's office and may be filed in person or by regular mail.

To file a claim electronically, visit www.ganb.uscourts.gov and access the ePOC tab.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  May 15, 2025

Form ntcpoc
Revised February 2023

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 23-61742-bem
ARC Management Group, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: bncadmin     Page 1 of 6
Date Rcvd: May 15, 2025     Form ID: ntcpoc     Total Noticed: 147

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| aty | + | Jeffrey Cianciulli, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3503 |
| aty | + | Rountree Leitman Klein & Geer, LLC, 2987 Clairmont Rd, Suite 350, Atlanta, GA 30329-4435 |
| aty | + | Susan Verbonitz, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3503 |
| acc | + | Hays Financial Consulting, LLC, 2964 Peachtree Road, NW, Ste 555, Atlanta, GA 30305-4909 |
| cr | + | WebBank, c/o Robl Law Group LLC, 3754 LaVista Road, Suite 250, Tucker, GA 30084 UNITED STATES 30084-5623 |
| 24539985 | + | ABI Holding, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 25275835 | | AMERICAN RED CROSS, HEALTH & SAFETY SERVICES, 25688 NETWORK PLACE, CHICAGO, IL 60673-1256 |
| 25275836 | | APPLESEEDS BEHAVIORAL CENTER, 2010 MOON STATION DRIVE NW, KENNESAW, GA 30114 |
| 25275837 | + | AR ASSIST/HMA GREENFISH, 1207 SOUTH TAMIAMI TRAIL, SARASOTA, FL 34239-2208 |
| 24539988 | + | ARC Management Group of Georgia, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 25275838 | | AUTO INNOVATIONS INC, 2082 CANTON RD, MARIETTA, GA 30066 |
| 24539986 | | Adventus AOF #1 LP, PO Box 936596, Atlanta, GA 31193-6596 |
| 25275839 | + | BRIDGES PALLIATIVE CARE, 401 HORSHAM RD SUITE 202, HORSHAM, PA 19044-2013 |
| 25275840 | + | BYTEDANCE - DBA TIKTOK GLOBAL, 5800 Bristol Parkway, Culver City, CA 90230-6696 |
| 25275841 | + | CARMONA PATHOLOGY ASSOCIATES, PA, 951 N WASHINGTON AVE, TITUSVILLE, FL 32796-2163 |
| 25275842 | + | CENTERWELL HOME HEALTH HCHB, 6330 SPRINT PARKWAY, OVERLAND PARK, KS 66211-1171 |
| 25275843 | + | CIRCLE INDUSTRIAL LLC, 1230 ROSENCRANS AVE SUITE 270, MANHATTAN BEACH, CA 90266-2472 |
| 25275844 | + | CITY OF INDEPENDENCE, IA, ATTN: SUSI LAMP, 331 1ST STREET E, INDEPENDENCE, IA 50644-2814 |
| 25275845 | + | CITY OF MARSHALLTOWN, IA, ATTENTION AR, 24 N. CENTER STREET, MARSHALLTOWN, IA 50158-4911 |
| 25275846 | + | CITY OF NORTH CHICAGO, ATTN: COMPTROLLER OFFICE, 1850 LEWIS AVE, NORTH CHICAGO, IL 60064-2098 |
| 25275848 | + | COLUMBIA CARE NY LLC, 680 FIFTH AVE 24TH FLOOR, NEW YORK, NY 10019-5429 |
| 25275895 | + | Carr Riggs & Ingram, 4004 Summit Blvd NE, Ste 800, Atlanta, GA 30319-1585 |
| 24889941 | + | Charles H. Mousseau Jr., c/o Nathan C. Volheim, Atlas Consumer Law, 2500 S. Highland Avenue, Site 200, Lombard, IL 60148-7103 |
| 24577083 | + | Charles H. Mousseau, Jr., Eric Donald Coleman, Sulaiman Law Group Ltd., 2500 South Highland Ave Ste 200, Lombard, IL 60148-7103 |
| 24539990 | + | Cheetah Capital, 667 Madison Avenue, 5th Floor, New York, NY 10065-8029 |
| 24963846 | + | Cheetah Capital, Inc., 1688 Meridian Ave, Suite 200, Miami Beach, FL 33139-2717 |
| 25275896 | + | Collectors Ins Agency Inc., 3200 Courthouse LN, Saint Paul, MN 55121-1585 |
| 25275898 | + | Collin Dixon PA, 15325 SW 89TH AVE, MIAMI, FL 33157-1902 |
| 24539992 | + | Corporate Resolutions, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 25275899 | + | ELITE BUSINESS SERVICES GROUP INC, 15325 SW 89TH AVE, MIAMI, FL 33157-1902 |
| 24933328 | + | ERIN MCCAIN, 9002 NEWBURGH DRIVE, HOUSTON, TX 77095-3733 |
| 25275881 | + | Equifax, PO Box 4081, Atlanta, GA 30302-4081 |
| 25275850 | + | FUSION SLEEP LLC, 4265 JOHNS CREEK PKWY, STE A, SUWANEE, GA 30024-6038 |
| 24539995 | | Flock Financial, LLC, 400 Galleria Parkway SE, Ste. 17, Atlanta, GA 30339-5980 |
| 24957218 | + | Flock Financial, LLC, c/o Greg Taube, Nelson Mullins LLP, Suite 1700, 201 17th Street NW, Atlanta, GA 30363-1099 |
| 24539996 | + | Funding Club, 915 Middle River Drive, Fort Lauderdale, FL 33304-3544 |
| 24539999 | + | GILBRIDE, TUSA, LAST & SPELLANE, LLC, 986 Bedford Street, Stamford, CT 06905-5610 |
| 24540000 | | Green Note Capital Partners SPV LLC, 1019 Avenue P, Ste. 401, Brooklyn, NY 11223-2366 |
| 25275851 | + | HAPPY HANDYMAN LLC, 4915 N MAIN ST STE 425, ACWORTH, GA 30101-1302 |

| | | |
|---|---|---|
| 24540001 | + | Healthtech Receivables Management, Inc., 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540002 | | Hewlett-Packard Financial Services, PO Box 402582, Atlanta, GA 30384-2584 |
| 25275890 | + | Hospital Services of Bradford PC, PO Box 641308, Pittsburgh, PA 15264-1308 |
| 25275885 | + | Hospital Services of Springfield, PO Box 679874, Dallas, TX 75267-9874 |
| 24540003 | + | Howste Technical Services, 2440 Sandy Plains Road, Bldg 7, Marietta, GA 30066-7218 |
| 24998265 | + | ICP Group, LLC, Attn: Peter Pinto, 10160 Andover Coach Circle, Ste. H-1, Wellington, FL 33449-8139 |
| 24540004 | + | IDI, PO Box 744971, Atlanta, GA 30374-4971 |
| 25275852 | + | INTERNATIONAL EDUCATION CORPORATION, 2NDARY PLACEMENTS, 16485 LAGUNA CANYON RD ST 300, IRVINE, CA 92618-3840 |
| 24540005 | + | InfoWorks, PO Box 47, Woodstock, GA 30188-0047 |
| 24540006 | + | Insperity, 6 Pointe Drive, Ste, 150, Brea, CA 92821-6324 |
| 24540008 | + | Irwin Bernstein, CMS Services, 820 Davis Street, Suite 453, Evanston, IL 60201-4810 |
| 24577084 | + | Jeanine Scull, c/o Seth J. Andrews, Law Offices of Kenneth Hiller, 6000 North Bailey Ave., Ste. 1A, Amherst, NY 14226-5102 |
| 24540009 | + | Jeffrey Parrella, Esq., AWN&R Commerical Law Group, 14 Wall Street, 20th Floor, New York, NY 10005-2123 |
| 24540010 | + | John Bedard, 4855 River Green Parkway, Suite 310, Duluth, GA 30096-8337 |
| 25275853 | | KATMAI ONCOLOGY GROUP LLC, 35851 PIPER STREET SUIT U340, ANCHORAGE, AK 99508 |
| 25275854 | + | KEYSTONE MEDICAL BILLING SERVICES, 10312 Bloomingdale Ave, Suite 108 #379, Riverview, FL 33578-3603 |
| 24540012 | + | KYF Global Partners, LLC, 1019 Ave. P, Brooklyn, NY 11223-2364 |
| 25275880 | + | Karen White, 2404 MARCIA DR, BELLBROOK, OH 45305-1725 |
| 24540011 | + | Keep It Safe, PO Box 101672, Pasadena, CA 91189-0044 |
| 24577085 | + | Kendra Watts, c/o Naja I Hawk, The Hawk Legal Collective, 730 Peachtree Street NE #570, Atlanta, GA 30308-1244 |
| 25275884 | + | Keystone Medical Services of Alabama Inc., PO Box 676371, Dallas, TX 75267-6371 |
| 25275893 | + | Keystone Medical Services of Gulfport Inc., PO Box 677893, Dallas, TX 75267-7893 |
| 25275887 | + | Keystone Medical Services of MS Inc., PO Box 677675, Dallas, TX 75267-7675 |
| 25275894 | + | Keystone Medical Services of Niagra Falls PC, PO Box 645392, Pittsburgh, PA 15264-5251 |
| 25275892 | + | Keystone Medical Services of Olean PC, PO Box 645571, Pittsburgh, PA 15264-5253 |
| 25275891 | + | Keystone Medical Services of West Point Inc., PO Box 677969, Dallas, TX 75267-7969 |
| 25275855 | + | LIBERTY URGENT CARE, 401 HORSHAM RD, HORSHAM, PA 19044-2013 |
| 24540013 | + | Lathem Time, 210 The Bluffs, Ste 107, Austell, GA 30168-7883 |
| 24540014 | #+ | Lendspark Corporation, 2554 Gateway Road, Carlsbad, CA 92009-1742 |
| 25275857 | + | MARIETTA DERMATOLOGY & SKIN CANCER CENTER, 111 MARBLE MILL ROAD NW, MARIETTA, GA 30060-1047 |
| 24577086 | #+ | Matthew Shawn Skinner, c/o Frank H. Kerney, III, Esq., The Consumer Lawyers, 412 E. Madison St Ste 916, Tampa, FL 33602-4617 |
| 25275883 | + | Medical Services of Meridian Inc., PO Box 679807, Dallas, TX 75267-9807 |
| 25275886 | + | Medical Services of Meridian PA, PO Box 677989, Dallas, TX 75267-7989 |
| 25275882 | + | Momentum, 1200 Corporate Drive STE 300, Birmingham, AL 35242-2944 |
| 24540016 | | Nationwide, PO Box 77210, Minneapolis, MN 55480-7200 |
| 25275860 | + | PATHOLOGY CONSULT OF S. BROWARD, 9581 PREMIER PKWY, MIRAMAR, FL 33025-3206 |
| 25275861 | + | PAY READY, 5811 MCFADDEN AVE, HUNTINGTON BEACH, CA 92649-1323 |
| 25275862 | + | PLASTIC SURGERY CENTER OF THE SOUTH, 120 VANN ST NE #150, MARIETTA, GA 30060-7358 |
| 25275863 | + | PLATTE RIVER MEDICAL CENTER, CORPORATE BILLING ACCOUNTS, 2801 PURCELL ST, BRIGHTON, CO 80601-3551 |
| 24540019 | + | Patient Account Services, LLC, 1825 Barrett Lakes Blvd., N.W., Ste. 505, Kennesaw, GA 30144-7570 |
| 24540018 | + | Patient Account Services, LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540020 | + | Pope & Land, 1701 Barrett Lakes Blvd, Ste 120, Kennesaw, GA 30144-4583 |
| 24540021 | | Quadient, PO Box 6813, Carol Stream, IL 60197-6813 |
| 25275864 | + | REACH CHIROPRACTIC, 501 ROBERTS CT STE 6, KENNESAW, GA 30144-4968 |
| 25275865 | + | RELIAS HEALTHCARE, 201 WEST MAIN STREET, TUPELO, MS 38804-3917 |
| 25275866 | + | RESTORE HAIR, 1415 WEST 22 ST, OAK BROOK, IL 60523-2074 |
| 25275897 | | RealmConnect, P.O. Box 30703-1149, Calhoun, GA 30703-1149 |
| 24540023 | | RevSpring, Inc., 26988 Network Place, Chicago, IL 60673-1269 |
| 24998264 | + | Robert M. Hirsh, Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| 25275867 | + | SCHUMACHER GRP MEDICAL BILLING, 12790 Merit Drive Suite 200, DALLAS, TX 75251-1276 |
| 25275868 | + | SIERRA HIGHLAND HOA, 1465 NORTHSIDE DR SUITE 128, ATLANTA, GA 30318-4220 |
| 25275869 | + | SNYDER PHYSICAL THERAPY, OWNER BRANDEN SNYDER, 39 PORTER ROAD SUITE 1, TOWER CITY, PA 17980-9457 |
| 24577087 | | SOS Copier Lease, PO Box 660831, Dallas, TX 75266-0831 |
| 24540024 | + | Samson MCA LLC, 17 State Street, Ste. 630, New York, NY 10004-1749 |
| 25275879 | + | Shred-It, 5116 South Royal Atlanta Drive, Tucker, Ga. 30084-3052 |
| 24540027 | | Stericycle, 28883 Network Place, Chicago, IL 60673-1288 |
| 24540028 | | TBF, 460 Faraday Avenue, Jackson, NJ 08527-5072 |
| 24540029 | | Techno Brain BPO ITES Limited, Heritan House 2nd Floor, Woodlans Road, Nairobi Kenya 510, |
| 24540031 | + | The J.D. Stuart Law Group, LLC, 1825 Barrett Lakes Blvd., N.W., Ste. 505, Kennesaw, GA 30144-7570 |
| 24540032 | | Thresa Larae Wilson, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 25275872 | ++ | UTILIPRO, 500 W LANIER AVE, STE 902, FAYETTEVILLE GA 30214-7641 address filed with court:, UTILIPRO, 500 W LANIER AVE STE 902, FAYETTEVILLE, GA 30214 |

Case 23-61742-bem   Doc 288   Filed 05/17/25   Entered 05/18/25 00:50:00   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 113E-9 | User: bncadmin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: ntcpoc | Total Noticed: 147 |

| | | |
|---|---|---|
| 24540033 | + | Ultimate Contacts, 5345 Towne Square Drive, Ste 165, Plano, TX 75024-2463 |
| 24540034 | | VCC Owner LLC, PO Box 935812, Atlanta, GA 31193-5812 |
| 25275873 | + | VININGS FAMILY DENTISTRY, 2931 PACES FERRY RD SE, ATLANTA, GA 30339-3735 |
| 25275875 | + | WHOLISTIC PERSPECTIVE, 615 W JOHNSON AVE, CHESHIRE, CT 06410-4531 |
| 25275876 | + | WRITTEN DEPOSITION SERVICES, 1755 WHITTINGTON PLACE SUITE 750, DALLAS, TX 75234-1956 |
| 24540035 | + | Wells Fargo, Lite Card Payment Center, POI Box 77066 29, Minneapolis, MN 55480-7766 |
| 24540036 | | William D. Wilson, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540037 | | William D. Wilson, Jr., 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 24540038 | + | Wilzara Property Management Group LLC, 12655 Old Surrey Place, Roswell, GA 30075-1067 |
| 25275877 | + | Y12 FEDERAL CREDIT UNION, PO BOX 2512, OAK RIDGE, TN 37831-2512 |
| 24539994 | | e-Oscar, Dept 224501, PO Box 55000, Detroit, MI 48255-4971 |

TOTAL: 111

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: lnelson@arcmgmt.com | May 15 2025 20:26:00 | ARC Management Group, LLC, 1825 Barrett Lakes Blvd., N.W., Suite 505, Kennesaw, GA 30144-7570 |
| tr | + | EDI: BSGHAYS.COM | May 16 2025 00:14:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | May 15 2025 20:26:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24539989 | | EDI: ATTWIREBK.COM | May 16 2025 00:14:00 | AT&T, PO Box 6416, Carol Stream, IL 60197-6416 |
| 24539987 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 20:36:36 | American Express, PO Box 60189, City of Industry, CA 91716-0189 |
| 24599189 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 20:48:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25275847 | + | Email/Text: banko1@cpicollects.com | May 15 2025 20:26:00 | COLLECTION PROFESSIONALS INC, LINK DEBT RECOVERY, PO BOX 2088, SHERIDAN, WY 82801-2088 |
| 24539993 | ^ | MEBN | May 15 2025 20:23:36 | CT Corporation System, as Representative, 330 N. Brand Blvd, Suite 700, Attn: SPRS, Glendale, CA 91203-2336 |
| 24539991 | | EDI: COMCASTCBLCENT | May 16 2025 00:14:00 | ComCast, PO Box 71211, Charlotte, NC 28272-1211 |
| 24539998 | | EDI: GADEPTOFREV.COM | May 16 2025 00:14:00 | Georgia Department of Revenue, Compliance Division, ARCS - Bankruptcy, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345 |
| 24539997 | ^ | MEBN | May 15 2025 20:22:44 | Georgia Department of Labor, 148 Andrew Young Inter. Blvd, Room 738, Atlanta, GA 30303-1733 |
| 24540106 | ^ | MEBN | May 15 2025 20:22:45 | Georgia Dept. of Labor, Suite 910, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 24540107 | ^ | MEBN | May 15 2025 20:22:44 | Georgia Dept. of Labor, Suite 826, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 24591320 | ^ | MEBN | May 15 2025 20:23:53 | Hewlett-Packard Financial Services Company, Diane Morgan, 200 Connell Drive, Berkeley Heights, NJ 07922-2816 |
| 24540007 | | EDI: IRS.COM | May 16 2025 00:14:00 | Internal Revenue Service, CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25275888 | + | Email/Text: bankruptcynotice@keystonehealthcare.com | May 15 2025 20:26:00 | Keystone Medical Services of MS Inc., PO Box 677864, Dallas, TX 75267-7864 |

District/off: 113E-9 | User: bncadmin | Page 4 of 6
Date Rcvd: May 15, 2025 | Form ID: ntcpoc | Total Noticed: 147

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 25275889 | + | Email/Text: bankruptcynotice@keystonehealthcare.com May 15 2025 20:26:00 | | Keystone Medical Services of New York PC, PO Box 645400, Pittsburgh, PA 15264-5251 |
| 24959392 | | Email/Text: customer.service@libertasfunding.com May 15 2025 20:25:00 | | Libertas Funding LLC, 411 W. Putnam Avenue, Suite 220, 411 W. Putnam Avenue, Suite 220, Greenwich, CT 06830 |
| 24540015 | | Email/Text: customer.service@libertasfunding.com May 15 2025 20:25:00 | | Libertas Funding, LLC, 411 W. Putnam Avenue, Ste. 220, Greenwich, CT 06830 |
| 25275856 | + | Email/Text: abby@cpicollects.com May 15 2025 20:26:00 | | LINK DEBT RECOVERY, PO BOX 709751, SANDY, UT 84070-9723 |
| 25275858 | + | Email/Text: MATTSCHEID@CPICOLLECTS.COM May 15 2025 20:26:24 | | METRO COLLECTION SERVICE, LINK DEBT RECOVERY, 2600 S PARKER RD BLDG 4 STE 340, AURORA, CO 80014-1690 |
| 25275859 | + | Email/Text: justin.tilley@northstaranesthesia.com May 15 2025 20:26:00 | | NORTHSTAR ANESTHESIA, 6225 NORTH STATE HWY 161 # 200, IRVING, TX 75038-2241 |
| 25275878 | | Email/Text: uibankruptcy@jfs.ohio.gov May 15 2025 20:26:00 | | Ohio Department of Job and Family Services, PO Box 182404, Columbus, OH 43218-2404 |
| 24540017 | + | Email/Text: accountsreceivable@ontariosystems.com May 15 2025 20:26:00 | | Ontario Systems LLC, 1150 W Kilgore Avenue, Muncie, IL 47305-1599 |
| 24540022 | | Email/Text: bankruptcyalerts@culliganquench.com May 15 2025 20:26:00 | | Quench USA, Inc., PO Box 735777, Dallas, TX 75373-5777 |
| 24540026 | | Email/Text: Bankruptcy@staples.com May 15 2025 20:25:00 | | Staples, PO Box 105748, Atlanta, GA 30348-5748 |
| 24555173 | | Email/Text: Bankruptcy@staples.com May 15 2025 20:25:00 | | Staples, Inc., 7 Technology Circle, Columbia, SC 29203 |
| 24963845 | ^ | MEBN May 15 2025 20:23:41 | | Shanna M. Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 24540030 | | Email/Text: josh.schreiner@intelitechgroup.com May 15 2025 20:26:00 | | The Intelitech Group, 4800 NW Camas Meadows Drive, Ste 220, Camas, WA 98607 |
| 25275871 | | Email/Text: legal@uth.tmc.edu May 15 2025 20:25:00 | | UT PHYSICIANS, 1851 CROSSPOINT AVE, HOUSTON, TX 77054 |
| 25275870 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET May 15 2025 20:25:00 | | UNITED AUTO CREDIT CORP, 1071 CAMELBACK ST SUITE 100, NEWPORT BEACH, CA 92660-3046 |
| 24540108 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov May 15 2025 20:26:00 | | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25275874 | + | Email/Text: bankruptcynotice@westlakefinancial.com May 15 2025 20:26:00 | | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD STE 100, LOS ANGELES, CA 90010-3847 |
| 24623893 | + | Email/Text: bankruptcy@webbank.com May 15 2025 20:25:00 | | WebBank, 215 S. State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 24557714 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com May 15 2025 20:48:22 | | Wells Fargo Bank, Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 24540039 | | Email/Text: wci.bankruptcy@windstream.com May 15 2025 20:25:00 | | Windstream, PO Box 9001013, Louisville, KY 40290-1013 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason   Name and Address**

| District/off: 113E-9 | User: bncadmin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: ntcpoc | Total Noticed: 147 |

| acc | *+ | Hays Financial Consulting LLC, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305-4909 |
| 25275849 | ##+ | FAST LENDING, 1290 EAST ARLINGTON BLVD, STE 200, GREENVILLE, NC 27858-7854 |
| 24540025 | ##+ | Solved-IT, 333 N. Dobson Rd, Ste 5 #138, Chandler, AZ 85224-4412 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Herring | on behalf of Defendant Flock Financial  LLC adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com |
| Adam Herring | on behalf of Creditor Flock Financial  LLC adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com |
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Ceci Christy | on behalf of Plaintiff ARC Management Group  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com |
| Evan L. Moscov | on behalf of Defendant Green Note Capital Partners SPV  LLC evan.moscov@moscovlaw.com |
| Evan L. Moscov | on behalf of Creditor Green Note Capital Partners SPV  LLC evan.moscov@moscovlaw.com |
| Gregory M. Taube | on behalf of Creditor Flock Financial  LLC Greg.taube@nelsonmullins.com, linnea.hann@nelsonmullins.com;rochelle.beasley@nelsonmullins.com |
| Gregory M. Taube | on behalf of Defendant Flock Financial  LLC Greg.taube@nelsonmullins.com, linnea.hann@nelsonmullins.com;rochelle.beasley@nelsonmullins.com |
| Henry F. Sewell, Jr. | on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com hsewell123@yahoo.com |
| James W. Hays | on behalf of Other Prof Irwin Bernstein beau@hayspotter.com |
| Jeffrey W. Melcher | on behalf of Interested Party Riveron Consulting  LLC jmelcher@dickinsonwright.com |
| Maxwell William Bowen | on behalf of Defendant SuperB Capital  LLC max@roblgroup.com |
| Maxwell William Bowen | on behalf of Creditor SuperB Capital  LLC max@roblgroup.com |
| Maxwell William Bowen | on behalf of Creditor Libertas Funding  LLC max@roblgroup.com |
| Maxwell William Bowen | on behalf of Defendant Libertas Funding  LLC max@roblgroup.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 6 of 6 |
| Date Rcvd: May 15, 2025 | Form ID: ntcpoc | Total Noticed: 147 |

Maxwell William Bowen
    on behalf of Creditor WebBank max@roblgroup.com

Maxwell William Bowen
    on behalf of Defendant WebBank max@roblgroup.com

Maxwell William Bowen
    on behalf of Defendant Lendspark Corporation max@roblgroup.com

Michael D. Robl
    on behalf of Creditor SuperB Capital  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
    on behalf of Creditor WebBank michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
    on behalf of Creditor Lendspark Corporation michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
    on behalf of Defendant SuperB Capital  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
    on behalf of Defendant Lendspark Corporation michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
    on behalf of Creditor Libertas Funding  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
    on behalf of Defendant Libertas Funding  LLC michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

Michael D. Robl
    on behalf of Defendant WebBank michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

S. Gregory Hays
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Stephen M. Montgomery
    on behalf of Interested Party Riveron Consulting  LLC smontgomery@dickinson-wright.com

Stephen M. Montgomery
    on behalf of Creditor Adventus US Realty #8 LP smontgomery@dickinson-wright.com

Stephen Wayne Sather
    on behalf of Creditor Irwin Bernstein  Receiver ssather@bn-lawyers.com

Will B. Geer
    on behalf of Attorney Rountree Leitman Klein & Geer  LLC wgeer@rlkglaw.com, dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;lmassey@rlkglaw.com

TOTAL: 31