**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 7** |
| **ARC MANAGEMENT GROUP, LLC,** | : | |
| | : | **Case No. 23-61742 - BEM** |
| Debtor. | : | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 2, 2025, I caused a true and correct copy of the ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE attached hereto as Exhibit "A" [Doc. No. 292] to be served as set forth in Exhibit "B" hereto.

This is to further certify that on July 3, 2025, I caused a true and correct copy of the ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE attached hereto as Exhibit "A" [Doc. No. 292] to be served as set forth in Exhibit "C" hereto.

This 3rd day of July, 2025.

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
*Counsel for S. Gregory Hays, as Trustee for the bankruptcy
estate of ARC Management Group, LLC, Debtor*

Exhibit A

**IT IS ORDERED as set forth below:**

**Date: July 2, 2025**



Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ARC MANAGEMENT GROUP, LLC, | : | Case No. 23-61742 - BEM |
| | : | |
| Debtor. | : | |

**ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE**

This matter is before the Court on the *Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances; (B) to Establish Procedures With Respect to Such Sale; (C) Consider Approval of Breakup Fee and Expense Reimbursement; and (D) to Shorten and Limit Notice* (the "**Motion**")¹ that was filed by S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or

¹ Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

"**Seller**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"). In the Motion, the Trustee seeks the entry of (i) an order approving a sale and bidding process to be used in connection with the proposed sale of certain identified assets (the "**Identified Assets**"), and (ii) an order approving the sale by the Seller of the Identified Assets to Medical Debt Resolution, Inc. dba Undue Medical Debt (collectively with its affiliates, "**Undue**") or to the bidder submitting the highest or best bid for the Identified Assets in connection with the sale and bidding process. It appearing that the approval of the bid procedures (collectively, the "**Bid Procedures**") as requested in the Motion is in the best interests of the Debtor, the Estate and creditors; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby FOUND AND DETERMINED THAT:

A. The form and manner of notice of the Bid Procedures and the Bid Procedures Hearing shall be, and hereby are, approved as sufficient and adequate notice. No order or further notice in connection with the entry of this Order is or shall be required.

B. The Bid Procedures were proposed by the Trustee in good faith with the goal of maximizing the value of the Portfolios and the Identified Assets for the benefit of all creditors of the estate.

C. Undue has negotiated and entered into a definitive asset purchase agreement with the Trustee setting forth the terms and conditions pursuant to which Undue proposes to acquire the Identified Assets (the "**Sale Agreement**") and to consummate the transactions contemplated thereby that constitutes an initial offer that will serve as a "floor" for further bidding.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted to the extent set forth in this Order. The following "**Bid Procedures**" are hereby approved and shall be used in connection with the proposed sale of the

Identified Assets:

a. Initial Overbid. Any third party (other than Undue) that is interested in acquiring the Identified Assets must submit an "Initial Overbid" in conformance with the Bid Procedures by not later than 5:00 p.m. New Time in Atlanta, Georgia on July 15, 2025 (the "**Overbid Deadline**"). Any such Initial Overbid must:

   i. Contain a signed definitive asset purchase agreement (together with a copy of the signed agreement that is marked to show changes from the Sale Agreement with Undue) with, at a minimum, the following requirements: (1) having substantially identical terms and conditions as the Sale Agreement with Undue, except with higher and better consideration; (2) containing terms and conditions otherwise no less favorable to the Estate than the terms and conditions in the Sale Agreement (provided that no Initial Overbid shall provide for the payment to the overbidder of any breakup fee, topping fee, expense reimbursement or other similar arrangement); (3) provide for consideration to the Trustee in an amount equal to or greater than the sum of (a) the consideration payable by Undue under the Sale Agreement, plus (b) an additional amount of $185,000 in cash; (4) not be subject to any (a) financing contingency, (b) contingency relating to the completion of unperformed due diligence, (c) contingency relating to the approval of the overbidder's board of directors or other internal approvals or consents, or (d) any conditions precedent to the overbidder's obligation to purchase the Identified Assets other than those included in the Sale Agreement with Undue; and (5) provide that the overbidder shall purchase all of the Identified Assets;

   ii. Include a cashiers' or certified check as a deposit in the aggregate amount of $100,000.00, payable to an independent escrow agent to be designated by the Seller (it being understood that deposits may also be sent by wire transfer of immediately available funds);

   iii. To the extent not previously provided to the Trustee, be accompanied by evidence satisfactory to the Trustee that the Purchaser can complete the transaction;

   iv. Remain open and irrevocable until one hundred (100) days after the entry of an order by the Court approving a definitive agreement providing for the sale of the Identified Assets; and

   v. Be submitted to (1) counsel to the Trustee, Law Offices of Henry F. Sewell Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305 (Attn: Henry F. Sewell, Jr., Esq.) (hsewell@sewellfirm.com), (2) counsel to Undue, Sheehan Phinney Bass & Green PA, 1000 Elm Street, 17th Floor, Manchester, NH 03101, Attn: Christopher M. Candon (ccandon@sheehan.com), and (3) Office

of the U.S. Trustee, 362 Richard Russell Bldg., 75 Ted Turner Dr, SW, Atlanta, Georgia 30303, in each case so as to be received not later than the Overbid Deadline.

b. Auction. In the event the Trustee timely receives a conforming Initial Overbid from a prospective purchaser as described above (a "**Qualified Bidder**"), then the Trustee will conduct an Auction with respect to the sale of the Identified Assets on **July 16, 2025, beginning at 10:00 a.m. local time, at the offices of counsel for the Trustee, Law Offices of Henry F. Sewell Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305** (Attn: Henry F. Sewell, Jr. Esq.), or at such other location as may be designated by the Trustee. In order to participate in the Auction, each prospective purchaser shall be required to comply with the requirements of the Bid Procedures and to submit an Initial Overbid that is timely and that complies in all respects with the Bid Procedures Order. At the Auction, Qualified Bidders and Undue (it being understood that Undue shall be deemed to be a Qualified Bidder) may submit successive bids in cash increments of at least One Hundred Thousand Dollars $100,000 greater than the prior bid for the purchase of the Identified Assets until there is only one offer that the Trustee determine (in the exercise of their sole discretion), subject to Court approval, is the highest or best offer for the Identified Assets (the "**Prevailing Bid**"). When bidding at the Auction, Undue shall receive a cash "credit" in an amount equal to the sum of the maximum Expense Reimbursement plus the Breakup Fee. All bidding for the Identified Assets will be concluded at the Auction and there will be no further bidding at the Sale Hearing. If no conforming Initial Overbid from a Qualified Bidder shall have been received at or prior to the Overbid Deadline, the Auction will not be held. Undue shall be designated as the highest and best bid, and the Sale Hearing will proceed with respect to the Sale Agreement with Undue on an expedited basis. In determining the Prevailing Bid, consideration will be given to, among other things: (i) the number, type and nature of any changes to the Sale Agreement with Undue requested by each bidder; (ii) the extent to which such modifications are likely to delay closing of the sale of the Identified Assets and the cost to the Trustee of such modifications or delay; (iii) the total consideration to be received by the Seller; (iv) the likelihood of the bidder's ability to close a transaction and the timing thereof; (v) the net benefit to the Estate; and (vi) the amount of the bidder's experience acquiring, owning, rehabilitating and managing projects that are substantially similar to the Portfolios. At the Auction, Undue shall have the right to (i) submit further bids along with a markup of the Sale Agreement with Undue; and (ii) at any time, request that the Trustee announce, subject to any potential new bids, the then current Prevailing Bid and, to the extent Undue requests, use reasonable efforts to clarify any and all questions Undue may have regarding the Trustee' announcement of the then current Prevailing Bid. Only the persons who submitted Initial Overbids and Undue may participate in the Auction. After the Auction has concluded, the Trustee shall present the Prevailing Bid to the Court for consideration and approval at the Sale Hearing.

c. Sale Hearing. **The Sale Hearing will be conducted on July 17, 2025 at 11:00 a.m. local time in Courtroom 1402 at the United States Bankruptcy Court, 75 Ted Turner Dr, S.W., Atlanta, Georgia 30303,** at which time the Trustee intends to present the Prevailing Bid for approval by the Court pursuant to the provisions of Sections 105, 363(b), 363(f), 363(m), and 363(n) of the Bankruptcy Code. The Trustee shall be deemed to have accepted a bid only when the bid has been approved by the Court at the Sale Hearing. You may attend this hearing through the Court's Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website; www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the Hearing

ci. Highest and/or Best Bid. At all times during the proposed sale process, the Trustee shall retain the right to determine, in their reasonable discretion, which bid constitutes the highest or otherwise best offer for the purchase of the Identified Assets, and which bid should be selected as the Prevailing Bid, if any, all subject to final approval by the Court pursuant to the provisions of Section 363(b) of the Bankruptcy Code. Without limiting the generality of the foregoing, the Trustee may, at any time before entry of an order of the Court approving a Prevailing Bid, reject any bid (other than the Undue bid, as reflected in the Sale Agreement) that, in the reasonable discretion of the Trustee, is (i) inadequate or insufficient, (ii) contrary to the requirements of the Bankruptcy Code or the Bid Procedures, (iii) from a bidder that does not have substantial experience acquiring, owning, rehabilitating and managing projects that are substantially similar to the Portfolios, or (iv) otherwise contrary to the best interests of the Estate or its creditors.

cii. Sale Implementation. Following the approval of the Prevailing Bid at the Sale Hearing, the Trustee will be authorized and directed to take all commercially reasonable and necessary steps to complete and implement the transaction(s) contemplated by the Prevailing Bid, including (but not limited to) seeking entry of one or more Sale Orders.

2. Objections (if any) to approval of any Prevailing Bid or to approval of any proposed sale of the Identified Assets pursuant to any Prevailing Bid, shall be in writing, shall set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and shall be filed with the Court and served upon each of the following so as to be actually received on or before 5:00 p.m. on July 16, 2025: (a) counsel to the Trustee, Law Offices of Henry F. Sewell Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305 (Attn: Henry F. Sewell, Jr., Esq.) (hsewell@sewellfirm.com), (b) counsel to Undue, Sheehan Phinney Bass & Green PA, 1000 Elm Street, 17th Floor, Manchester, NH 03101, Attn: Christopher M. Candon (ccandon@sheehan.com), and (c) Office of the U.S. Trustee, 362 Richard Russell Bldg., 75 Ted Turner Dr, SW, Atlanta, Georgia 30303, (Facsimile: (404) 331-4464). Any objection not filed and served in accordance with this paragraph 2 shall be deemed waived and shall be forever barred.

THIS SPACE INTENTIONALLY LEFT BLANK

3.     The failure of any third party to file and serve an objection as ordered and directed herein shall be deemed the consent of such party to the granting of the Motion and the sale and transfer of the Identified Assets. In the event that the party submitting the Prevailing Bid is a party other than Undue and the sale to such party is consummated, the Trustee is authorized to (a) pay to Undue an agreed-upon "Breakup Fee" in an amount equal to $60,000 (the "**Breakup Fee**"), and (b) reimburse Undue for its reasonable and documented actual out-of-pocket fees and expenses (including legal, accounting, escrow and other fees and expenses) incurred in connection with, or related to (directly or indirectly), the transactions contemplated by the Agreement, in an amount not to exceed $100,000 (the "**Expense Reimbursement**"); provided, however, that such Breakup Fee and Expense Reimbursement shall be due and payable only if the Trustee has consummated an Alternative Transaction for the Identified Assets to a third party other than or related to the Undue (the "**Alternative Transaction**") and Undue is ready, willing and able to close the transaction and is not in default under the Agreement. For the avoidance of doubt, Seller shall not be obligated to pay and Undue shall not be entitled to receive the Expense Reimbursement or the Breakup Fee if no Alternative Transaction occurs or if the Seller terminates this Agreement as a result of breach of the Agreement by Undue.

4.     In the event that the Breakup Fee and Expense Reimbursement are payable pursuant to the preceding paragraph, (a) the Breakup Fee and Expense Reimbursement shall be treated as allowed administrative expense claims in the Case to be paid out of the sale proceeds at the closing of the Alternative Transaction for the Identified Assets to such third party; and (b) no lien of any third party shall attach to the portion of the sale proceeds representing the Breakup Fee and Expense Reimbursement.

5.     The Bid Procedures (including the Breakup Fee and Expense Reimbursement) are fair and reasonable, are reasonably calculated to produce the best and highest offers for the Identified Assets, and will confer actual benefits upon the Estate. The Bid Procedures (including payment of the Breakup Fee and Expense Reimbursement, if applicable) represent an exercise of the sound business judgment of the Trustee and will facilitate an orderly sale process.

6.     Counsel for the Trustee is directed to serve a copy of this Order as contemplated in the Motion and to file a Certificate of Service evidencing such service within three (3) days of effectuating service.

## END OF DOCUMENT

Prepared and Presented By:

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

By: */s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Counsel for the Trustee

Law Offices of Henry F. Sewell, Jr., LLC
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

DISTRIBUTION LIST

Henry F. Sewell, Jr.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays, Trustee
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

9

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO: 23-61742 |
|---|---|
| ARC MANAGEMENT GROUP, LLC, | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |

Chapter: 7
ECF Docket Reference No. 292
Judge: Honorable Barbara Ellis-Monro
Hearing Location: Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303
Hearing Date: July 17, 2025
Hearing Time: 11:00 a.m.
Response Date: July 16, 2025

On 7/2/2025, I did cause a copy of the following documents, described below,

ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE ECF Docket Reference No. 292

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/2/2025

/s/ Henry F. Sewell, Jr.
Henry F. Sewell, Jr.  636265

LAW OFFICES OF HENRY F. SEWELL JR., LLC
2964 Peachtree Rd NW, Ste 555
Atlanta, GA  30305
404 926 0053
hsewell@sewellfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ARC MANAGEMENT GROUP, LLC,

CASE NO: 23-61742

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 292
Judge: Honorable Barbara Ellis-Monro
Hearing Location: Courtroom 1402, United States Courthouse,
75 Ted Turner Drive, SW, Atlanta, Georgia 30303
Hearing Date: July 17, 2025
Hearing Time: 11:00 a.m.

On 7/2/2025, a copy of the following documents, described below,

ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE ECF Docket Reference No. 292

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/2/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Henry F. Sewell, Jr.
LAW OFFICES OF HENRY F. SEWELL JR., LLC
2964 Peachtree Rd NW, Ste 555
Atlanta, GA  30305

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113E1
CASE 23-61742-BEM
NORTHERN DISTRICT OF GEORGIA
ATLANTA
WED JUL 2 14-03-00 EDT 2025

ABI HOLDING LLC
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

AMERICAN RED CROSS
HEALTH  SAFETY SERVICES
25688 NETWORK PLACE
CHICAGO IL 60673-1256

APPLESEEDS BEHAVIORAL CENTER
2010 MOON STATION DRIVE NW
KENNESAW GA 30114

AR ASSISTHMA GREENFISH
1207 SOUTH TAMIAMI TRAIL
SARASOTA FL 34239-2208

ARC MANAGEMENT GROUP OF GEORGIA LLC
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

DEBTOR

ARC MANAGEMENT GROUP LLC
1825 BARRETT LAKES BLVD NW
SUITE 505
KENNESAW GA 30144-7570

ATT
PO BOX 6416
CAROL STREAM IL 60197-6416

AUTO INNOVATIONS INC
2082 CANTON RD
MARIETTA GA 30066

ADVENTUS AOF 1 LP
PO BOX 936596
ATLANTA GA 31193-6596

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BRIDGES PALLIATIVE CARE
401 HORSHAM RD SUITE 202
HORSHAM PA 19044-2013

BYTEDANCE  DBA TIKTOK GLOBAL
5800 BRISTOL PARKWAY
CULVER CITY CA 90230-6696

MAXWELL WILLIAM BOWEN
ROBL LAW GROUP
SUITE 250
3754 LAVISTA ROAD
TUCKER GA 30084-5623

CARMONA PATHOLOGY ASSOCIATES PA
951 N WASHINGTON AVE
TITUSVILLE FL 32796-2163

CENTERWELL HOME HEALTH HCHB
6330 SPRINT PARKWAY
OVERLAND PARK KS 66211-1171

CIRCLE INDUSTRIAL LLC
1230 ROSENCRANS AVE SUITE 270
MANHATTAN BEACH CA 90266-2472

CITY OF INDEPENDENCE IA
ATTN SUSI LAMP
331 1ST STREET E
INDEPENDENCE IA 50644-2814

CITY OF MARSHALLTOWN IA
ATTENTION AR
24 N CENTER STREET
MARSHALLTOWN IA 50158-4911

CITY OF NORTH CHICAGO
ATTN COMPTROLLER OFFICE
1850 LEWIS AVE
NORTH CHICAGO IL 60064-2098

COLLECTION PROFESSIONALS INC
LINK DEBT RECOVERY
PO BOX 2088
SHERIDAN WY 82801-2088

COLUMBIA CARE NY LLC
680 FIFTH AVE 24TH FLOOR
NEW YORK NY 10019-5429

CT CORPORATION SYSTEM AS REPRESENTATIV
330 N BRAND BLVD SUITE 700
ATTN- SPRS
GLENDALE CA 91203-2336

CARR RIGGS  INGRAM
4004 SUMMIT BLVD NE STE 800
ATLANTA GA 30319-1585

CHARLES H MOUSSEAU JR
CO NATHAN C VOLHEIM
ATLAS CONSUMER LAW
2500 S HIGHLAND AVENUE SITE 200
LOMBARD IL 60148-7103

CHARLES H MOUSSEAU JR
ERIC DONALD COLEMAN
SULAIMAN LAW GROUP LTD
2500 SOUTH HIGHLAND AVE STE 200
LOMBARD IL 60148-7103

USPS FIRST-CLASS MATL RECIPIENTS
Parties with names struck through or labeled CM/RTC SERVICE DO NOT receive this notice via First Class USPS Mail Service.

CHEETAH CAPITAL
667 MADISON AVENUE
5TH FLOOR
NEW YORK NY 10065-8029

CHEETAH CAPITAL INC
1688 MERIDIAN AVE SUITE 200
MIAMI BEACH FL 33139-2717

JEFFREY CIANCIULLI
1339 CHESTNUT STREET
SUITE 500
PHILADELPHIA PA 19107-3503

COLLECTORS INS AGENCY INC
3200 COURTHOUSE LN
SAINT PAUL MN 55121-1585

COLLIN DIXON PA
15325 SW 89TH AVE
MIAMI FL 33157-1902

COMCAST
PO BOX 71211
CHARLOTTE NC 28272-1211

CORPORATE RESOLUTIONS LLC
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

ELITE BUSINESS SERVICES GROUP INC
15325 SW 89TH AVE
MIAMI FL 33157-1902

ERIN MCCAIN
9002 NEWBURGH DRIVE
HOUSTON TX 77095-3733

EQUIFAX
PO BOX 4081
ATLANTA GA 30302-4081

FAST LENDING
1290 EAST ARLINGTON BLVD STE 200
GREENVILLE NC 27858-7854

FUSION SLEEP LLC
4265 JOHNS CREEK PKWY STE A
SUWANEE GA 30024-6038

FLOCK FINANCIAL LLC
400 GALLERIA PARKWAY SE
STE 17
ATLANTA GA 30339-5980

FLOCK FINANCIAL LLC
CO GREG TAUBE NELSON MULLINS LLP
SUITE 1700
201 17TH STREET NW
ATLANTA GA 30363-1099

FUNDING CLUB
915 MIDDLE RIVER DRIVE
FORT LAUDERDALE FL 33304-3544

GILBRIDE TUSA LAST  SPELLANE LLC
986 BEDFORD STREET
STAMFORD CT 06905-5610

WILL B GEER
ROUNTREE LEITMAN KLEIN  GEER LLC
CENTURY PLAZA I
2987 CLAIRMONT ROAD SUITE 350
ATLANTA GA 30329-4435

GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTER BLVD
ROOM 738
ATLANTA GA 30303-1733

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

GEORGIA DEPT OF LABOR
SUITE 826
148 ANDREW YOUNG INTER BLVD NE
ATLANTA GA 30303-1751

GEORGIA DEPT OF LABOR
SUITE 910
148 ANDREW YOUNG INTER BLVD NE
ATLANTA GA 30303-1751

GREEN NOTE CAPITAL PARTNERS SPV LLC
1019 AVENUE P
STE 401
BROOKLYN NY 11223-2366

HAPPY HANDYMAN LLC
4915 N MAIN ST STE 425
ACWORTH GA 30101-1302

JAMES W HAYS
HAYS  POTTER LLP
SUITE 300
3945 HOLCOMB BRIDGE RD
PEACHTREE CORNERS GA 30092-5200

S GREGORY HAYS
HAYS FINANCIAL CONSULTING LLC
SUITE 555
2964 PEACHTREE ROAD
ATLANTA GA 30305-4909

HAYS FINANCIAL CONSULTING LLC
2964 PEACHTREE ROAD NW
SUITE 555
ATLANTA GA 30305-4909

HEALTHTECH RECEIVABLES MANAGEMENT INC
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled for other service received service via First Class USPS Mail Service.

ADAM HERRING
NELSON MULLINS RILEY  SCARBOROUGH
201 17TH STREET NW STE 1700
ATLANTA GA 30363-1099

HEWLETTPACKARD FINANCIAL SERVICES
PO BOX 402582
ATLANTA GA 30384-2584

HEWLETTPACKARD FINANCIAL SERVICES
COMPANY
DIANE MORGAN
200 CONNELL DRIVE
BERKELEY HEIGHTS NJ 07922-2816

ALAN HINDERLEIDER
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD B RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

HOSPITAL SERVICES OF BRADFORD PC
PO BOX 641308
PITTSBURGH PA 15264-1308

HOSPITAL SERVICES OF SPRINGFIELD
PO BOX 679874
DALLAS TX 75267-9874

HOWSTE TECHNICAL SERVICES
2440 SANDY PLAINS ROAD
BLDG 7
MARIETTA GA 30066-7218

ICP GROUP LLC
ATTN PETER PINTO
10160 ANDOVER COACH CIRCLE
STE H-1
WELLINGTON FL 33449-8139

IDI
PO BOX 744971
ATLANTA GA 30374-4971

INTERNATIONAL EDUCATION CORPORATION
2NDARY PLACEMENTS
16485 LAGUNA CANYON RD ST 300
IRVINE CA 92618-3840

INFOWORKS
PO BOX 47
WOODSTOCK GA 30188-0047

INSPERITY
6 POINTE DRIVE
STE 150
BREA CA 92821-6324

INTERNAL REVENUE SERVICE
CIO
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRWIN BERNSTEIN CMS SERVICES
820 DAVIS STREET
SUITE 453
EVANSTON IL 60201-4810

JEANINE SCULL
CO SETH J ANDREWS
LAW OFFICES OF KENNETH HILLER
6000 NORTH BAILEY AVE STE 1A
AMHERST NY 14226-5102

JEFFREY PARRELLA ESQ
AWNR COMMERICAL LAW GROUP
14 WALL STREET 20TH FLOOR
NEW YORK NY 10005-2123

JOHN BEDARD
4855 RIVER GREEN PARKWAY
SUITE 310
DULUTH GA 30096-8337

KATMAI ONCOLOGY GROUP LLC
35851 PIPER STREET SUIT U340
ANCHORAGE AK 99508

KEYSTONE MEDICAL BILLING SERVICES
10312 BLOOMINGDALE AVE SUITE 108 379
RIVERVIEW FL 33578-3603

KYF GLOBAL PARTNERS LLC
1019 AVE P
BROOKLYN NY 11223-2364

KAREN WHITE
2404 MARCIA DR
BELLBROOK OH 45305-1725

KEEP IT SAFE
PO BOX 101672
PASADENA CA 91189-0044

KENDRA WATTS
CO NAJA I HAWK
THE HAWK LEGAL COLLECTIVE
730 PEACHTREE STREET NE 570
ATLANTA GA 30308-1244

KEYSTONE MEDICAL SERVICES OF ALABAMA
INC
PO BOX 676371
DALLAS TX 75267-6371

KEYSTONE MEDICAL SERVICES OF GULFPORT
INC
PO BOX 677893
DALLAS TX 75267-7893

KEYSTONE MEDICAL SERVICES OF MS INC
PO BOX 677675
DALLAS TX 75267-7675

KEYSTONE MEDICAL SERVICES OF MS INC
PO BOX 677864
DALLAS TX 75267-7864

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were sent notice via First Class USPS Mail Service.

KEYSTONE MEDICAL SERVICES OF NEW YORK
PC
PO BOX 645400
PITTSBURGH PA 15264-5251

KEYSTONE MEDICAL SERVICES OF NIAGRA
FALLS PC
PO BOX 645392
PITTSBURGH PA 15264-5251

KEYSTONE MEDICAL SERVICES OF OLEAN PC
PO BOX 645571
PITTSBURGH PA 15264-5253

KEYSTONE MEDICAL SERVICES OF WEST POINT
INC
PO BOX 677969
DALLAS TX 75267-7969

LIBERTY URGENT CARE
401 HORSHAM RD
HORSHAM PA 19044-2013

LINK DEBT RECOVERY
PO BOX 709751
SANDY UT 84070-9723

LATHEM TIME
210 THE BLUFFS
STE 107
AUSTELL GA 30168-7883

LENDSPARK CORPORATION
2554 GATEWAY ROAD
CARLSBAD CA 92009-1742

LIBERTAS FUNDING LLC
411 WEST PUTNAM ST
SUITE 220
GREENWICH CT 06830-6295

MARIETTA DERMATOLOGY  SKIN CANCER
CENTER
111 MARBLE MILL ROAD NW
MARIETTA GA 30060-1047

METRO COLLECTION SERVICE
LINK DEBT RECOVERY
2600 S PARKER RD BLDG 4 STE 340
AURORA CO 80014-1690

MATTHEW SHAWN SKINNER
CO FRANK H KERNEY III ESQ
THE CONSUMER LAWYERS
412 E MADISON ST STE 916
TAMPA FL 33602-4617

MEDICAL SERVICES OF MERIDIAN INC
PO BOX 679807
DALLAS TX 75267-9807

MEDICAL SERVICES OF MERIDIAN PA
PO BOX 677989
DALLAS TX 75267-7989

JEFFREY W MELCHER
DICKINSON WRIGHT PLLC
424 CHURCH STREET SUITE 800
NASHVILLE TN 37219-2395

MOMENTUM
1200 CORPORATE DRIVE STE 300
BIRMINGHAM AL 35242-2944

STEPHEN M MONTGOMERY
DICKINSON WRIGHT PLLC
SUITE 800
424 CHURCH STREET
NASHVILLE TN 37219-2395

EVAN L MOSCOV
LAW OFFICE OF EVAN MOSCOV
PO BOX 8305
WAUKEGAN IL 60079-8305

NORTHSTAR ANESTHESIA
6225 NORTH STATE HWY 161  200
IRVING TX 75038-2241

NATIONWIDE
PO BOX 77210
MINNEAPOLIS MN 55480-7200

OHIO DEPARTMENT OF JOBS AND FAMILY
SERVICE
ATTN DONN D ROSENBLUM
P O BOX 182404
COLUMBUS OHIO 43218-2404

FINVI
ATTN LAUREN MAZZA
P O BOX 1
MUNCIE IN 47308-0001

PATHOLOGY CONSULT OF S BROWARD
9581 PREMIER PKWY
MIRAMAR FL 33025-3206

PAY READY
5811 MCFADDEN AVE
HUNTINGTON BEACH CA 92649-1323

PLASTIC SURGERY CENTER OF THE SOUTH
120 VANN ST NE 150
MARIETTA GA 30060-7358

PLATTE RIVER MEDICAL CENTER
CORPORATE BILLING ACCOUNTS
2801 PURCELL ST
BRIGHTON CO 80601-3551

PATIENT ACCOUNT SERVICES LLC
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

USPS FIRST CLASS MAILING REQUIREMENTS

Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

PATIENT ACCOUNT SERVICES LLC
1825 BARRETT LAKES BLVD NW
STE 505
KENNESAW GA 30144-7570

POPE  LAND
1701 BARRETT LAKES BLVD
STE 120
KENNESAW GA 30144-4583

QUADIENT
PO BOX 6813
CAROL STREAM IL 60197-6813

QUENCH USA INC
PO BOX 735777
DALLAS TX 75373-5777

REACH CHIROPRACTIC
501 ROBERTS CT STE 6
KENNESAW GA 30144-4968

RELIAS HEALTHCARE
201 WEST MAIN STREET
TUPELO MS 38804-3917

RESTORE HAIR
1415 WEST 22 ST
OAK BROOK IL 60523-2074

REALMCONNECT
PO BOX 307031149
CALHOUN GA 30703-1149

REVSPRING INC
26988 NETWORK PLACE
CHICAGO IL 60673-1269

ROBERT M HIRSH
NORTON ROSE FULBRIGHT US LLP
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

MICHAEL D ROBL
ROBL LAW GROUP LLC
SUITE 250
3754 LAVISTA ROAD
TUCKER GA 30084-5623

ROUNTREE LEITMAN KLEIN  GEER LLC
2987 CLAIRMONT RD
SUITE 350
ATLANTA GA 30329-4435

ROUNTREE LEITMAN KLEIN  GEER LLC
2987 CLAIRMONT ROAD SUITE 350
ATLANTA GEORGIA 30329-4435

SCHUMACHER GRP MEDICAL BILLING
12790 MERIT DRIVE SUITE 200
DALLAS TX 75251-1276

SIERRA HIGHLAND HOA
1465 NORTHSIDE DR SUITE 128
ATLANTA GA 30318-4220

SNYDER PHYSICAL THERAPY
OWNER BRANDEN SNYDER
39 PORTER ROAD SUITE 1
TOWER CITY PA 17980-9457

SOS COPIER LEASE
PO BOX 660831
DALLAS TX 75266-0831

SAMSON MCA LLC
17 STATE STREET
STE 630
NEW YORK NY 10004-1749

STEPHEN WAYNE SATHER
BARRON  NEWBURGER PC
7320 N MOPAC EXPWY SUITE 400
AUSTIN TX 78731-2347

HENRY F SEWELL JR
LAW OFFICES OF HENRY F SEWELL JR LLC
SUITE 555
2964 PEACHTREE ROAD NW
ATLANTA GA 30305-4909

SHANNA M KAMINSKI
PO BOX 247
GRASS LAKE MI 49240-0247

SHREDIT
5116 SOUTH ROYAL ATLANTA DRIVE
TUCKER GA 30084-3052

SOLVEDIT
333 N DOBSON RD
STE 5 138
CHANDLER AZ 85224-4412

STAPLES BUSINESS ADVANTAGE THOMAS
RIGGLEMA
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

STERICYCLE
28883 NETWORK PLACE
CHICAGO IL 60673-1288

TBF
460 FARADAY AVENUE
JACKSON NJ 08527-5072

GREGORY M TAUBE
NELSON MULLINS RILEY  SCARBOROUGH LLP
SUITE 1700
201 17TH STREET NW
ATLANTA GA 30363-1099

USPS FIRST CLASS MAILING RECIPIENTS — Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

INTERNATIONAL

TECHNO BRAIN BPO ITES LIMITED
HERITAN HOUSE 2ND FLOOR
WOODLANS ROAD
NAIROBI KENYA 510

THE INTELITECH GROUP
4800 NW CAMAS MEADOWS DRIVE
220
CAMAS WA 98607-7698

THE JD STUART LAW GROUP LLC
1825 BARRETT LAKES BLVD NW
STE 505
KENNESAW GA 30144-7570

THRESA LARAE WILSON
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

UNITED AUTO CREDIT CORP
1071 CAMELBACK ST SUITE 100
NEWPORT BEACH CA 92660-3046

U T PHYSICIANS
ATTN OFFICE OF LEGAL AFFAIRS
7000 FANNIN ST
SUITE 1460
HOUSTON TX 77030-5400

UTILIPRO
500 W LANIER AVE
STE 902
FAYETTEVILLE GA 30214-7641

ULTIMATE CONTACTS
5345 TOWNE SQUARE DRIVE
STE 165
PLANO TX 75024-2463

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GA 30303-3309

UNITED STATES TRUSTEE
362 RICHARD RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

VCC OWNER LLC
PO BOX 935812
ATLANTA GA 31193-5812

VININGS FAMILY DENTISTRY
2931 PACES FERRY RD SE
ATLANTA GA 30339-3735

SUSAN VERBONITZ
1339 CHESTNUT STREET
SUITE 500
PHILADELPHIA PA 19107-3503

WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BLVD STE 100
LOS ANGELES CA 90010-3847

WHOLISTIC PERSPECTIVE
615 W JOHNSON AVE
CHESHIRE CT 06410-4531

WRITTEN DEPOSITION SERVICES
1755 WHITTINGTON PLACE SUITE 750
DALLAS TX 75234-1956

WEBBANK
CO ROBL LAW GROUP LLC
3754 LAVISTA ROAD
SUITE 250
TUCKER GA 30084-5623

WEBBANK
215 S STATE STREET
SUITE 1000
SALT LAKE CITY UT 84111-2336

WELLS FARGO
LITE CARD PAYMENT CENTER
POI BOX 77066 29
MINNEAPOLIS MN 55480-7766

WELLS FARGO BANK
SMALL BUSINESS LENDING DIVISION
PO BOX 29482 MAC S4101-08C
PHOENIX AZ 85038-9482

WILLIAM D WILSON
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

WILLIAM D WILSON JR
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

WILZARA PROPERTY MANAGEMENT GROUP LLC
12655 OLD SURREY PLACE
ROSWELL GA 30075-1067

WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290-1013

Y12 FEDERAL CREDIT UNION
PO BOX 2512
OAK RIDGE TN 37831-2512

EOSCAR
DEPT 224501
PO BOX 55000
DETROIT MI 48255-4971

Exhibit A

IT IS ORDERED as set forth below:

Date: July 2, 2025



Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: :
: CHAPTER 7
ARC MANAGEMENT GROUP, LLC, :
: Case No. 23-61742 - BEM
Debtor. :

ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE
TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF
ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED
SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP
FEE

This matter is before the Court on the *Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances; (B) to Establish Procedures With Respect to Such Sale; (C) Consider Approval of Breakup Fee and Expense Reimbursement; and (D) to Shorten and Limit Notice* (the "**Motion**")¹ that was filed by S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or

¹ Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

"**Seller**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"). In the Motion, the Trustee seeks the entry of (i) an order approving a sale and bidding process to be used in connection with the proposed sale of certain identified assets (the "**Identified Assets**"), and (ii) an order approving the sale by the Seller of the Identified Assets to Medical Debt Resolution, Inc. dba Undue Medical Debt (collectively with its affiliates, "**Undue**") or to the bidder submitting the highest or best bid for the Identified Assets in connection with the sale and bidding process. It appearing that the approval of the bid procedures (collectively, the "**Bid Procedures**") as requested in the Motion is in the best interests of the Debtor, the Estate and creditors; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby FOUND AND DETERMINED THAT:

A. The form and manner of notice of the Bid Procedures and the Bid Procedures Hearing shall be, and hereby are, approved as sufficient and adequate notice. No order or further notice in connection with the entry of this Order is or shall be required.

B. The Bid Procedures were proposed by the Trustee in good faith with the goal of maximizing the value of the Portfolios and the Identified Assets for the benefit of all creditors of the estate.

C. Undue has negotiated and entered into a definitive asset purchase agreement with the Trustee setting forth the terms and conditions pursuant to which Undue proposes to acquire the Identified Assets (the "**Sale Agreement**") and to consummate the transactions contemplated thereby that constitutes an initial offer that will serve as a "floor" for further bidding.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted to the extent set forth in this Order. The following "**Bid Procedures**" are hereby approved and shall be used in connection with the proposed sale of the

Identified Assets:

a. Initial Overbid. Any third party (other than Undue) that is interested in acquiring the Identified Assets must submit an "Initial Overbid" in conformance with the Bid Procedures by not later than 5:00 p.m., local time in Atlanta, Georgia on July 15, 2025 (the "**Overbid Deadline**"). Any such Initial Overbid must:

i. Contain a signed definitive asset purchase agreement (together with a copy of the signed agreement that is marked to show changes from the Sale Agreement with Undue) with, at a minimum, the following requirements: (1) having substantially identical terms and conditions as the Sale Agreement with Undue, except with higher and better consideration; (2) containing terms and conditions otherwise no less favorable to the Estate than the terms and conditions in the Sale Agreement (provided that no Initial Overbid shall provide for the payment to the overbidder of any breakup fee, topping fee, expense reimbursement or other similar arrangement); (3) provide for consideration to the Trustee in an amount equal to or greater than the sum of (a) the consideration payable by Undue under the Sale Agreement, plus (b) an additional amount of $185,000 in cash; (4) not be subject to any (a) financing contingency, (b) contingency relating to the completion of unperformed due diligence, (c) contingency relating to the approval of the overbidder's board of directors or other internal approvals or consents, or (d) any conditions precedent to the overbidder's obligation to purchase the Identified Assets other than those included in the Sale Agreement with Undue; and (5) provide that the overbidder shall purchase all of the Identified Assets;

ii. Include a cashiers' or certified check as a deposit in the aggregate amount of $100,000.00, payable to an independent escrow agent to be designated by the Seller (it being understood that deposits may also be sent by wire transfer of immediately available funds);

iii. To the extent not previously provided to the Trustee, be accompanied by evidence satisfactory to the Trustee that the Purchaser can complete the transaction;

iv. Remain open and irrevocable until one hundred (100) days after the entry of an order by the Court approving a definitive agreement providing for the sale of the Identified Assets; and

v. Be submitted to (1) counsel to the Trustee, Law Offices of Henry F. Sewell Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305 (Attn: Henry F. Sewell, Jr., Esq.) (hsewell@sewellfirm.com), (2) counsel to Undue, Sheehan Phinney Bass & Green PA, 1000 Elm Street, 17th Floor, Manchester, NH 03101, Attn: Christopher M. Candon (ccandon@sheehan.com), and (3) Office

3

of the U.S. Trustee, 362 Richard Russell Bldg., 75 Ted Turner Dr, SW, Atlanta, Georgia 30303, in each case so as to be received not later than the Overbid Deadline.

b. Auction. In the event the Trustee timely receives a conforming Initial Overbid from a prospective purchaser as described above (a "**Qualified Bidder**"), then the Trustee will conduct an Auction with respect to the sale of the Identified Assets on **July 16, 2025, beginning at 10:00 a.m. local time, at the offices of counsel for the Trustee, Law Offices of Henry F. Sewell Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305** (Attn: Henry F. Sewell, Jr. Esq.), or at such other location as may be designated by the Trustee. In order to participate in the Auction, each prospective purchaser shall be required to comply with the requirements of the Bid Procedures and to submit an Initial Overbid that is timely and that complies in all respects with the Bid Procedures Order. At the Auction, Qualified Bidders and Undue (it being understood that Undue shall be deemed to be a Qualified Bidder) may submit successive bids in cash increments of at least One Hundred Thousand Dollars $100,000 greater than the prior bid for the purchase of the Identified Assets until there is only one offer that the Trustee determine (in the exercise of their sole discretion), subject to Court approval, is the highest or best offer for the Identified Assets (the "**Prevailing Bid**"). When bidding at the Auction, Undue shall receive a cash "credit" in an amount equal to the sum of the maximum Expense Reimbursement plus the Breakup Fee. All bidding for the Identified Assets will be concluded at the Auction and there will be no further bidding at the Sale Hearing. If no conforming Initial Overbid from a Qualified Bidder shall have been received at or prior to the Overbid Deadline, the Auction will not be held. Undue shall be designated as the highest and best bid, and the Sale Hearing will proceed with respect to the Sale Agreement with Undue on an expedited basis. In determining the Prevailing Bid, consideration will be given to, among other things: (i) the number, type and nature of any changes to the Sale Agreement with Undue requested by each bidder; (ii) the extent to which such modifications are likely to delay closing of the sale of the Identified Assets and the cost to the Trustee of such modifications or delay; (iii) the total consideration to be received by the Seller; (iv) the likelihood of the bidder's ability to close a transaction and the timing thereof; (v) the net benefit to the Estate; and (vi) the amount of the bidder's experience acquiring, owning, rehabilitating and managing projects that are substantially similar to the Portfolios. At the Auction, Undue shall have the right to (i) submit further bids along with a markup of the Sale Agreement with Undue; and (ii) at any time, request that the Trustee announce, subject to any potential new bids, the then current Prevailing Bid and, to the extent Undue requests, use reasonable efforts to clarify any and all questions Undue may have regarding the Trustee' announcement of the then current Prevailing Bid. Only the persons who submitted Initial Overbids and Undue may participate in the Auction. After the Auction has concluded, the Trustee shall present the Prevailing Bid to the Court for consideration and approval at the Sale Hearing.

4

c. Sale Hearing. **The Sale Hearing will be conducted on July 17, 2025 at 11:00 a.m. local time in Courtroom 1402 at the United States Bankruptcy Court, 75 Ted Turner Dr, S.W., Atlanta, Georgia 30303,** at which time the Trustee intends to present the Prevailing Bid for approval by the Court pursuant to the provisions of Sections 105, 363(b), 363(f), 363(m), and 363(n) of the Bankruptcy Code. The Trustee shall be deemed to have accepted a bid only when the bid has been approved by the Court at the Sale Hearing. You may attend this hearing through the Court's Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website; www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the Hearing

ci. Highest and/or Best Bid. At all times during the proposed sale process, the Trustee shall retain the right to determine, in their reasonable discretion, which bid constitutes the highest or otherwise best offer for the purchase of the Identified Assets, and which bid should be selected as the Prevailing Bid, if any, all subject to final approval by the Court pursuant to the provisions of Section 363(b) of the Bankruptcy Code. Without limiting the generality of the foregoing, the Trustee may, at any time before entry of an order of the Court approving a Prevailing Bid, reject any bid (other than the Undue bid, as reflected in the Sale Agreement) that, in the reasonable discretion of the Trustee, is (i) inadequate or insufficient, (ii) contrary to the requirements of the Bankruptcy Code or the Bid Procedures, (iii) from a bidder that does not have substantial experience acquiring, owning, rehabilitating and managing projects that are substantially similar to the Portfolios, or (iv) otherwise contrary to the best interests of the Estate or its creditors.

cii. Sale Implementation. Following the approval of the Prevailing Bid at the Sale Hearing, the Trustee will be authorized and directed to take all commercially reasonable and necessary steps to complete and implement the transaction(s) contemplated by the Prevailing Bid, including (but not limited to) seeking entry of one or more Sale Orders.

2. Objections (if any) to approval of any Prevailing Bid or to approval of any proposed sale of the Identified Assets pursuant to any Prevailing Bid, shall be in writing, shall set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and shall be filed with the Court and served upon each of the following so as to be actually received on or before 5:00 p.m. on July 16, 2025: (a) counsel to the Trustee, Law Offices of Henry F. Sewell Jr., LLC, Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305 (Attn: Henry F. Sewell, Jr., Esq.) (hsewell@sewellfirm.com), (b) counsel to Undue, Sheehan Phinney Bass & Green PA, 1000 Elm Street, 17th Floor, Manchester, NH 03101, Attn: Christopher M. Candon (ccandon@sheehan.com), and (c) Office of the U.S. Trustee, 362 Richard Russell Bldg., 75 Ted Turner Dr, SW, Atlanta, Georgia 30303, (Facsimile: (404) 331-4464). Any objection not filed and served in accordance with this paragraph 2 shall be deemed waived and shall be forever barred.

THIS SPACE INTENTIONALLY LEFT BLANK

3.    The failure of any third party to file and serve an objection as ordered and directed herein shall be deemed the consent of such party to the granting of the Motion and the sale and transfer of the Identified Assets. In the event that the party submitting the Prevailing Bid is a party other than Undue and the sale to such party is consummated, the Trustee is authorized to (a) pay to Undue an agreed-upon "Breakup Fee" in an amount equal to $60,000 (the "**Breakup Fee**"); and (b) reimburse Undue for its reasonable and documented actual out-of-pocket fees and expenses (including legal, accounting, escrow and other fees and expenses) incurred in connection with, or related to (directly or indirectly), the transactions contemplated by the Agreement, in an amount not to exceed $100,000 (the "**Expense Reimbursement**"); provided, however, that such Breakup Fee and Expense Reimbursement shall be due and payable only if the Trustee has consummated an Alternative Transaction for the Identified Assets to a third party other than or related to the Undue (the "**Alternative Transaction**") and Undue is ready, willing and able to close the transaction and is not in default under the Agreement. For the avoidance of doubt, Seller shall not be obligated to pay and Undue shall not be entitled to receive the Expense Reimbursement or the Breakup Fee if no Alternative Transaction occurs or if the Seller terminates this Agreement as a result of breach of the Agreement by Undue.

4.    In the event that the Breakup Fee and Expense Reimbursement are payable pursuant to the preceding paragraph, (a) the Breakup Fee and Expense Reimbursement shall be treated as allowed administrative expense claims in the Case to be paid out of the sale proceeds at the closing of the Alternative Transaction for the Identified Assets to such third party; and (b) no lien of any third party shall attach to the portion of the sale proceeds representing the Breakup Fee and Expense Reimbursement.

5.    The Bid Procedures (including the Breakup Fee and Expense Reimbursement) are fair and reasonable, are reasonably calculated to produce the best and highest offers for the Identified Assets, and will confer actual benefits upon the Estate. The Bid Procedures (including payment of the Breakup Fee and Expense Reimbursement, if applicable) represent an exercise of the sound business judgment of the Trustee and will facilitate an orderly sale process.

6.    Counsel for the Trustee is directed to serve a copy of this Order as contemplated in the Motion and to file a Certificate of Service evidencing such service within three (3) days of effectuating service.

**END OF DOCUMENT**

Prepared and Presented By:

LAW OFFICES OF HENRY F. SEWELL, JR., LLC

By: /s/ *Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Counsel for the Trustee

Law Offices of Henry F. Sewell, Jr., LLC
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

DISTRIBUTION LIST

Henry F. Sewell, Jr.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays, Trustee
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Exhibit C

| NAME OF PARTY / ACCOUNT REFERENCE | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| ARC MANAGEMENT GROUP, LLC, | |
| | 23-61742 |

On 7/3/2025, I did cause a copy of the following documents, described below,

ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE ECF Docket Reference No. 292

to be served for delivery by the United States Postal Service, via First Class United States Mail, First Class, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Parties who were mailed documents via certified mail, return receipt requested, are those listed as certified on the attached mailing matrix.

I caused these documents to be served by utilizing the services of CertificateofService.com. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/3/2025

/s/ Henry F. Sewell, Jr.
Henry F. Sewell, Jr.
LAW OFFICES OF HENRY F. SEWELL JR., LLC
2964 Peachtree Rd NW, Ste 555
Atlanta, GA  30305
404 926 0053

This is a receipt for mailing services and a normal and customary business record of the business transaction between LAW OFFICES OF HENRY F. SEWELL JR., LLC and CertificateofService.com, an authorized Third Party Notice Provider by the Administrator of the United States Bankruptcy

**RECEIPT FOR DIRECT MAILING:**

LAW OFFICES OF HENRY F. SEWELL JR., LLC
Henry F. Sewell, Jr.
2964 Peachtree Rd NW, Ste 555
Atlanta, GA  30305

**RECEIPT FOR DIRECT MAILING SERVICE**

23-61742

On 7/3/2025, a copy of the following documents, described below,

Mailing List:  SEE ATTACHED LIST

Documents Served:

ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE ECF Docket Reference No. 292

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Documents served via Certified Mail, Return Receipt Requested are denoted on the attached mailing list, attched hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/3/2025

Miles Wood
CertificateofService.com for
Henry F. Sewell, Jr.
LAW OFFICES OF HENRY F. SEWELL JR., LLC
2964 Peachtree Rd NW, Ste 555
Atlanta, GA  30305

This is a receipt for mailing services and a normal and customary business record of the business transaction between LAW OFFICES OF HENRY F. SEWELL JR., LLC and CertificateofService.com, an authorized Third Party Notice Provider by the Administrator of the United States Bankruptcy Courts.

USPS FIRST CLASS MAILING ATTACHMENTS
Parties with names struck through or labeled as "Do Not Serve" were not served via First Class USPS Mail Service.

SCHUMACHER
C/O BRANDON K. STELLY, J.D.
SVP OF LITIGATION & INTERNAL COUNSEL
200 CORPORATE BOULEVARD
LAFAYETTE, LOUISIANA 70508

US DEPT. OF HEALTH AND HUMAN SERVICES
200 INDEPENDENCE AVE., SW
WASHINGTON, DC 20201

MEDICARE CONTACT OPERATIONS CENTER
PO BOX 1270
LAWRENCE, KS 66044

CENTERS FOR MEDICARE AND MEDICAID
SERVICES
7500 SECURITY BOULEVARD
BALTIMORE, MD 21244-1850

THOMAS C. WOOLDRIDGE
COUNSEL FOR BILL WILSON
GEORGIA FEDERAL DEFENSE
1201 WEST PEACHTREE STREET NE, STE.
2300
ATLANTA, GA 30309

UNDUE MEDICAL DEBT
C/O SHEEHAN PHINNEY BASS & GREEN PA
ATTN: CHRISTOPHER M. CANDON
1000 ELM STREET, 17TH FLOOR
MANCHESTER, NH 03101

ATTORNEY GENERAL'S OFFICE
40 CAPITAL SQUARE, SW
ATLANTA, GA 30345-1300

CHRISTOPHER CANDON
SHEEHAN PHINNEY
COUNSEL FOR BUYER
28 STATE STREET
BOSTON, MA 02109

THEODORE HERTZBERG, ESQ.
UNITED STATES ATTORNEY
RICHARD B. RUSSELL FEDERAL BUILDING
75 TED TURNER DR. SW
SUITE 600
ATLANTA, GA 30303-3309