**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : |
| | :    **CHAPTER 7** |
| **ARC MANAGEMENT GROUP, LLC,** | : |
| | :    **Case No. 23-61742 - BEM** |
| Debtor. | : |

**NOTICE OF NO INITIAL OVERBID BY OVERBID DEADLINE AND THAT THERE WILL NOT BE AN AUCTION**

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"), did not receive a timely conforming Initial Overbid by the Overbid Deadline as such terms are defined in paragraph 1(a) of the *ORDER (A) AUTHORIZING AND SCHEDULING AN AUCTION AT WHICH THE TRUSTEE WILL SOLICIT THE HIGHEST OR BEST BID FOR THE SALE OF ASSETS; AND (B) APPROVING BID PROCEDURES GOVERNING THE PROPOSED SALE INCLUDING PAYMENT OF EXPENSE REIMBURSEMENT AND BREAKUP FEE* [Doc. No. 292] (the "**Bid Procedures Order**") that was entered by the Court in the Case on July 2, 2025, and, as such, there will not be an auction on July 16, 2025, for the Identified Assets (as defined in the Bid Procedures Order) of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing referenced in paragraph 1(c) of the Bid Procedures Order for the sale of the Identified Assets of the Debtor shall still occur on July 17, 2025 at 11:00 a.m. local time in Courtroom 1402 at the United States Bankruptcy Court, 75 Ted Turner Dr, S.W., Atlanta, Georgia 30303.

Dated: July 15, 2025.

        Respectfully submitted,

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        ***/s/ Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        COUNSEL FOR THE CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

  This is to certify that on this date I served a true and correct copy of the foregoing via the Court's ECF system, which will send a link containing a copy of the same to all registered parties in the Case.

  Dated: July 15, 2025.

        Respectfully submitted,

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        ***/s/ Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com
        COUNSEL FOR CHAPTER 7 TRUSTEE