**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, : | |
| : | Case No. 23-61742 - BEM |
| Debtor. : | |

**NOTICE OF MODIFICATIONS TO SCHEDULES OF SALE AGREEMENT**

**PLEASE TAKE NOTICE** that S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**") and herewith attaches as Exhibit "A" a red-line versions of changes to Schedule 02 of the Accounts Purchase Master Sale Agreement which itself was attached as Exhibit "A" to the *Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances; (B) to Establish Procedures With Respect to Such Sale; (C) for Approval of Breakup Fee and Expense Reimbursement; and (D) to Shorten and Limit Notice* (Docket 291). Identical changes will be made to Schedule 01 and the changes are to correct minor scrivener's errors to the Schedules and do not materially modify the terms of the Agreement.

Dated: July 17, 2025.

                          Respectfully submitted,

                          LAW OFFICES OF HENRY F. SEWELL JR., LLC

                          **/s/ Henry F. Sewell, Jr.**
                          Henry F. Sewell, Jr.
                          Georgia Bar No. 636265
                          Buckhead Centre
                          2964 Peachtree Road NW, Suite 555
                          Atlanta, GA 30305
                          (404) 926-0053
                          hsewell@sewellfirm.com
                          COUNSEL FOR THE CHAPTER 7 TRUSTEE

# **CERTIFICATE OF SERVICE**

This is to certify that on this date I served a true and correct copy of the foregoing via the Court's ECF system, which will send a link containing a copy of the same to all registered parties in the case.

Dated: July 17, 2025.

> Respectfully submitted,
>
> LAW OFFICES OF HENRY F. SEWELL JR., LLC
>
> ***/s/ Henry F. Sewell, Jr.***
> Henry F. Sewell, Jr.
> Georgia Bar No. 636265
> Buckhead Centre
> 2964 Peachtree Road NW, Suite 555
> Atlanta, GA 30305
> (404) 926-0053
> hsewell@sewellfirm.com
> COUNSEL FOR CHAPTER 7 TRUSTEE

# EXHIBIT A

CHANGES TO SCHEDULE 02 OF THE ACCOUNTS PURCHASE MASTER SALE AGREEMENT



Medical Debt Resolution, Inc.
dba Undue Medical Debt
28-07 Jackson Ave 5th Floor
Long Island City, NY 11101
www.unduemedicaldebt.org

# SCHEDULE TO ACCOUNTS PURCHASE AND MASTER SALE AGREEMENT
## SCHEDULE 02

This **SCHEDULE 02** ("SCHEDULE") to the **ACCOUNTS PURCHASE AND MASTER SALE AGREEMENT**, dated _____, ("Agreement") is made by and between **Medical Debt Resolution, Inc. dba Undue Medical Debt aka RIP Medical Debt,** ("Purchaser") and **S. Gregory Hays**, not individually, but as Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Estate") of ARC Management Group, LLC, Debtor (the "Debtor") in the Bankruptcy Case No. 23-61742 – BEM (the "Bankruptcy Case") in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") (hereinafter collectively referred to as "Seller"), and is effective as of the last signature date of this **SCHEDULE**.  Terms not defined in this **SCHEDULE** shall have the meaning set forth in the Agreement.

Pursuant to this **SCHEDULE**, Seller sells the accounts listed on the return report (the "Accounts") to Purchaser.  On the Closing Date listed in Appendix A to this **SCHEDULE**, Purchaser shall pay the price indicated in Appendix A to Seller.

Purchaser represents and warrants to Seller that, to the best of its knowledge and belief, as of the Closing Date, the representations and warranties set forth in Section 8 of the Agreement are accurate.

Seller represents and warrants to Purchaser that, to the best of its knowledge and belief, as of the Closing Date, the representations and warranties set forth in Section 3 of the Agreement are accurate.

**IN WITNESS WHEREOF**, each party has executed this **SCHEDULE** as of the party's signature date, below.

| SELLER: | PURCHASER: |
|---|---|
| **S. Gregory Hays, Trustee for the Bankruptcy Estate of ARC Management Group, LLC** | **Medical Debt Resolution, Inc. dba Undue Medical Debt aka RIP Medical Debt** |
| Suite 555 | 28-07 Jackson Avenue, 5th Floor |
| 2964 Peachtree Road NW | Long Island City, NY 11101 |
| Atlanta, Georgia 30305 | |
| By: _____ | By: _____ |
| **S. Gregory Hays, not individually, but as Trustee for the Bankruptcy Estate of ARC Management Group, LLC** | **Allison Sesso**<br>President & CEO |
| Date: _____ | Date: _____ |

Deleted: ,
Deleted: 02/01/2024

# Appendix A

## CLOSING STATEMENT
### Schedule 02

This transaction consists of Accounts being purchased by **Medical Debt Resolution, Inc. dba Undue Medical Debt aka RIP Medical Debt** ("Purchaser") **S. Gregory Hays**, not individually, but as Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Estate") of ARC Management Group, LLC, Debtor (the "Debtor") in the Bankruptcy Case No. 23-61742 – BEM (the "Bankruptcy Case") in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") (hereinafter collectively referred to as "Seller") pursuant to an **ACCOUNTS PURCHASE AND MASTER SALE AGREEMENT** effective as of the last signature date of this **SCHEDULE** between Purchaser and Seller.

| CONTRACT PRICE LIST | |
|---|---|
| **QUALIFIED ACCOUNTS:** | 478,351 |
| **QUALIFIED BALANCE:** | REDACTED |
| **PURCHASE PRICE FACTOR:** | REDACTED |
| **PURCHASE PRICE:** | $2,606,306.55 |

A. Purchaser shall pay to Seller, by wire transfer or otherwise immediately available funds, an amount which equals **$2,606,306.55**, no later than three (3) business days after the Sale Order becomes a final, non-appealable order (the "Closing Date").

B. Seller agrees to transfer the Accounts to Purchaser on the Closing Date.

| ALL FUNDS MUST BE BY WIRE TRANSFER AS FOLLOWS: | | | |
|---|---|---|---|
| **Bank Name:** | WESTERN ALLIANCE BANK | **ABA (Routing) Number for WIRE TRANSFERS:** | REDACTED |
| **Account Name:** | ARC MANAGEMENT GROUP, LLC | **Bank Account Number for WIRE TRANSFERS:** | REDACTED |
| **Confirmed by: (Full Name)** | S. GREGORY HAYS | **Signature:** | |

Deleted: wo
Deleted: 2

**SELLER:**

S. Gregory Hays, Trustee for the Bankruptcy Estate of ARC Management Group, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305

By: _____
S. Gregory Hays, not individually, but as Trustee for the Bankruptcy Estate of ARC Management Group, LLC

Date: _____

**PURCHASER:**

Medical Debt Resolution, Inc. dba Undue Medical Debt aka RIP Medical Debt
28-07 Jackson Avenue, 5th Floor
Long Island City, NY 11101

By: _____
Allison Sesso
President & CEO

Date: _____

**Appendix B**

**ASSIGNMENT AND BILL OF SALE**
**Schedule 02**

> Deleted: XX

**S. Gregory Hays**, not individually, but as Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Estate") of ARC Management Group, LLC, Debtor (the "Debtor") in the Bankruptcy Case No. 23-61742 – BEM (the "Bankruptcy Case") in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") (hereinafter collectively referred to as "Seller") and **Medical Debt Resolution, Inc. dba Undue Medical Debt aka RIP Medical Debt** (hereinafter called "Purchaser") have entered into an **ACCOUNTS PURCHASE AND MASTER SALE AGREEMENT**, effective as of _____ (the "Agreement"), and now enter into Schedule 02 to the Agreement ("Schedule"), dated as of the last signature to the Schedule, to effectuate the sale of the Accounts, upon the terms and conditions set forth in the Agreement.

NOW, THEREFORE, for good and valuable consideration, Seller hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all of Seller's rights, title, and interest in each and every one of the Accounts.

Purchaser and Seller agree that the Purchase Price shall be as stated in Appendix A of this Schedule.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument as of the date listed below.

**SELLER:**

**S. Gregory Hays, Trustee for the Bankruptcy Estate of ARC Management Group, LLC**
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305

_____
**S. Gregory Hays, not individually, but as Trustee for the Bankruptcy Estate of ARC Management Group, LLC**

_____
Date

Undue Medical Debt Schedule to MSA                                                                                      Page **3** of 3