**IT IS ORDERED as set forth below:**

Date: July 28, 2025

_____

Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| ARC MANAGEMENT GROUP, LLC, ) | |
| ) | CASE NO. 23-61742-BEM |
| DEBTOR. ) | |
| _____ ) | |

**ORDER GRANTING COMPENSATION**

Former Counsel for Debtor, Rountree Leitman Klein & Geer, LLC (the "**Applicant**") filed its First and Final Application for Compensation (the "**Application**") on January 13, 2025 [Doc. No. 242]. Upon a review of the Application and all other matters of record, the Court finds that no further notice or hearing is required; that all parties were served pursuant to the Third Amended and Restated General Order No. 24-2018 and no objections were filed; the Court further finds that the professional services rendered and the costs and expenses incurred were necessary and

allowable pursuant to 11 U.S.C. §§ 330 and 331, and meet the guidelines and standards set forth in *Johnson v. Georgia Highway Express*, 488 F. 2d 714 (5th Cir. 1974); accordingly,

It is hereby **ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Applicant is allowed as compensation of $174,222.00 for professional services rendered and $4,619.42 reimbursement of necessary costs and expenses incurred by it in this case from November 29, 2023 through November 19, 2024, for a total award of $178,841.42.

3. The Applicant is authorized to apply its retainer to the award made herein.

4. This Order shall be effective immediately upon entry.

5. The Court retains jurisdiction over all matters related to this Order.

**[END OF ORDER]**


**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

**Distribution List**

Ceci Christy
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303