**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : |
| | :    CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, | : |
| | :    Case No. 23-61742 - BEM |
| Debtor. | : |

### NOTICE OF HEARING

     **PLEASE TAKE NOTICE** that S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**" or "**Movant**") for the bankruptcy estate (the "**Bankruptcy Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case, has filed a *Motion by Chapter 7 Trustee for Authority to Pay Administrative Expenses* (the "**Motion**"). The Motion seeks an order authorizing the Trustee to pay: 1) Karen White the total amount of $3,657.50 for services rendered; and 2) Wells Fargo the total amount of $117.30 for costs associated with the production of documents. The Motion is on file with the Clerk of the Court at the address set forth below and is available for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for the Trustee identified below.

     **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing (the "**Hearing**") to consider the Motion at **10:00 a.m.** on **August 26, 2025, in Courtroom 1402, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

     Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views, then you and/or your attorney should attend the Hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the Hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive Street, SW, Atlanta, Georgia 30303. You should also mail a copy of your response to the undersigned at the addresses stated below.

Dated: July 30, 2025.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LAW OFFICES OF HENRY F. SEWELL JR., LLC

　　　　　　　　　　　　　　　　　　　***/s/ Henry F. Sewell, Jr.***
　　　　　　　　　　　　　　　　　　　Henry F. Sewell, Jr.
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 636265
　　　　　　　　　　　　　　　　　　　Buckhead Centre
　　　　　　　　　　　　　　　　　　　2964 Peachtree Road NW, Suite 555
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　　　　　　(404) 926-0053
　　　　　　　　　　　　　　　　　　　hsewell@sewellfirm.com

　　　　　　　　　　　　　　　　　　　COUNSEL FOR THE CHAPTER 7 TRUSTEE

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, | : |
| | : Case No. 23-61742 - BEM |
| Debtor. | : |

**MOTION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO PAY ADMINISTRATIVE EXPENSES**

COMES NOW S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"), by and through counsel, and hereby files this *Motion by Chapter 7 Trustee for Authority to Pay Administrative Expenses* (the "**Motion**"). In support of the Motion, the Trustee respectfully shows the Court as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue of this proceeding is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The predicates for the relief requested herein are Sections 105 and 503 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**") and Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

**PROCEDURAL BACKGROUND**

3. On November 28, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. After irregularities were discovered in certain financial information reported by the Debtor, on November 7, 2024, the Debtor entered into a *Consent Order Directing the Appointment*

*of a Trustee* [Doc. No. 224] and on November 12, 2024, the United States Trustee filed a *Notice of Appointment of Chapter 11 Trustee and Setting Bond* [Doc. No. 227] pursuant to which S. Gregory Hays was appointed as the Chapter 11 Trustee for the Bankruptcy Estate of the Debtor.

5.  On November 14, 2024, the Court entered an order [Doc. No. 231] approving the appointment of the Trustee as Chapter 11 Trustee in this Case.

6.  On March 20, 2025, the Court entered an Order Converting Chapter 11 Case of the Debtor to Chapter 7 [Doc. No. 253] incident to which this Case was converted to Chapter 7.

7.  On March 20, 2025, the United States Trustee filed a *Notice of Appointment of Interim Trustee and Section 341(a) Meeting of Creditors* [Doc. No. 254] pursuant to which S. Gregory Hays was appointed as the interim Chapter 7 Trustee for the Bankruptcy Estate of the Debtor. The Trustee is duly qualified to act in such capacity.

8.  Since being appointed, on behalf of the estate, the Trustee employed certain professionals approved by the Court to assist the Trustee in the administration of the Case.

## ADMINISTRATIVE EXPENSES

9.  The Estate has incurred certain expenses in conjunction with the liquidation and administration of the remaining assets of the Estate. By this Motion, the Trustee seeks authority an order authorizing the Trustee to pay: a) Karen White the total amount of $3,657.50 for services rendered; and b) Wells Fargo the total amount of $117.30 for costs associated with the production of documents.

10.  Karen White is a former contractor of the Debtor who rendered services—as further set forth in the invoice in the total amount of $3,657.50 attached as **Exhibit A**—in the ordinary course of business of the Debtor incident to assisting with the windup of the business of the Debtor and turning over data to customers for the collection of accounts that they owned. Karen White

2

was the only person who knew the systems of the Debtor and had access to return the accounts and collection history to the customers of the Debtor. Karen White provided valuable assistance to the former customers of the Debtor.

11. Wells Fargo produced certain documents to the Trustee incident to a subpoena served by the Trustee incident to which Wells Fargo invoice the invoice in the amount of $117.30 as attached as **Exhibit B.**

12. Each of the forgoing is referred to as an "**Expense**" and are collectively referred to as the "**Expenses**."

13. In light of the importance of the foregoing services, the Trustee, in the exercise of the sound business judgment of the Trustee, asserts that it is in the best interest of the Estate for the Trustee to receive authority to pay: a) Karen White the total amount of $3,657.50 for services rendered; and b) Wells Fargo the total amount of $117.30 for costs associated with the production of documents.

14. In an exercise of the sound business judgment of the Trustee, the Trustee believes that the relief requested herein is necessary under the circumstances and in the best interests of the Estate.

## BASIS FOR RELIEF

15. Section 503(b)(1) provides "[a]fter notice and a hearing, there shall be allowed administrative expenses . . . including the actual, necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1)(A). Indeed, "Section 507 of the Bankruptcy Code gives first priority to 'administrative expenses allowed under [11 U.S.C.] section 503(b),' defined as including 'the actual, necessary costs and expenses of preserving the estate, including wages, salaries or commissions for services rendered after the commencement of the case.'" *In re Hostess Brand,*

3

*Inc.*, 499 B.R. 406, 411 (S.D.N.Y. 2013) (citing 11 U.S.C. § 503(b)(1)(A)) (modification in original).

16. The costs and expenses sought to be paid by the Trustee pursuant to this Motion satisfy the criteria for an administrative expense under section 503(b)(1) of the Bankruptcy Code since the Expenses result from services that have provided or will provide the Debtor with post-petition benefit and constitute costs and expenses necessary for the preservation of the Estate. Accordingly, such the Expenses constitute an administrative claim of the Estate under section 503 of the Bankruptcy Code.

17. Section 105(a) of the Bankruptcy Code further allows the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." *See* 11 U.S.C. § 105(a). The purpose of section 105(a) is to "assure the bankruptcy courts power to take whatever action is appropriate or necessary in aid of the exercise of their jurisdiction." 2 Collier on Bankruptcy ¶ 105.01 (16th ed. 2013). Section 105(a) of the Bankruptcy Code essentially codifies the inherent equitable powers bankruptcy court. *See Mgmt. Tech. Corp. v. Pardo*, 56 B.R. 337, 339 (Bankr. D.N.J. 1985) (holding that the equitable power of the Court is derived from section 105 of the Bankruptcy Code).

18. The Trustee submits that authorizing the Trustee to pay the Expenses referenced herein is: a) in the best interests of the Estate; and b) consistent with the orderly liquidation of the Estate. The Trustee further submits that the requested payment of the administrative expenses will not adversely impact any other party and thus no harm will result from the granting of the relief requested herein since the cash sought to be utilized is unencumbered.

19. Under the circumstances, the Trustee submits that it is appropriate for the Court to enter an order authorizing the relief requested herein in accordance with the business judgment of the Trustee.

## **RESERVATION OF RIGHTS**

20. Nothing contained herein is or should be construed as: a) an admission as to the validity of any claim against the Estate; b) a waiver of any rights of the Trustee to dispute any claim on any grounds; c) a promise to pay any claim; or d) otherwise affecting the rights of the Estate.

**WHEREFORE,** the Trustee respectfully requests that the Court: 1) enter an Order, substantially in the form of the proposed order attached as **Exhibit C** hereto, that grants this Motion and authorizes the Trustee to pay the Expenses referenced herein; and 2) grant such other and further relief as the Court deems just or proper.

Dated: July 30, 2025.

Respectfully submitted,

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

Exhibit A

**CWR, LLC** | **INVOICE**

Karen White
2404 Marcia Drive
Bellbrook, OH 45305
770-881-1277
cwrllc@icloud.com

Invoice #: TR001
Invoice Date: 7/18/2025

Bill to: S. Gregory Hays, Chapter 7 Trustee
ARC Management Group, LLC
c/o Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

| Date | Start Time | Finish Time | Project | Total Hours |
|---|---|---|---|---|
| 1-Apr | 10:30 AM | 11:30 AM | UTH March Numbers, Data for KIND03 | 1:00 |
| 1-Apr | 1:00 PM | 4:45 PM | Reconciled Intelligent Payments | 3:45 |
| 2-Apr | 9:30 AM | 11:30 AM | Reconciled Intelligent Payments | 2:00 |
| 2-Apr | 1:00 PM | 3:30 PM | Updated Data w/missing pymt data | 2:30 |
| 4-Apr | 1:00 PM | 4:00 PM | REMITS | 3:00 |
| 8-Apr | 11:30 AM | 4:30 PM | Client Data | 5:00 |
| 9-Apr | 2:45 PM | 6:00 PM | Client Data | 3:15 |
| 10-Apr | 11:00 AM | 1:15 PM | Client Data | 2:15 |
| 10-Apr | 2:30 PM | 7:00 PM | Client Data | 4:30 |
| 11-Apr | 10:30 AM | 1:15 PM | REMITS | 2:45 |
| 11-Apr | 2:00 PM | 6:15 PM | REMITS | 4:15 |
| 24-Apr | 5:00 PM | 6:00 PM | REMITS, CLIENT DATA | 1:00 |
| 28-Apr | 3:00 PM | 6:00 PM | REMITS. CLIENT DATA | 3:00 |
| 29-Apr | 11:30 AM | 1:45 PM | REMITS. CLIENT DATA | 2:15 |
| 1-May | 10:30 AM | 12:00 PM | REMITS. CLIENT DATA | 1:30 |
| 1-May | 2:30 PM | 3:30 PM | REMITS, CLIENT DATA | 1:00 |
| 2-May | 11:00 AM | 3:00 PM | REMITS, CLIENT DATA | 4:00 |
| 5-May | 11:30 AM | 1:45 PM | REMITS, CLIENT DATA | 2:15 |
| 5-May | 1:30 PM | 2:30 PM | REMITS, CLIENT DATA | 1:00 |
| 27-Jun | 2:00 PM | 4:00 PM | UTH Client Data | 2:00 |

Rate: $70.00 hour         Total Time: 52:15:00

**Total Amount Due:** $3,657.50

Exhibit B



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

June 26, 2025

Law Offices of Henry F. Sewell Jr., LLC
Henry Sewell
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30305

Subject: Invoice – Payment Request        Invoice Number: 478513
Agency Reference Number: 2361742bem
Our Reference Number: 30937330

Dear Henry Sewell

We recently produced documents at your request for legal order number 2361742bem
We've included an invoice below that lists our total cost to provide you with these documents. Please send us a payment for the Net Amount Due. To ensure we're able to record your payment correctly, please send it to the address listed at the top of this letter and include our reference number 30937330 .

**BILLING DETAILS**

| | Items | Item Charge | Total Charge |
|---|---|---|---|
| Image Copies: | 0 | $ 00.10 | $ 00.00 |
| Statements: | 0 | $ 00.10 | $ 00.00 |
| Signature Cards: | 0 | $ 00.10 | $ 00.00 |
| Production hours: | 8.43 | | $ 84.30 |
| Postage charge: | | | $ 00.00 |
| Electronic delivery cost: | 1 | $ 33.00 | $ 33.00 |
| Total Amount Billed: | | | $ 117.30 |
| Prepayment or witness fee credit: | | | $ 00.00 |
| **Net Amount Due:** | | | $ 117.30 |

If you have questions, please call us at 480-724-2000, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Deposit and Legal Services
Summons and Subpoenas Department

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ARC MANAGEMENT GROUP, LLC,

    Debtor.

CHAPTER 7

Case No. 23-61742 - BEM

## SUBPOENA FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS

To: Wells Fargo Bank, National Association (Inc.), c/o Corporation Service Company, 2 Sun Court, Ste. 200, Peachtree Corners, GA, 30092.

*(Name of person to whom the subpoena is directed)*

[X] *Testimony:* **YOU ARE COMMANDED** to designate a representative to appear at the time, date, and place set forth below to testify at an examination under Rule 2004 of the Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached as Exhibit "B" hereto.

| PLACE: | Law Offices of Henry F. Sewell Jr., LLC<br>Buckhead Centre<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30305 | DATE AND TIME<br>Wednesday, May 28, 2025<br>at 10:00 a.m. |
|---|---|---|

The examination will be recorded by this method: stenographical and by audio and video tape before a court reporter

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Exhibit "A"

| PLACE: | Law Offices of Henry F. Sewell Jr., LLC<br>Buckhead Centre<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30326 | DATE AND TIME<br>Wednesday, May 28, 2025<br>at 10:00 a.m. |
|---|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/14/25    CLERK OF COURT

_____    OR    _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing S. Gregory Hays, Chapter 7 Trustee for the Estate of ARC Management Group, LLC, who issues or requests this subpoena, are: Henry F. Sewell, Jr., Law Offices of Henry F. Sewell Jr., LLC, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305, hsewell@sewellfirm.com, and (404) 926-0053.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, | : |
| | : Case No. 23-61742 - BEM |
| Debtor. | : |

<u>ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES</u>

This matter is before the Court upon the *Motion by Chapter 7 Trustee for Authority to Pay Administrative Expenses* (the "**Motion**") [Doc. No. ___] (the "**Motion**") that was filed by S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"). The Motion seeks the entry of an Order authorizing the Trustee to pay: 1) Karen White the total amount of $3,657.50 for services rendered; and 2) Wells Fargo the total amount of $117.30 for costs associated with the production of documents.[1]

---

[1] Capitalized, but undefined terms used herein shall have the meaning ascribed to such terms in

Counsel for the Trustee filed a notice setting the Motion for hearing on August 26, 2025 (the "**Hearing**"). All requisite parties-in-interest had an opportunity to file an objection to the Motion and attend the Hearing to support any asserted objection to the Motion. No objection to the Motion was filed and no creditor or party in interest appeared at the Hearing to oppose the relief requested in the Motion.

Sufficient funds exist in this Estate with which to make the payment requested in the Motion and the Trustee submits that such payments are proper administrative expenses of the Estate. Having reviewed and considered the Motion and all other matters of records, including the lack of objection thereto, after due deliberation thereon and finding that good cause exists for the entry of this Order and that no further notice or opportunity for hearing is required, for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED and the Trustee is authorized, but not directed, to pay: a) Karen White the total amount of $3,657.50 for services rendered; and b) Wells Fargo the total amount of $117.30 for costs associated with the production of documents.

2. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and

3. The Court shall retain jurisdiction over the interpretation or the implementation of this Order.

***END OF ORDER***

Prepared and Presented by:

By: /s/ *Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Counsel for the Trustee

Law Offices of Henry F. Sewell, Jr., LLC
Buckhead Centre

2

2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

**Identification of parties to be served:**

| | |
|---|---|
| United States Department of Justice | |
| Office of the United States Trustee | S. Gregory Hays, Chapter 7 Trustee |
| 362 Richard B. Russell Building | 2964 Peachtree Road, Suite 555 |
| 75 Ted Turner Drive, SW | Atlanta, Georgia 30305 |
| Atlanta, Georgia 30303 | |

LAW OFFICES OF HENRY F. SEWELL JR., LLC
c/o Henry F. Sewell, Jr.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

ARC Management Group, LLC
12655 Old Surrey Place
Roswell, GA 30075-1067

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, : | |
| : | Case No. 23-61742 - BEM |
| Debtor. : | |

## CERTIFICATE OF SERVICE

This is to certify that service of the foregoing *Motion by Chapter 7 Trustee for Authority to Pay Administrative Expenses* was served via the United States Bankruptcy Court for the Northern District of Georgia's Electronic Case Filing System to all registered parties who have filed appearances and requested notices in this case and by first class United States mail with adequate postage thereon or electronic mail, as indicated, to the following at the addresses stated below:

Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

Dated: July 30, 2025.

        Respectfully submitted,

        LAW OFFICES OF HENRY F. SEWELL JR., LLC

        */s/ **Henry F. Sewell, Jr.***
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
        Buckhead Centre
        2964 Peachtree Road NW, Suite 555
        Atlanta, GA 30305
        (404) 926-0053
        hsewell@sewellfirm.com

        COUNSEL FOR THE CHAPTER 7 TRUSTEE