# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 23-61742-BEM | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | ARC MANAGEMENT GROUP, LLC | Date Filed (f) or Converted (c): | 03/20/2025 (c) |
| | | § 341(a) Meeting Date: | 04/14/2025 |
| For Period Ending: | 06/30/2025 | Claims Bar Date: | 08/13/2025 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo Bank, N.A. (5971), xxxxxx5971<br>Balance at time of Conversion to Chapter 7 was $30,548.15. | 170,246.55 | 30,548.15 | | 30,548.15 | FA |
| 3 | Checking Account at Wells Fargo Bank, N.A. (0253), xxxxxx0253<br>Balance at time of Conversion to Chapter 7 was $16,459.66. | 326.77 | 16,459.66 | | 16,459.66 | FA |
| 4 | Security Deposit; Barrett Lakes Office; held by Adventus US Realty #8 LP<br>Offset against pre-conversion rent. No value at time of conversion. | 22,950.67 | 0.00 | | 0.00 | FA |
| 5 | Quadient - Postage Prepayment<br>Asset administered during Chapter 11 case. No value at the time of conversion. | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | A/R 90 days old or less. Face amount = $98141.19. Doubtful/Uncollectible accounts = $0.<br>Trustee stopped collecting client accounts upon conversion to Chapter 7. | 98,141.19 | 0.00 | | 0.00 | FA |
| 7 | A/R Over 90 days old. Face amount = $217568.3.Doubtful/Uncollectible accounts = $0.<br>Trustee stopped collecting client accounts upon conversion to Chapter 7. | 217,568.30 | 41,961.10 | | 41,961.10 | FA |
| 8 | 6 desks - $2,400; 80 cubicles - $0; 80 cubicle chairs $6000; 1 conference room table $750; 12 conference room chairs- $1200; 1 office table -$200.00; 4 office table chairs - $500.00; 12 desk courtesy chairs - $960; 6 lobby chairs - $600; 4 break room tables - $200; 12 break room chairs - $420; 8 filing cabinets - $200. Valuation Method:<br>All remaining personal property at the time of conversion to Chapter 7 was abandoned per Notice, Dkt # 261. | 13,430.00 | 13,430.00 | OA | 0.00 | FA |
| 9 | 15 desktop computers. Valuation Method:<br>All remaining computers at time of Conversion are being stored/preserved by the Trustee. No value expected from sale. | 750.00 | 1.00 | | 0.00 | 1.00 |
| 10 | 8 laptop computers. Valuation Method:<br>All remaining computers at time of Conversion are being stored/preserved by the Trustee. No value expected from sale. | 800.00 | 1.00 | | 0.00 | 1.00 |
| 11 | 2 servers. Valuation Method:<br>All remaining computers at time of Conversion are being stored/preserved by the Trustee. | 6,000.00 | 6,000.00 | | 0.00 | 6,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 23-61742-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ARC MANAGEMENT GROUP, LLC | Date Filed (f) or Converted (c): | 03/20/2025 (c) |
| | | § 341(a) Meeting Date: | 04/14/2025 |
| For Period Ending: | 06/30/2025 | Claims Bar Date: | 08/13/2025 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Miscellaneous office equipment. Valuation Method:<br><br>All remaining personal property at the time of conversion to Chapter 7 was abandoned per Notice, Dkt # 261. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 13 | 1825 Barrett Lakes Blvd., N.W., Ste. 505,Kennesaw, GA 30144-7570, Office lease, Valuation Method:<br>Administered during Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 200 South Park Road, Suite 450, Hollywood, FL33021, Office lease, Valuation Method:<br>Administered during Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | https://arccollects.com/. Valuation Method: | Unknown | 0.00 | | 0.00 | FA |
| 16 | Kapersky License. Valuation Method: | Unknown | 0.00 | | 0.00 | FA |
| 17 | Customer list. Valuation Method: | Unknown | 0.00 | | 0.00 | FA |
| 18 | Notes Receivable: Loan to JD Stuart | 277,985.00 | 277,985.00 | | 0.00 | 277,985.00 |
| 19 | Counterclaim against Flock Financial, LLC, Civil Rico; Declaratory Judgment of Unenforceability of MCA Agreements; Breach of ContractFraud; Unjust Enrichment/Disgorgement Conspiracy; Declaratory Judgment of Unenforceability and Invalidity of UCC Liens. Amount Requested: $0 | Unknown | 0.00 | | 0.00 | FA |
| 20 | Counterclaim against Green Note Capital Partners SPV LLC; KYFGlobal Partners, LLC; Funding Club; United Secured Capital Group LLC; United Secured Capital, LLC; Isaac Kassab; Freddy Kassab; Gabriel Mann; ABC Corporations 1-10; and John Does 1-10, Civil Rico; Declaratory Judgment of Unenforceability of MCA Agreements; Breach of Contract; Fraud; Unjust Enrichment/Disgorgement;Conspiracy; Declaratory Judgment of Unenforceability and Invalidity of UCC Liens. Amount Requested: $2000000 | Unknown | 0.00 | | 0.00 | FA |
| 21 | Funds Turned over from Chapter 11 Trustee. Trustee Acct. (u) | 112,729.51 | 112,729.51 | | 0.00 | FA |
| 22* | ERC Payments (u)<br><br>Remaining credits unknown. (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| 23 | Chapter 5 Claims against insiders (u) | Unknown | Unknown | | 0.00 | Unknown |
| 24* | Purchased Accounts (u)<br><br>Trustee filed a motion to sell certain delinquent medical debt accounts for a total price of $3,012,422.80 on 7/1/2025.  The sale was approved by Order on 7/22/2025.  (See Footnote) | 13,576,728.63 | 3,200,000.00 | | 175,746.63 | 3,024,253.37 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| Case No.: | 23-61742-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | ARC MANAGEMENT GROUP, LLC | Date Filed (f) or Converted (c): | 03/20/2025 (c) |
|  |  | § 341(a) Meeting Date: | 04/14/2025 |
| For Period Ending: | 06/30/2025 | Claims Bar Date: | 08/13/2025 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25 | Retainers, deposits and Prepayments (u) | 7,761.53 | 7,761.53 | | 7,684.26 | FA |
| **25** | **Assets     Totals     (Excluding unknown values)** | **$14,508,418.15** | **$3,707,876.95** | | **$272,399.80** | **$3,308,240.37** |

RE PROP# 22    Tax credits for Q2 2020 and Q3 2021.

RE PROP# 24    Scheduled as the "The Schumacher Group Portfolio"

**Major Activities Affecting Case Closing:**

Case was filed as a Chapter 11 case on 11/23/2023.

3/20/2025 - Chapter 11 case converted to Chapter 7.

4/4/2025 - Office equipment and other personal property located at 125 Townpark Drive was abandoned.

4/10/2025 - Chapter 7 case declared as an asset case.

7/1/2025 - Trustee filed a motion to sell certain delinquent medical debt accounts for a total price of $3,012,422.80. After payment of liens and other costs, bankruptcy estate will retain 10% of the Gross sale proceeds.

7/22/2025 - The sale was approved by Order entered on 7/22/2025.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2027 | **Current Projected Date Of Final Report (TFR):** | 12/31/2027 |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-61742-BEM | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | ARC MANAGEMENT GROUP, LLC | | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***7765 | | Account #: | ******4406 Checking |
| For Period Ending: | 06/30/2025 | | Blanket Bond (per case limit): | $27,123,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/24/25 | {24} | ARC Management Group LLC | Funds turned over from Chapter 11 Trustee. Transfer from Chapter 11 Trustee Account. Purchased accounts proceeds. | 1229-000 | 112,729.51 | | 112,729.51 |
| 03/27/25 | {24} | Allgate Financial LLC | Accounts Receivable Collections - Purchased Portfolio | 1229-000 | 20,000.00 | | 132,729.51 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 32.24 | 132,697.27 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 262.35 | 132,434.92 |
| 05/16/25 | {24} | ARC Management Group LLC | Transfer from Wells Fargo DIP Account # ******9737 | 1229-000 | 228.16 | | 132,663.08 |
| 05/29/25 | {24} | Allgate Financial LLC | Accounts Receivable Collections - Purchased Portfolio | 1229-000 | 42,788.96 | | 175,452.04 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 341.83 | 175,110.21 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 405.28 | 174,704.93 |
| | | | COLUMN TOTALS | | 175,746.63 | 1,041.70 | $174,704.93 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 175,746.63 | 1,041.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $175,746.63 | $1,041.70 | |

{ } Asset Reference(s)                                            ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 23-61742-BEM | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | ARC MANAGEMENT GROUP, LLC | | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***7765 | | Account #: | ******5289 Trust Account |
| For Period Ending: | 06/30/2025 | | Blanket Bond (per case limit): | $27,123,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/25 | {2} | ARC Management Group LLC | Transfer from Wells Fargo DIP Account # *********5971 | 1129-000 | 30,548.15 | | 30,548.15 |
| | | | COLUMN TOTALS | | 30,548.15 | 0.00 | $30,548.15 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 30,548.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30,548.15 | $0.00 | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 23-61742-BEM | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | ARC MANAGEMENT GROUP, LLC | | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***7765 | | Account #: | ******5297 Operating Account |
| For Period Ending: | 06/30/2025 | | Blanket Bond (per case limit): | $27,123,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/11/25 | {7} | SCP Health | INV93833572BN2368457 | 1121-000 | 13,016.78 | | 13,016.78 |
| 04/23/25 | {7} | SCP Health | INV93833575 BN2455516 | 1121-000 | 19,292.13 | | 32,308.91 |
| 04/24/25 | {3} | ARC Management Group LLC | Transfer from Wells Fargo DIP Account # *********0253 | 1129-000 | 16,459.66 | | 48,768.57 |
| 06/06/25 | {25} | RevSpring Inc. | Wire Transfer - Deposit of $14,200 less balance due of $6,513.74. Paid per Order, Dkt # 289. | 1290-000 | 7,684.26 | | 56,452.83 |
| 06/24/25 | {7} | EMBCC Patient Services | INV93833572 BN2419779 | 1121-000 | 9,652.19 | | 66,105.02 |
| | | | **COLUMN TOTALS** | | 66,105.02 | 0.00 | $66,105.02 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 66,105.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,105.02** | **$0.00** | |

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2-4

**Cash Receipts And Disbursements Record**

| | | | |
|---|---|---|---|
| **Case No.:** | 23-61742-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | ARC MANAGEMENT GROUP, LLC | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***7765 | **Account #:** | ******5297 Operating Account |
| **For Period Ending:** | 06/30/2025 | **Blanket Bond (per case limit):** | $27,123,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $272,399.80 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $272,399.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4406 Checking | $175,746.63 | $1,041.70 | $174,704.93 |
| ******5289 Trust Account | $30,548.15 | $0.00 | $30,548.15 |
| ******5297 Operating Account | $66,105.02 | $0.00 | $66,105.02 |
| | **$272,399.80** | **$1,041.70** | **$271,358.10** |