# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:                                :
                                      :    CHAPTER 7
ARC MANAGEMENT GROUP, LLC,            :
                                      :    Case No. 23-61742 - BEM
           Debtor.                    :

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
SEP 2 2 2025
By: _____
Deputy Clerk

## REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503

COMES NOW the claimant identified below and hereby requests the allowance of an administrative expense claim pursuant to Section 503 of the Bankruptcy Code, and hereby shows the following:

**Name of Claimant:** Intelligent Contacts

**Address of Claimant:** 5345 Towne Square Dr Suite 165
Plano, TX 75024

**Phone:** (800) 214-7490        **Email:** jessica.sims@intelligentcontacts.com

**Amount of 11 U.S.C. § 503 Administrative Expense:** $ 5,375.35

1. The undersigned holds an administrative expense claim pursuant to 11 U.S.C. § 503 in the amount identified above against the Debtor in the Chapter 11 Case: Intelligent Contacts

2. The consideration for this debt (or ground for this liability) owed by the Debtor is as follows: Services rendered between March 1, 2025 and March 30, 2025.

3. The administrative expense is entitled to administrative priority under 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) because: This claim arises from services received by the debtor prior to the bankruptcy filing.

4. A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

5. The amount of all payments on the administrative expense have been credited and deducted for the purpose of making this request.

6. The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

**WHEREFORE**, the undersigned requests that the Court allow the administrative expense or expenses requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

**YOU ARE ENCOURAGED TO CONSULT YOUR ATTORNEY REGARDING THE LAW, YOUR LEGAL RIGHTS, THE MEANING OF TERMS USED IN THE BANKRUPTCY CODE, THIS REQUEST FORM AND THE CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE NOTICE.**

Dated: 9/18/25

Name of Claimant: Intelligent Contacts

Signed: [signature]

By (if appropriate): Jessica Sims

As Its (if appropriate): Operations Analyst

**INSTRUCTIONS:** Mail the completed form to: Clerk, United States Bankruptcy Court, Room 1340, Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, so as to be received no later than July 15, 2025. A copy of the completed form should also be mailed to counsel for the Trustee at: Law Offices of Henry F. Sewell, Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305.

# UltimateContacts™

## Bill To

ARC Management Group
Bill Wilson
1825 Barrett Lakes Blvd, Suite 505
Kennesaw, GA 30144

## Invoice

| Date | Invoice # |
|---|---|
| 04/01/2025 | 2193-0102 |

| Terms | Due Date |
|---|---|
| Due on receipt | 04/30/2025 |

| Product or Service | Qty | Rate | Total |
|---|---|---|---|
| Texting & Intelligent Forms Monthly Saas | 1 | $975 | $975.00 |
| SMS Usage March 2025 | 88007 | $.05 | $4,400.35 |

**SUBTOTAL:** $5,375.35
**TAX:** $0.00
**TOTAL:** $5,375.35

Thank you for choosing Intelligent Contacts!
We appreciate your business. Please remit payment online at https://easypaymentnow.com/intelligentcontacts.
If you have any questions please call us at 1-800-214-7490 or contact us via e-mail at billing@intelligentcontacts.com

Intelligent Contacts
5345 Towne Square Dr Suite 165
Plano, TX 75024

Clerk, United States Bankruptcy Court
Room 1340, Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

NORTH TEXAS TX PDDC
DALLAS TX 750
18 SEP 2025 PM 8



FOREVER / USA

**CLEARED DATE**

SEP 2 2 2025

U.S. Marshals Service
Atlanta, GA 30303

30303-330645