

**IT IS ORDERED as set forth below:**

**Date: October 9, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| ARC MANAGEMENT GROUP, LLC, : | |
| : | Case No. 23-61742 - BEM |
| Debtor. : | |

**ORDER AUTHORIZING DISBURSEMENT OF COLLECTION PROCEEDS**

This matter is before the Court upon the *Motion by Chapter 7 Trustee for Authority to Disburse Collection Proceeds* (the "**Motion**") [Doc. No. 309] (the "**Motion**") that was filed by S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Case**"). The Motion seeks the entry of an Order authorizing the Trustee to disburse the Collection Proceeds[1] by paying: 1) $106,778.88 to Flock; b) $106,778.88 to Libertas; and 3) $23,728.63 to

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

the Trustee for the benefit of the Estate. In making such disbursements, the Trustee requests specific authority to wire $106,778.88 to Flock and $106,778.88 to Libertas.

Counsel for the Trustee filed a notice setting the Motion for hearing on September 9, 2025 (the "**Hearing**"). All requisite parties-in-interest had an opportunity to file an objection to the Motion and attend the Hearing to support any asserted objection to the Motion. No objection to the Motion was filed and no creditor or party in interest appeared at the Hearing to oppose the relief requested in the Motion.

Sufficient funds exist in this Estate with which to make the disbursements requested in the Motion and the Trustee submits that such payments are proper administrative expenses of the Estate. Having reviewed and considered the Motion and all other matters of records, including the lack of objection thereto, after due deliberation thereon and finding that good cause exists for the entry of this Order and that no further notice or opportunity for hearing is required, for good cause shown, it is hereby ORDERED that:

1.  The Motion is GRANTED and the Trustee is authorized, but not directed, to disburse the Collection Proceeds and pay: a) $106,778.88 to Flock via wire; b) $106,778.88 to Libertas via wire; and 3) $23,728.63 to the Trustee for the benefit of the Estate.

2.  The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and

3.  The Court shall retain jurisdiction over the interpretation or the implementation of this Order.

***END OF ORDER***

Prepared and Presented by:

By: /s/ *Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Counsel for the Trustee

Law Offices of Henry F. Sewell, Jr., LLC
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

**Identification of parties to be served:**

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays, Chapter 7 Trustee
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305

LAW OFFICES OF HENRY F. SEWELL JR., LLC
c/o Henry F. Sewell, Jr.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

ARC Management Group, LLC
12655 Old Surrey Place
Roswell, GA 30075-1067

3