**IT IS ORDERED as set forth below:**



**Date: December 3, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-61742-BEM |
| ARC MANAGEMENT GROUP, LLC, | |
| Debtor. | CHAPTER 7 |

**ORDER AND NOTICE OF HEARING**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on Intelligent Contacts' *Request for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* [Doc. 314] shall be held on **January 13, 2026, at 10:00 AM**, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA. The hearing must be attended in person unless the Court orders otherwise.

**END OF ORDER**

**Distribution List**

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Henry F. Sewell, Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Intelligent Contacts
c/o Jessica Sims
5345 Towne Square Dr, Suite 165
Plano, TX 75024