

**IT IS ORDERED as set forth below:**

**Date: January 12, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| ARC MANAGEMENT GROUP, LLC, | : | CHAPTER 7 |
| Debtor. | : | Case No. 23-61742 - BEM |

### ORDER GRANTING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503 AS FILED AT DOCKET NOS. 287 AND 314

This matter came before the Court on the _Request for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503_ as filed by Intelligent Contacts ("**Intelligent Contacts**") at Docket Nos. 287 and 314 (collectively, the "**Administrative Claim**") to assert a single, duplicative claim in the amount of $5,375.35. It appearing that: 1) the Court has jurisdiction over this matter; 2) S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of ARC Management Group, LLC, Debtor (the "**Debtor**") in the above captioned case (the "**Bankruptcy Case**"), has agreed to the allowance of the claim as set forth herein; 3) no further notice or opportunity for a hearing is necessary; 4) Docket Nos. 287 and 314 are duplicative and assert the same Administrative Claim; and 5) good and sufficient cause exist for the relief granted herein, it is hereby ORDERED, ADJUDGED and DECREED that:

1.      The Administrative Claim is ALLOWED such that Intelligent Contacts shall have a single allowed Chapter 11 administrative claim in the amount of Five Thousand, Three Hundred and Seventy-Five Dollars and Thirty-Five Cents ($5,375.35) (the "**Allowed Administrative Expense Claim**").

2.      Other than as provided herein, Intelligent Contacts shall have no other claim(s) entitled to receive a distribution in the Bankruptcy Case or otherwise against the Debtor, the Estate, or the Trustee unless otherwise ordered by this Court.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

***END OF ORDER***

**Prepared, Presented, and Consented to by:**

LAW OFFICES OF HENRY F. SEWELL JR., LLC
By:     */s/ Henry F. Sewell, Jr.*
        Henry F. Sewell, Jr.
        Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053; hsewell@sewellfirm.com
COUNSEL FOR THE CHAPTER 7 TRUSTEE

**Consented to by:**

INTELLIGENT CONTACTS
By:     */s/ Jessica Sims*
        Jessica Sims, Operations Analyst

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Intelligent Contacts
c/o Ms. Jessica Sims
5345 Town Square Drive, Ste. 165
Plano, TX 75024

Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305